UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH T. CARMACK,

        Plaintiff, Pro Se,

v.                                    Civil Action No. 03-12488-PBS

NATIONAL RAILROAD PASSENGER CORPORATION,
        Defendant.

Now comes the plaintiff, Joseph T. Carmack, to pay the $150.00 filing fee per order of Honorable Judge Patti B. Saris dated 1/12/04. A United States Postal money order in the amount of $150.00 payable to "Clerk, United States District Court" is hereby remitted.

DATE: January 23, 2004

                                              Joseph T. Carmack, Plaintiff, Pro Se.

FILING FEE PAID:
RECEIPT # 53326
AMOUNT $ 150.00
BY DPTY CLK
DATE 1/23/04