UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03 12488 PBS |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for Respondent, National Railroad Passenger Corporation (also known as "AMTRAK").

                                                    **DEFENDANT,**
                                                    **NATIONAL RAILROAD PASSENGER**
                                                          **CORPORATION,**
                                                    By Its Attorneys,

DATED:    April 14, 2004                s/John A. Kiernan
                                                 John A. Kiernan (BBO No. 271020)

                                                 s/Stephen E. Hughes
                                                 Stephen E. Hughes (BBO No. 629644)
                                                 Bonner Kiernan Trebach & Crociata
                                                 One Liberty Square - 6th Floor
                                                 Boston, MA 02109
                                                 (617) 426-3900

## Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on April 14, 2004 served a true copy of the foregoing document by first class mail, postage prepaid, to Plaintiff (Pro Se) Joseph T. Carmack at 398 Columbus Ave., PMB 130, Boston, MA 02116-6008.

                                                 _____
                                                 Stephen E. Hughes