UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH T. CARMACK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>PBS )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 03 12488 |

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel for Respondent, National Railroad Passenger Corporation (also known as "AMTRAK").

                                **DEFENDANT,**
                                **NATIONAL RAILROAD PASSENGER**
                                      **CORPORATION,**
                                By Its Attorneys,

DATED:     April 14, 2004                s/John A. Kiernan
                                              John A. Kiernan (BBO No. 271020)

                                              s/Stephen E. Hughes
                                              Stephen E. Hughes (BBO No. 629644)
                                              Bonner Kiernan Trebach & Crociata
                                              One Liberty Square - 6th Floor
                                              Boston, MA 02109
                                              (617) 426-3900

## Certificate of Service

    I, Stephen E. Hughes, hereby certify that I have on April 14, 2004 served a true copy of the foregoing document by first class mail, postage prepaid, to Plaintiff (Pro Se) Joseph T. Carmack at 398 Columbus Ave., PMB 130, Boston, MA 02116-6008.

                                              _____
                                              Stephen E. Hughes