UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | MOTION TO AMEND |
| v. | ) | |
| | ) | COMPLAINT |
| The National Railroad Passenger | ) | |
| | ) | |
| Corporation | ) | |
| | ) | |
| Defendant | ) | |

### Motion

Plaintiff moves for an order permitting him to amend his Complaint as shown by the annexed proposed amended Complaint. The claims asserted in the Amended Complaint arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original Complaint and justice requires that the order prayed for be granted so that Plaintiff's claim may be fully and fairly presented.

_____  Date: May 3, 2003
Joseph T. Carmack
Pro Se
398 Columbus Ave. PMB 130
Boston, MA  02116-6008
PH: 617/536-0772

### Certificate of Service

I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by first class mail, postage prepaid, to: Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA  02109. _____  Date: May 3, 2003.
Joseph T. Carmack, Plaintiff, Pro Se.