UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03 12488 PBS |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

ASSENTED TO MOTION OF DEFENDANT
NATIONAL RAILROAD PASSENGER CORPORATION
FOR AN EXTENSION OF TIME TO
ANSWER PLAINTIFF'S AMENDED COMPLAINT

### Introduction

NOW COMES Defendant National Railroad Passenger Corporation ("Amtrak" or "Defendant") and hereby moves this Honorable Court, with Plaintiff Joseph Carmack's ("Plaintiff") assent, to grant Amtrak an extension of twenty-one days to answer his First Amended Complaint, i.e. until June 18, 2004. As grounds in support hereof, Amtrak states that it requires additional time to adequately answer Plaintiff's First Amended Complaint due to its complex and voluminous nature.

### Applicable Legal Standard

A court may, in its discretion, order a period for which an act is required by a party to a civil action enlarged if request for such enlargement of time is made before the expiration of the period originally prescribed. Fed.R.Civ.P. 6(b).

**Argument**

Under the Federal Rules of Civil Procedure, defendants are afforded ten days to respond to an amended complaint. Fed.R.Civ.P. 15(a). In this instance, Amtrak did not receive notice that the Court granted Plaintiff's Motion to Amend Complaint until May 18, 2004. Plaintiff's First Amended Complaint, numbering 40 pages, 245 paragraphs, and 46 counts, exceeds the original complaint by 39 paragraphs and 30 counts. As such, Amtrak will need to spend considerable time addressing the allegations in order to adequately answer the First Amended Complaint pursuant to the Federal Rules of Civil Procedure and afford Amtrak all of its rights, privileges, and defenses.

WHEREFORE, Defendant National Railroad Passenger Corporation respectfully requests that this Honorable Court grant its motion for an extension of time until June 18, 2004 to answer Plaintiff's First Amended Complaint.

|  |  |
|---|---|
|  | **DEFENDANT,**<br>**NATIONAL RAILROAD PASSENGER CORPORATION,**<br>By Its Attorneys, |
| DATED:   May 21, 2004 | s/Stephen E. Hughes<br>John A. Kiernan (BBO No. 271020)<br>Stephen E. Hughes (BBO No. 629644)<br>BONNER KIERNAN TREBACH & CROCIATA<br>One Liberty Square - 6th Floor<br>Boston, MA 02109<br>(617) 426-3900 |

ASSENTED TO:
Plaintiff (Pro Se)


s/Joseph T. Carmack                              Dated: _____
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

2