UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack ) | Civil Action No. 03-12488-PBS |
| Plaintiff, Pro Se ) | |
| v. ) | JOINT SCHEDULE STATEMENT |
| The National Railroad Passenger ) | |
| Corporation ) | |
| Defendant ) | |
| ) | |

Plaintiff Joseph Carmack ("Mr. Carmack") and Defendant National Railroad Passenger Corporation ("Amtrak") submit this Joint Statement pursuant to LR 16.1 and the Court's Notice of Scheduling Conference, dated September 17, 2004.

## (1) JOINT DISCOVERY PLAN

| | |
|---|---|
| June 6, 2005 | Completion of all written discovery and depositions, expert designations and answers to expert interrogatories, but not to include expert depositions. |
| September 19, 2005 | Completion of all expert depositions. |

## (2) PROPOSED SCHEDULE FOR FILING OF MOTIONS

| | |
|---|---|
| March 21, 2005 | Filing of all non-dispositive motions, including notions to amend and those associated with discovery disputes. |
| April 4, 2005 | Filing of all oppositions to non-dispositive motions. |
| June 27, 2005 | Filing of all dispositive motions. |
| July 18, 2005 | Filing of all opposition or responses to dispositive motions. |

1

(3) **CERTIFICATIONS OF COUNSEL & AUTHORIZED REPRESENTATIVES**

The certification of Amtrak and its counsel, and Plaintiff's certification, will be filed at the Scheduling Conference.

(4) **PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

The parties propose the following agenda for the Scheduling Conference:

- Pretrial schedule of discovery and motions;
- Plaintiff's proposed amendments to his Complaint;
- Status of settlement discussions;
- Amtrak's motion to dismiss certain counts of Plaintiff's Complaint;
- Plaintiff's objection that initial disclosures are not appropriate in the circumstances of the current action.

(5) **TRIAL BY MAGISTRATE**

The parties do not consent to trial by magistrate judge.

WHEREFORE, Mr. Carmack and Amtrak request that the Court approve their proposed discovery and motion schedules, with such amendments as the Court deems just and proper.

**Respectfully submitted,**

PLAINTIFF, Pro Se
Joseph T. Carmack

DEFENDANT,
National Railroad Passenger Corp.
By its attorneys,

Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008
(617) 536-0772

John A. Kiernan, BBO No. 271020
Stephen E. Hughes, BBO No. 629644
Bonner Kiernan Trebach & Crociata
One Liberty Square
Boston, MA 02109
(617) 426-3900