UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. ) | Civil Action No. 03 12488 PBS |

### DEFENDANT AMTRAK'S CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 16.1, Defendant, National Railroad Passenger Corporation (d/b/a Amtrak) and its counsel, Bonner Kiernan Trebach & Crociata, have conferred regarding: (a) the budget for the costs of conducting the full course - and various alternative courses - of the litigation of the above-captioned matter; and (b) consideration of the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SIGNED:

_____
John A. Kiernan BBO No. 271020
Stephen E. Hughes BBO No. 629644
BONNER KIERNAN TREBACH &
CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

_____
Melissa Rogers, Esq.
Associate General Counsel
NATIONAL RAILROAD PASSENGER
CORPORATION, (d/b/a Amtrak)
60 Massachusetts Ave. N.E.
Washington, D.C. 20002
(202) 906-3191

### CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that I have, on November 9, 2004, served a copy of the foregoing document by delivering a copy in hand to Plaintiff.

_____
Stephen E. Hughes