UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Carmack
Plaintiff,

        V.                                  Civil Action Number
                                         03-12488-PBS

National Railroad Passenger Corp.
Defendant.                                        November 9, 2004

## SCHEDULING ORDER

Saris, D.J.,

All documents to be exchanged by 12/9/04

Plaintiff to amend complaint to assert most important issue by 12/9/04

Fact Discovery deadline: 2/28/05

Summary Judgment Motion filing deadline: 3/15/05

Opposition to Summary Judgment Motions: 3/30/05

Hearing on Summary Judgment or Pretrial Conference: 4/14/05 at 2:00 p.m.

Case to be referred to Mediation program: January, 2005

                                                            By the Court,

                                                           /s/ Robert C. Alba
                                                           Deputy Clerk