UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack )<br>)<br>Plaintiff, Pro Se )<br>)<br>v. )<br>)<br>The National Railroad Passenger )<br>)<br>Corporation )<br>)<br>Defendant )<br>_____) | Civil Action No. 03-12488-PBS<br><br>MOTION TO AMEND<br><br>COMPLAINT |

Motion

Plaintiff moves for an order permitting him to amend his Complaint as shown by the annexed proposed second amended Complaint. The Second Amended Complaint asserts Plaintiff's most important issue as per court's Scheduling Order of November 9, 2004. The previous complaint of 47 counts has been clarified and pared down to 8 counts to facilitate an answer as per Defendant's request. The claims asserted in the Second Amended Complaint arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original Complaint and justice requires that the order prayed for be granted so that Plaintiff's claim may be fully and fairly presented.

_____    Date: December 9, 2004
Joseph T. Carmack
Pro Se
398 Columbus Ave. PMB 130
Boston, MA 02116-6008
PH: 617/536-0772

1

## Certificate of Service

I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by first class mail, postage prepaid, to: Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA 02109. _____Joseph T. Carmack_____ Date: December 9, 2004.
Joseph T. Carmack, Plaintiff, Pro Se.