UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack ) | Civil Action No. 03-12488-PBS |
| Plaintiff, Pro Se ) | |
| v. ) | PLAINTIFF CARMACK'S |
| The National Railroad Passenger ) | INITIAL DISCLOSURES |
| Corporation ) | |
| Defendant ) | (F.R.C.P. 25(a)(1)) |
| ) | |

### Introduction

What follows comprises Plaintiff's initial disclosures in the above referenced case.

### Plaintiff Carmack's Initial Disclosures

Plaintiff Carmack makes the following initial partial initial disclosure to the defendant:

1. <u>Persons who are likely to have information about disputed facts.</u>

   a. Dr. Brian Morris has performed return-to-work physicals on Plaintiff and has information regarding record of impairment and Invasion of Privacy. Health Resources, 185 Devonshire St. Boston, 02110

   b. Eli Mistivich, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

   c. Ray Ciarlo, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

   d. Mark Bennett, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

   e. Chuck McCaughey, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

1

f. Rhonda Lanyon, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

g. William Kehoe, Defendant employee, has information regarding retaliation, slander, libel and record of impairment. Address unknown.

h. Larry Goddard, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

i. Maryann Leterrio, former Defendant employee, has information regarding retaliation, slander, libel, medical malpractice and discrimination. Address unknown.

j. Kevin Lydon, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

k. Jack Flaherty, former Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

l. Dr. Martha C. Stark, personal physician of Plaintiff, has information regarding retaliation, medical malpractice, discrimination, invasion of privacy, record of impairment, direct threat, special accommodation, slander and libel.

m. Sean Kelley, Defendant employee, has information regarding retaliation, invasion of privacy, medical malpractice, slander and libel. Address unknown.

n. Dr. Ann Gurian, personal physician of Plaintiff, has information regarding retaliation, medical malpractice, discrimination, invasion of privacy, record of impairment, direct threat, special accommodation, slander and libel.

o. Dr. Pinsky, Defendant Medical Director and physician, has information regarding retaliation, medical malpractice, discrimination, invasion of privacy, record of impairment, direct threat, special accommodation, slander and libel. 30th Street Station, Philadelphia, PA

p. Dr. Vasile, Defendant contract physician, has information regarding retaliation, medical malpractice, discrimination, invasion of privacy, record of impairment, direct threat, special accommodation, slander and libel. 25 Bay State Road, Suite 1, Boston, MA 02115.

q. Joe Cavanaugh, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

r. Defendant Mechanical employee, Rafferty (first name unknown), has information

regarding disparate treatment of Plaintiff regarding discrimination, assessment of direct threat, special accommodation, termination and regarding Invasion of privacy, termination, retaliation, slander and libel. Address unknown.

s. Damon Allen, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

t. Wayne Gagne, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

u. Al Smith, Sr., Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

v. Al Smith, Jr., Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

w. David I. Walsh, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

x. Michael J. O'Bryan, Defendant employee, has information regarding retaliation, medical malpractice, special accommodation, slander and libel  23 Stevens Road, Westborough, MA  01581-1429.

y. Walter H. Nutter, Defendant employee, has information regarding retaliation, slander and libel.  83 Main Street, Northfield, MA  01360-1015.

z. Jacqueline Boyle, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

aa. Gerard. L. DeModena, Defendant employee, has information regarding retaliation, slander, libel, discrimination, invasion of privacy. Address unknown.

bb. Robert Palmer, former Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

cc. Michael J. O'Malley, Defendant employee, has information regarding retaliation, slander, libel discrimination, coercion and medical malpractice. Address unknown.

dd. Mark Kenny, union representative, has information regarding retaliation, discrimination, invasion of privacy, slander and libel. BLE, Cherry Tree Corporate Center - Suite 125, 535 Route 38, Cherry Hill, NJ 08002.

ee. George Newman, Defendant employee, has information regarding retaliation, slander and libel.  257 Hersey Street, Hingham, MA  02043-2729

ff. Dan Lezon, Defendant employee, has information regarding retaliation, slander and libel. Address unknown.

gg. Lou DePhillips, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. Concord, MA.

hh. Pat Dogerty, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. 30th Street Station, Philadelphia, PA.

ii. Captain Robert Smith, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. Address unknown.

jj. Deborah Gaines, Defendant contract employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. Address unknown.

kk. Delvine Okereke, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. 253 Summer Street, Boston, MA

ll. Suzanne Alan, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. 253 Summer Street, Boston, MA

mm. David Gunn, Defendant President, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. 60 Mass. Ave. Washington, DC.

nn. William Rae, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. Address unknown.

oo. Dan Leavitt, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. Address unknown.

pp. Larry Rciczak, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. 30th Street Station, Philadelphia.

qq. Robert O'Rourke, Defendant employee, has information regarding retaliation, discrimination, disparate treatment, coercion, invasion of privacy, slander and libel. Address unknown.

rr. Jennifer Peal, Defendant employee, has information regarding retaliation, discrimination, slander and libel. Address unknown.

ss. Richard Prone, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. Mayflower Road, Plymouth, MA

tt. Mark Neverett, Defendant employee, has information regarding retaliation, discrimination, coercion, invasion of privacy, slander and libel. Address unknown.

uu. Lorraine Green, Defendant Vice President of Human Resources, has information regarding retaliation, medical malpractice, interference with rights, discrimination, coercion, invasion of privacy, slander and libel. Address unknown.

vv. George Warrington, Defendant Corporate President, has information regarding retaliation, medical malpractice, interference with rights, discrimination, coercion, invasion of privacy, slander and libel. Address unknown.

ww. David Dunn, Defendant Corporate President, has information regarding retaliation, medical malpractice, interference with rights, discrimination, coercion, invasion of privacy, slander and libel. Address unknown.

xx. Roberta Ward, Defendant employee, has information regarding Plaintiff's wrritings and Defendant rail operations.

yy. Joe English, Defendant Employee, has information regarding Defendant mechanical, maintenance and repair policies and federal regulations.

zz. Walter Libby, Defendant Employee, Has information regarding Defendant mechanical maintenance and repair logistics and daily dispatching of rolling stock equipment.

aaa. Tom Wright, Defendant Employee, has information on union organization and activities and Plaintiffs interactions within union.

2. <u>Documents and Tangible Things</u> in Plaintiff's possession at 592 Tremont St. Boston, MA.

   a. Amtrak's Workplace Violence Policy: PERS-42

   b. Selected documents from packet found on desk of Mr. Gerard L. DeModena on April 11, 2001.

5

c. Rule 25, Amtrak/BLE Agreement

d. Letter dated May 4, 2001 from Mr. M. J. O'Malley to Mr. J. T. Carmack.

e. Letter dated May 17, 2001 from Mr. M. J. O'Malley to Mr. J. T. Carmack.

f. E-Mail dated June 5, 2001 from Ms. Mary Anne Letterio to Mr. M. J. O'Malley

g.. Letter dated June 8, 2001 from Mr. M. J. O'Malley to Mr. J. T. Carmack.

h. Rule 22, Amtrak/BLE Agreement

i. Letter dated July 16, 2001 from Dr. Russell Vasile to Dr. Tim Pinsky

j. Letter dated May 4, 2001 from Mr. M. J. O'Malley to Mr. J. T. Carmack.

k. Letter dated July 30, 2001 from Dr. Ann Gurian "To whom it may concern".

m. Selected page from Amtrak's 'Standards of Excellence'.

n. Letter dated April 4, 2002 from Dr. Ann Gurian "To whom it may concern".

o. Letter dated May 15, 2001 from Mr. M. J. O'Malley to Mr. M. J. O'Bryan.

p. Letter dated May 30, 2001 from Dr. Ann Gurian "To whom it may concern".

q. Page 16, from Amtrak's Policy PERS-19 regarding criteria for Fitness-for-duty.

r. Letter dated May 8, 2001 from Mr. M. J. O'Bryan to Mr. M. J. O'Malley.

s. Letter dated August 28, 2001 from Dr. Russell Vasile to Dr. Tim Pinsky

t. Letter dated May 28, 2001 from Mr. M. J. O'Bryan to Mr. M. J. O'Malley.

u. Letter dated May 24, 2001 from Mr. J. T. Carmack to Dr. Tim Pinsky.

v. Letter dated June 21, 2001 from Mr. M. J. O'Malley to Mr. M. J. O'Bryan.

x. Letter dated June 14, 2001 from Mr. J. T. Carmack to Mr. M. J. O'Malley.

y. Letter dated July 27, 2001 from Mr. J. T. Carmack to Dr. Tim Pinsky

z. Letter dated July 31, 2001 from Mr. J. T. Carmack to Dr. Tim Pinsky.

aa. Selected pages from CHARTING A COURSE FOR CHANGE, Amtrak's Business Diversity workbook.

bb. Letter dated September 10, 2001 from Mr. M. J. O'Malley to Mr. J. T. Carmack.

cc. Letter dated June 5, 2001 from Dr. Russell Vasile to Ms. Mary Anne Letterio.

dd. E-Mail dated May 3, 2001 from Ms. Mary Anne Letterio to Mr. M. J. O'Malley.

ee.. E-Mail dated June 5, 2001 from Ms. Mary Anne Letterio to Mr. M. J. O'Malley.

ff. E- Mail dated September 5, 2001 from Ms. Marilyn McCouch to Mr. M. J. O'Malley.

gg. Letter dated January 11, 2002 from Mr. J. Carmack to Dr. Russell Vasile.

hh. Compilation of documents found on Mr. G. L. DeModena's desk April 11, 2001

ii. Amtrak Internal Discrimination Complaint filed March 18, 2002 by Mr. J. T. Carmack with Ms. Delvine Okereke.

jj. Open Letter dated March 11, 2001 from Mr. M. J. O'Malley to Mr. J. T. Carmack

kk. Letter dated April 30, 2000 from Mr. J. T. Carmack to Mr. M. J. O'Malley

ll. Transcript of meeting at North Station Boston between Mr. J. T. Carmack and Mr. G. L. DeModena.

mm. Memo dated March 3, 2002 from Mr. William C. Rae to Mr. M. J. O'Bryan.

nn. Page 27 of 37 of Amtrak/BLE National engineer roster showing Mr. Carmack on Medical Leave of Absence (MLA): # 1334.

oo. Letter dated May 30, 2001 from Dr. Ann Gurian To whom it may concern.

pp. Letter Dated Feb. 11, 2002 from Mr. Lou DePhillips to Mr. M. J. O'Bryan.

qq. Memo Misdated 12/10/02 from Mr. William C. Rae to Mr. M. J. O'Bryan.

rr. Compilation of Correspondence concerning application of Amtrak attendance policy

ss. Amtrak Attendance Policy.

tt. Book <u>Power Plays</u> by John O. Whitney and Tina Packer.

uu. Poster from Boston production of <u>Rosencranz and Guildenstern are Dead!</u> by Tom Stoppard.

vv. Script of <u>Rosencranz and Guildenstern are Dead!</u> by Tom Stoppard.

ww. Letter dated April 2, 2002 from Mr. J. T. Carmack to Mr. Ted Campbell

xx. Letter dated July 24, 2001 from Mr. M. J. O'Malley to Mr. J. T. Carmack

yy. Record of Train Movements on Defendant Railroad's Boston Division on October 9, 2000.

zz. Plaintiff's application of sickness benefits dated July 2, 1985.

aaa. Letter from Plaintiff to Robert A. Palmer of July 2, 1985 (undated).

bbb. Letter from Robert A. Palmer to Plaintiff dated September 9, 1985.

ccc. Letter from Martha C. Stark to Robert A. Palmer dated October 9, 1985 with return receipt.

ddd. MBCR/BLE collective bargaining agreement.

eee. Plaintiff's Complaint Rebuttal to Massachusetts Comission Against Discrimination.

fff. Plaintiff's Appeal of Notice of Dismissal to Massachusetts Comission Against Discrimination.

ggg. Plaintiff's statement of sickness to Railroad Retirement Board of 11/8/2000

3. Computation of Damages

   a. Estimated lost wages 2001: $31,559.00 (1999 W-2 form).

   b. Estimated lost wages 2002: $63,118.00 (1999 W-2 form).

   c. Estimated lost wages 2003  $84,309.77 (MBCR/BLE agreement).

   d. Estimated lost wages 2004  $87,661.87 MBCR/BLE agreement.

e. Value of lost medical insurance is unknown.

f. Medical treatment for ten years with Dr. Gurian $25,000.00

g. Pain and suffering: $700,000.00

h. Lost value of Railroad Retirement pension is unknown.

Date: December 9, 2004

*[signature]*
Joseph T. Carmack, Plaintiff, Pro Se
309 Columbus Ave. PMB 130
Boston, MA 02116-6008
(617) 536-0772

## Certificate of Service

I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by Hand Delivery to: Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA 02109.   *[signature]* Date: December 9, 2004
Joseph T. Carmack, Plaintiff, Pro Se.