Exhibit A

## SCHEDULE "A"

Copies of any and all personnel/employment records in your possession for:

Name: Joseph T. Carmack
Address:
Date of Birth: 12//08/1953
Social Security #: 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


including, but not limited to the following:

a. the full personnel file of Joseph Carmack or any other file maintained pertaining to Joseph Carmack;

b. any and all records relating to earnings, including hourly, weekly and/or annual salary rates;

c. any and all records relating to the number of hours per week, including any and all overtime, worked by Joseph Carmack;

d. any and all records relating to attendance by Joseph Carmack, including records of vacations and other absences;

e. any and all files, records, reports, or documents concerning any claim made by Joseph Carmack for worker's compensation benefits at any time while in your employ;

h. any and all job applications, resumes or other documents relating to the initial interviewing and hiring of Joseph Carmack or relating to any rehiring, performance, review, salary increase, discipline records, termination or other personnel review;

i. any and all W-2 forms and tax documents pertaining to Joseph Carmack.