Exhibit B

Exhibit B

CERTIFIED MAIL 7003 0500 0002 3278 0931
Return Receipt Requested

> Joseph T. Carmack
> 398 Columbus Ave. PMB 130
> Boston, MA 02116-6008

October 8, 2004

Mr. Stephen E. Hughes
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square – 6th Floor
Boston, MA 02109

Dear Mr. Hughes:

Reference my phone call to you on or about July 7, 2004 during which I requested a scheduling conference in accordance with Massachusetts Local Federal Rule 16 (b). I have since received notice from Federal District Court for the District of Massachusetts of a scheduling conference for Civil Action No. 03 12488 PBS to be held on November 9, 2004. I left you a voice mail message at 617/426-3900 on October 7, 2004. With this letter, I am requesting a conference with you to be scheduled on or before October 18, 2004 for the purpose of

(1) Preparing an agenda of matters to be discussed at the scheduling conference.

(2) Preparing a proposed Pretrial Schedule for the case 03 12488 PBS that includes a plan for discovery, and

(3) Considering whether we will consent to trial by Magistrate Judge.

Please contact me to schedule a mutually convenient time for a conference.

Sincerely,

*[signature]*

Joseph T. Carmack