Exhibit D

# Confirmation Report - Memory Send

```
                                    Page         : 001
                                    Date & Time: Dec-17-04  02:24pm
                                    Line 1       : 617-227-2681
                                    Machine ID : GROUP INSURANCE COMMISION
```

| | | |
|---|---|---|
| Job number | : | 639 |
| Date | : | Dec-17 02:23pm |
| To | : | ☎6174233943 |
| Number of pages | : | 001 |
| Start time | : | Dec-17 02:23pm |
| End time | : | Dec-17 02:24pm |
| Pages sent | : | 001 |
| Status | : | OK |
| Job number | : | 639 |

*** SEND SUCCESSFUL ***

---

**JOHN LEONARD**
**Temporary and Permanent Employment Specialists**

BOSTON    CAMBRIDGE    WELLESLEY    WESTBOROUGH    BURLINGTON    BRAINTREE

FAX TO (617) 423-3943 OR DELIVER/MAIL THIS COMPLETED, ERROR-FREE, AUTHORIZED TIME CARD TO JOHN LEONARD BOSTON OFFICE, 75 FEDERAL STREET, BOSTON, MA 02110, BY 11:00 A.M. ON THE TUESDAY IMMEDIATELY FOLLOWING THE FRIDAY WEEK ENDING DATE YOU WORK. THE ORIGINAL COMPLETED, ERROR-FREE, AUTHORIZED TIME CARD MUST BE RECEIVED BY JOHN LEONARD BOSTON OFFICE BEFORE YOUR PAYCHECK CAN BE RELEASED.

| | SAT | SUN | MON | TUES | WED | THUR. | FRI | FRIDAY WEEK ENDING DATE |
|---|---|---|---|---|---|---|---|---|
| TIME STARTED | | | 845A | 845A | 845A | 845A | 845A | DEC. 17, 2004 |
| LESS LUNCH TIME | | | .75 | .75 | .75 | .75 | .75 | WEEKLY TOTAL HOURS Regular 37.5 Overtime 0 |
| TIME FINISHED | | | 500P | 500P | 500P | 500P | 500P | OVERTIME STARTS AFTER 40 HOURS AND MUST BE AUTHORIZED |
| DAILY TOTAL HOURS | | | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | |

ANY CHANGES, ALTERATIONS, OR MODIFICATIONS VOID THIS TIME CARD

Temporary Staff Representative Name (Please Print) X JOSEPH CARMACK
Temporary Staff Representative Signature X Joseph G. Carmack

Please Mail ☒ Hold ☐ my paycheck. If neither choice is checked, I understand my paycheck will be mailed.

Client Company Authorized Name (Please Print) X NANCY BOLDUC
Client Company Authorized Signature X [signature]

Client Company Name: Commonwealth of Massachusetts, Group Insurance Commission

## TERMS OF AGREEMENT

**John Leonard Temporary Staff Representative Agrees:**
- To complete this time card accurately and legibly to insure prompt payment to me.
- To total hours to the nearest quarter hour.
- To have my time card authorized by the client upon completion of my assignment.
- To use a separate time card for each assignment.
- To call John Leonard when I complete each assignment, require assistance or information.
- That I understand that I am a John Leonard employee, that John Leonard is acting as my referring agent to companies, and that I will call John Leonard promptly if I am considering and/or accept a position with a client on a permanent, temporary or part-time basis.
- To call John Leonard promptly if I am injured during my assignment.
- That I will not operate a vehicle for or on behalf of a client, without the prior written consent of John Leonard.
- That I will not handle or transport a client's cash, securities, negotiable instruments, jewelry or other valuables without the prior written consent of John Leonard.

**Terms of Agreement for John Leonard Client Company and Temporary Staff Representative:**
Neither will solicit the other, either directly or indirectly on their own through another referral source or an agency other than John Leonard with regard to the performance of permanent, temporary or part-time work, regardless of job title, position or department of client company or any of its direct affiliates, for a period commencing six months from termination day of last temporary assignment with client through John Leonard.

**Terms of Agreement for John Leonard Client Company:**
The authorization of a time card by the client confirms the accuracy of information contained on it.
The client recognizes that there are expenses in maintaining a temporary staff, such as advertising, screening, testing, reference checking, etc. In consideration for the provision of such services, the client accepts and agrees that in the event it hires a John Leonard Temporary Staff Representative, it will pay John Leonard a placement fee in accordance with the John Leonard fee schedule in effect at the time of hiring.
The client agrees that total hours will be billed to the nearest quarter hour and that there is a minimum charge of four hours for each Temporary Staff Representative's assignment.
The client agrees not to authorize or cause a John Leonard Temporary Staff Representative to operate any vehicle or machinery without John Leonard's prior written consent. The client acknowledges, understands and agrees that John Leonard does not furnish insurance to cover physical loss, damage, or theft caused by or as a result of the operation of any vehicle or equipment by a Temporary Staff Representative on behalf of the client. The client further agrees to accept full responsibility for bodily injury, property, theft, collision or public liability damage claims while a Temporary Staff Representative is operating the client's vehicle or machinery, whether owned or rented.
The client agrees not to leave a Temporary Staff Representative on unattended premises, nor shall the Temporary Staff Representative be entrusted with or be permitted access to the client's cash, securities, negotiable instruments, jewelry or other valuables without the prior written consent of John Leonard.
The client agrees to hold harmless John Leonard for the acts of any John Leonard Temporary Staff Representative as well as any incidental and consequential damages resulting therefrom whether those actions be negligent, reckless or intentional.
The client agrees that John Leonard shall not be reasonable for any claims regarding its Temporary Staff Representatives unless such claims are reported in writing to John Leonard within ten (10) days of the occurrence.
The client agrees that in the event John Leonard should file suit to collect any monies due or which may hereinafter become due, it shall be entitled to collect its reasonable attorney's fees incurred plus its cost of collection.
These terms shall be binding on all parties unless agreed upon in writing by all parties.
Thank you for calling John Leonard. We look forward to being of service to you again.

JOHN LEONARD COPY