Exhibit E

National Railroad Passenger Corporation, Two South Station, Boston, MA. 02110-2215



May 4, 2001

Mr. Joseph Carmack
398 Columbus Avenue
Apartment # 130
Boston, Massachusetts 02116

Dear Mr. Carmack:

Amtrak's Medical Director/NEC Doctor Tim Pinsky, has reviewed samples of materials reportedly written by you. Following his review, Doctor Pinsky stated that the samples "justify Mr. Carmack being deemed medically disqualified immediately pending a … FFD exam."

Notification is hereby given that you are held out of service, with pay, beginning approximately 1:30 P.M. on Friday, May 04, 2001, in connection with the above. Please contact Company Nurse, Mary Anne Letterio, at 1-215-349-2389 for further instructions.

Very truly yours,

Michael J. O'Malley
Director of Operations
Commuter Rail