Exhibit F

Case 1:03-cv-12488-PBS	Document 23-7	Filed 12/23/2004	Page 1 of 2

National Railroad Passenger Corporation, Two South Station, Boston, MA. 02110-2215



June 8, 2001

Mr. Joseph Carmack
398 Columbus Avenue
Apartment # 130
Boston, Massachusetts 02116

Dear Mr. Carmack:

On May 4, 2001 you were advised that you were being withheld from service, with pay, pending the results of a Fitness for Duty Examination that was subsequently scheduled on June 4, 2001. This medical examination was in accordance with Rule 25 of the BLE Agreement and was sanctioned after the Amtrak Medical Department had reviewed your records.

I was recently advised that you not only failed to keep this appointment, but also notified the doctor not to make arrangements for a new date for this examination. You have not, and had not previously notified this department or the Amtrak Medical Department, of your intent to miss this scheduled appointment. Based on the information available to me at this time, your failure to keep this appointment certainly appears intentional. If not, please advise so that we can reschedule.

In the interim, your status has been changed to "medically disqualified", without pay. This change was made effective on June 4, 2001. Further, I am issuing you a "direct order" to contact Ms. Marianne Letterio, Amtrak Manager of Health Services, at (215) 349-2389 no later than Friday, June 15, 2001, to have her arrange another appointment as soon as the doctor's schedule permits.

If you fail to contact Ms. Letterio within the required time frame, you will subject yourself to charges of insubordination, which, if proved, could result in your permanent dismissal from service. Additionally, if you fail to contact Ms. Letterio within the given time frame, you will be considered absent without a Leave of Absence, and could subject yourself to action under Rule 22(j) of the agreement.

Sincerely,

Michael J. O'Malley
Director of Operations
Commuter Rail

Cc: Marianne Letterio, Amtrak Medical Department -- M. J. O'Bryan, BLE Union Rep.
Certified Mail Return Receipt Requested  7099 3400 0010 2507 3857

AN EQUAL OPPORTUNITY EMPLOYER