## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOSEPH T. CARMACK
    Plaintiff

V.                                                                                       CIVIL NO. 03-12488 PBS

NATIONAL RAILROAD PASSENGER CORPORATION
    Defendant

### NOTICE OF MEDIATION

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to <u>The Honorable Joyce London Alexander, U.S.M.J.</u>, for the following ADR process:

| | | | |
|---|---|---|---|
| ☐ | SCREENING CONFERENCE | ☐ | EARLY NEUTRAL EVALUATION |
| X | MEDIATION | ☐ | MINI-TRIAL |
| ☐ | SUMMARY JURY TRIAL | ☐ | SETTLEMENT CONFERENCE |

No later than five (5) days prior to the ADR session, each party is to furnish the ADR provider with a memorandum describing the party's position concerning the issue(s) to be resolved through ADR. The memoranda shall not exceed twenty (20) pages, shall identify the representatives of the parties who will be attending with decision making authority and shall be served on all other parties. The parties may also provide copies of pleadings or any other information that may be helpful to the neutral and other parties in preparing for a productive session. Memoranda and other material submitted to the ADR provider shall NOT be filed with, nor revealed to, the Court.

The ADR proceeding with principals present has been scheduled for **MEDIATION** on <u>**Monday, February 7, 2005**</u>, at <u>**10:00 AM**</u> in Courtroom <u>24</u> on the <u>7TH</u> floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

                                                  HONORABLE JOYCE LONDON ALEXANDER
                                                  U.S. MAGISTRATE JUDGE
                                                  By the Court:

<u>January 6, 2005</u>                                       /S/ Rex Brown
Date                                                         Courtroom Clerk

To:     All Counsel of Record