## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOSEPH T. CARMACK
    Plaintiff

               CIVIL ACTION
v.                NO. 03-12488 PBS

NATIONAL RAILROAD PASSENGER CORPORATION
    Defendant

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO DISTRICT JUDGE SARIS

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On February 7, 2005, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE _____ EARLY NEUTRAL EVALUATION
    __X__ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were / were not present in person or by authorized corporate officer [except _____].
The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____

                                        /S/ Joyce London Alexander
                                        UNITED STATES MAGISTRATE JUDGE

February 7, 2005
    DATE