**EXHIBIT 1**

One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380
bktc@bktc.net
www.bktc.net

# BONNER KIERNAN TREBACH & CROCIATA

Connecticut
Maryland
New Jersey
New York
Rhode Island
Virginia
Washington, DC

February 2, 2005

BY FIRST CLASS MAIL AND HAND DELIVERY

Mr. Joseph T. Carmack
398 Columbus Avenue
PMB 130
Boston, MA 02116-6008

RE: ***Joseph T. Carmack v. National Railroad Passenger Corporation***
**U.S. District Court for the District of MA, Civil Action No. 03 12488 PBS**

Dear Mr. Carmack:

I am writing due to my concerns about delays to the discovery schedule outlined by Judge Saris in the Scheduling Conference held before her in November, 2004. We are now more than two months into the discovery phase, with less than a month to go, and little information has been exchanged to date other than the filing of your Second Amended Complaint, Amtrak's Answer, and Amtrak's production of its Initial Disclosures.

Despite Amtrak's agreement not to require you to produce all of the documents listed in your Initial Disclosures in order to save you copying expense, you have only produced a handful of the many documents on your list of Initial Disclosures which Amtrak still seeks because they are not in its possession. Furthermore, you have not responded to Amtrak's interrogatories and requests for documents and are currently more than ten days late. In addition, despite our agreement to take your deposition on January 17th, a holiday when you would not lose a day of work, you refused to attend. Moreover, you insisted that Mr. O'Bryan's deposition not be taken at this time and indicated that there were certain subject areas that you would not permit be addressed at the depositions of Mr. O'Bryan or yourself. As you may recall, I then asked you by telephone, and by letter (dated January 19, 2005) a few days later, to send me a letter delineating the areas to be considered off-limits during the depositions and the basis there for. Unfortunately you have provided no response to date.

      Consequently, although the discovery phase set forth by Judge Saris is more than two-thirds over, I have received almost no responses to Amtrak's written discovery requests and have been unable to take any depositions. Please advise me in writing by the start of the mediation that has been scheduled next week, i.e. on or before February 7, 2005, when you will: produce the remaining documents from your list of Initial Disclosures that I requested in my letter of January 14, 2005; produce all of your responses to Amtrak's written discovery requests; delineate your position on the depositions; and identify dates when the depositions can be scheduled (subject of course to any motions for protective orders that may pertain thereto).

      Thank you for your attention to this matter.

                                Sincerely,

                                Stephen E. Hughes