UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 03 12488 PBS |

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO COMPEL THE DISCLOSURE OF INFORMATION AND MEDICAL RECORDS PERTAINING TO PLAINTIFF'S MENTAL HEALTH AND PSYCHIATRIC TREATMENT

Pursuant to Fed.R.Civ.P. 37, Defendant National Railroad Passenger Corporation ("Amtrak" or "Defendant") hereby moves this Honorable Court for an order compelling Joseph Carmack's ("Plaintiff") treating psychiatrists, Anne Gurian, M.D. ("Dr. Gurian") and Martha Stark, M.D. ("Dr. Stark") to produce Plaintiff's psychiatric records in compliance with the subpoenas served upon them, or, in the alternative, for an order compelling Plaintiff to sign an authorization for the release of said records. Amtrak also moves this Court for an order compelling Plaintiff to: (1) produce all records in his possession concerning his mental health; (2) fully answer interrogatories regarding same; (3) provide full and complete deposition testimony on his mental health and history; and (4) not attempt to prevent the deposition testimony of Michael O'Bryan, his union representative, on the subject of Plaintiff's mental health. Amtrak respectfully submits that it is entitled to obtain records and information about Plaintiff's psychiatric condition and history because these documents may be directly relevant to

Plaintiff's liability and damages claims, and because Plaintiff has placed his psychiatric condition directly in issue in this civil action.

In support of this motion, the defendant Amtrak submits and incorporates herein by reference Defendant Amtrak's Memorandum in Support of Its Motion to Compel Information and Documents Concerning Plaintiff's Mental Health and Psychiatric Treatment, and Exhibits A – D attached thereto, all of which have been filed herewith.

**WHEREFORE**, Amtrak moves this honorable court to grant Amtrak's Motion to Compel in its entirety.

**Respectfully submitted,**
**DEFENDANT,**
**NATIONAL RAILROAD PASSENGER CORPORATION,**
By Its Attorneys,

DATED: March 9, 2005

s/Stephen E. Hughes
John A. Kiernan (BBO No. 271020)
Stephen E. Hughes (BBO No. 629644)
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

### Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on March 9, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

Plaintiff (Pro Se):
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

s/Stephen E. Hughes
Stephen E. Hughes

2