## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOSEPH T. CARMACK** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Civil Action No. 03 12488 PBS** |
| ) | |
| **NATIONAL RAILROAD PASSENGER** ) | |
| **CORPORATION** ) | |
| ) | |
| **Defendant.** ) | |

## AFFIDAVIT OF AMTRAK'S COUNSEL PURSUANT TO LOCAL RULE 37.1 RELATIVE TO DEFENDANT AMTRAK'S MOTION TO COMPEL PSYCHIATRIC INFORMATION AND DOCUMENTS

I Stephen E. Hughes, counsel of record for Defendant National Railroad Passenger Corporation ("Amtrak"), in accordance with Local Rule 37.1, state that counsel for Amtrak and Plaintiff have conferred in good faith, on the dates and in the manner as described in the Joint Motion for Status Conference previously filed with the Court, to narrow to the greatest possible extent the areas of disagreement associated with Amtrak's interest in obtaining information and documents concerning Plaintiff's psychological condition and history. Unfortunately, agreement could not be reached on the issues presented in Amtrak's Motion and Memorandum of Law.

SIGNED UNDER THE PENALTIES OF PERJURY, ON THIS DATE, MARCH 9, 2005.

s/Stephen E. Hughes
Stephen E. Hughes (BBO No. 629644)
Counsel for Defendant Amtrak

## Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on March 9, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to Plaintiff as follows:

Plaintiff (Pro Se):
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

s/Stephen E. Hughes
Stephen E. Hughes