UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 03-12488 PBS

*****************************************
JOSEPH T. CARMACK, \*
    Plaintiff \*
     \*
vs. \*
     \*
NATIONAL RAILROAD PASSENGER CORPORATION \*
    Defendant \*
*****************************************

## NOTICE OF APPEARANCE OF HEIDI M. OH, ESQ.

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for non-party *Anne Gurian, M.D.*, in the above-entitled action.

        Respectfully submitted,
        For non-party Anne Gurian, M.D.,
        By her attorney,

        Heidi M. Oh
        BBO# 567667
        Hamrock & Tocci
        101 Main Street, 18th Floor
        Cambridge, MA  02142
        (617) 496-5370

### CERTIFICATE OF SERVICE

I, *Heidi M. Oh,* Attorney representing non-party witness, *Anne Gurian, M.D.,* hereby certify that I have this 15th *day of March, 2005* served the within:

NOTICE OF APPEARANCE

upon the pro se plaintiff and attorney of record, by mailing copies of same, postage paid, as follows:

Mr. Joseph T. Carmack
398 Columbus Avenue
Boston, MA  02116-6008

Stephen E. Hughes, Esq.
Bonner, Kiernan, Trebach & Crociata
One Liberty Square, 6th Floor
Boston, MA  02109

Heidi M. Oh
BBO# 567667