UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO. 03-12488 PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JOSEPH T. CARMACK,                             \*
                                   Plaintiff   \*
                                               \*
vs.                                            \*
                                               \*
NATIONAL RAILROAD                              \*
PASSENGER CORPORATION                          \*
                                   Defendant   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## *RESPONSE OF NON-PARTY PSYCHIATRIST, ANNE GURIAN, M.D., TO DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF INFORMATION AND MEDICAL RECORDS PERTAINING TO PLAINTIFF'S MEDICAL HEALTH AND PSYCHIATRIC TREATMENT*

NOW COMES the non-party witness, Anne Gurian, M.D. ("Dr. Gurian"), by and through her counsel, and makes this Response to Defendant's Motion To Compel. As noted in Defendant's Motion, Dr. Gurian's counsel requested that plaintiff sign a release to authorize Dr. Gurian's production of records to the defendant. Defendant's Memorandum in Support of Motion to Compel, p. 5.

Dr. Gurian will defer to the Court's decision on Defendant's Motion. However, if the Court determines the privilege should not apply, and that Dr. Gurian should be required to appear at a deposition or to produce Mr. Carmack's records, Dr. Gurian simply requests that the date of said deposition or document production be at a time mutually convenient for all parties and for Dr. Gurian and her counsel. Dr. Gurian currently has certain personal issues which would prevent her from appearing at a deposition before July 2005. Accordingly, if the Court orders that Dr. Gurian

should appear for a deposition, Dr. Gurian requests that she not be required to do so before August 1, 2005.

>Respectfully submitted,
>For non-party Anne Gurian, M.D.,
>By her attorney,
>
>*[signature]*
>
>Heidi M. Oh
>BBO# 567667
>Hamrock & Tocci
>101 Main Street, 18th Floor
>Cambridge, MA  02142
>(617) 496-5370

### CERTIFICATE OF SERVICE

I, *Heidi M. Oh,* Attorney representing non-party witness, *Anne Gurian, M.D.,* hereby certify that I have this *15th day of March, 2005* served the within:

RESPONSE OF NON-PARTY WITNESS, ANNE GURIAN, M.D., TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INFORMATION AND MEDICAL RECORDS PERTAINING TO PLAINTIFF'S MEDICAL HEALTH AND PSYCHIATRIC TREATMENT

upon the pro se plaintiff and attorney of record, by mailing copies of same, postage paid, as follows:

Mr. Joseph T. Carmack
398 Columbus Avenue
Boston, MA  02116-6008

Stephen E. Hughes, Esq.
Bonner, Kiernan, Trebach & Crociata
One Liberty Square, 6th Floor
Boston, MA  02109

>*[signature]*
>
>Heidi M. Oh
>BBO# 567667
>Hamrock & Tocci
>101 Main Street, 18th Floor
>Cambridge, MA  02142
>(617) 496-5370