UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred   X

Joseph Carmack

V.                                                                         CA No.  03-12488-PBS

National Railroad Passenger Corp.

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Alexander</u> for the following proceedings:

(A)       Referred for full pretrial case management, including all dispositive motions.

(B)       Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)       Referred for discovery purposes only.

(D)       Referred for Report and Recommendation on:

  (  ) Motion(s) for injunctive relief
  (  ) Motion(s) for judgment on the pleadings
  (  ) Motion(s) for summary judgment
  (  ) Motion(s) to permit maintenance of a class action
  (  ) Motion(s) to suppress evidence
  (  ) Motion(s) to dismiss
  (  ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(E)   **X**   Case referred for events only.  See Doc. No(s).  <u>31 First Motion to Compel Disclosure of Information and Medical Records Pertaining to Plaintiff's Mental Health and Psychiatric Treatment.</u>

(F)       Case referred for settlement.

(G)       Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
  (  ) In accordance with Rule 53, F.R.Civ.P.
  (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)       Special Instructions: _____

_____

 March 25, 2005                                                    By:     /s/ Robert C. Alba
Date                                                                              Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1]   See reverse side of order for instructions