UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph T. Carmack
        Plaintiff,                      CIVIL ACTION
                                                    NO.   03-12488-PBS
    v.

National Railroad Passenger Corporation
        Defendant.


**NOTICE OF RESCHEDULED MOTION HEARING/PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                     March 28, 2005

     The Summary Judgment Motion Hearing/Pretrial Conference previously scheduled for April 14, 2005, has been **rescheduled** to **May 6, 2005, at 3:00 p.m.**


                                                                                By the Court,


                                                                             /s/ Robert C. Alba
                                                                            Deputy Clerk


Copies to:  All Counsel


resched.ntc