...JRT
... OF MASS.

2005 MAR 23  P 5:59

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack | ) Civil Action No. 03-12488-PBS |
| Plaintiff, Pro Se | ) |
| v. | ) |
| The National Railroad Passenger Corporation | ) |
| Defendant | ) |

**PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER LIMITING DISCLOSURE OF INFORMATION AND MEDICAL RECORDS PERTAINING TO PLAINTIFF'S MENTAL HEALTH AND PSYCHIATRIC TREATMENT AND ALL MEDICAL RECORDS.**

Pursuant to Fed.R.Civ.P. 26 (c), Plaintiff Joseph Carmack hereby moves that this Honorable Court grant an protective order limiting the disclosure information and medical records pertaining to Plaintiff's health including mental health, psychiatric and general health. Plaintiff prays for the following elements to be included in a protective order:

1. All medical documents will be impounded.
2. The Judge or court appointed officer will decide which items are to be viewed by the defense based on whether they are related to Plaintiff's employment or communication from practitioners to Defendant or their agents.
3. Plaintiff will submit redacted copies of Psychiatric files along withd originals for court to approve for review by defendant
4. Deposition questions regarding medical information will be limited to information that is job-related and consistent with business necessity.

5. Defendant will not be permitted to know any diagnosis not previously communicated to the defendant

Should this order not be acceptable to the court regarding personal injury claims, Plaintiff requests leave for a motion to dismiss personal injury claims separate from other damages.

Respectfully submitted,

DATED: March 23, 2005

*[signature]*
Joseph T. Camrack, Plaintiff, Pro Se.

### Certificate of Service

I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by Hand Delivery to and First Class U.S. Mail to : Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA 02109.

Date: March 23, 2005

*[signature]*

Joseph T. Carmack, Plaintiff, Pro Se.