UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

2005 MAR 23  P 5:59

| | |
|---|---|
| Joseph T. Carmack ) | Civil Action No. 03-12488-PBS |
| ) | |
| Plaintiff, Pro Se ) | |
| ) | |
| v. ) | |
| ) | |
| The National Railroad Passenger ) | |
| Corporation ) | |
| ) | |
| Defendant ) | |
| ) | |

**AFFIDAVIT OF PLAINTIFF JOSEPH T. CARMACK PURSUANT TO LOCAL RULE 37.1 RELATIVE TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER LIMITING DISCLOSURE OF MEDICAL AND PSYCHIATRIC INFORMATION AND DOCUMENTS**

I, Joseph T. Carmack, Plaintiff, Pro Se, in accordance with Local Rule 37.1, state that counsel for Amtrak and Plaintiff have conferred in good faith, on the dates and in the manner as described in the Joint Motion for Status Conference previously filed with the Court, to narrow to the greatest possible extent the areas of disagreement associated with Plaintiff's limiting disclosure of medical information. Unfortunately, agreement could not be reached on the issues presented in Plaintiff's Motion and Memorandum of Law.

SIGNED UNDER PENALTIES OF PERJURY, ON THIS DATE, MARCH 23, 2005

Joseph T. Carmack, Plaintiff, Pro Se

**Certificate of Service**

I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by

First Class U.S. Mail to : Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA 02109.

Date:  March 23, 2005

                                                        Joseph T. Carmack, Plaintiff, Pro Se.