UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 25 A 8: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Joseph T. Carmack )<br>)<br>Plaintiff, Pro Se )<br>)<br>v. )<br>)<br>The National Railroad Passenger )<br>Corporation )<br>)<br>Defendant )<br>_____) | Civil Action No. 03-12488-PBS |

## PLAINTIFF'S MOTION TO IMPOUND EXHIBIT'S FROM PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER DATED MARCH 23, 2005

Pursuant to Local Rule 7.2 Plaintiff Joseph Carmack hereby moves that this honorable court grant Plaintiff leave to impound document exhibits from PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER LIMITING DISCLOSURE OF INFORMATION AND MEDICAL RECORDS PERTAINING TO <u>PLAINTIFF'S MENTAL HEALTH AND PSYCHIATRIC TREATMENT AND ALL MEDICAL RECORDS.</u> Plaintiff prays that impoundment order follow the following custody arrangements:

1. The Plaintiff will have leave for filing this motion after submission of the material to impounded.

2. The materials will be removed from the public file upon the approval of this motion at which time the materials will be impounded.

3.. The impoundment period shall continue until the above captioned case is disposed.

4. Upon disposition of the case, the impounded materials shall be released from custody of the court to custody of the Plaintiff.

<u>Discussion</u>

Plaintiff prays this court gives leave to impound materials previously submitted, contrary to provisions of Local Rule 7.2 (d), in order to permit submission of the materials as exhibits for PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER dated March 23, 2005. As grounds for this motion Plaintiff submits that the materials are from confidential materials that were included in Defendant's medical file on Plaintiff that were maintained by Defendant as Plaintiff's employer and defendant received copies of the materials as exhibits served with PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER. Further, Plaintiff prays for leave to have the materials considered in application of Massachusetts General Laws governing public records in that the materials "fall within the following exemption(s) in that they are:...(c) personnel and medical files or information; also any other materials or data relating to a specifically named individual, the disclosure of which may constitute an unwarranted invasion of personal privacy;" M.G.L. 4 s. 7 cl. Twenty-sixth.

WHEREFORE, Plaintiff prays that motion be allowed because justice requires that the motion prayed for be granted.

March 25, 2005

Respectfully submitted

Joseph T. Carmack, Plaintiff Pro Se.

### Certificate of Service

I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by First Class U.S. Mail to : Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA 02109.

Date: March 25, 2005

Joseph T. Carmack, Plaintiff, Pro Se.