UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

2005 MAR 31  P 5: 39

| | |
|---|---|
| Joseph T. Carmack ) | Civil Action No. 03-12488-PBS |
| ) | |
| Plaintiff, Pro Se ) | |
| ) | |
| v. ) | |
| ) | |
| The National Railroad Passenger ) | |
| Corporation ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF JOSEPH CARMACK'S MOTION FOR A WAIVER OF REQUIREMENT FOR ELECTRONIC CASE FILING

Plaintiff Joseph Carmack hereby moves for a waiver of mandatory case filing required by this honorable court as of April 1, 2005. As basis for this motion Plaintiff states that he is unable to enroll in Electronic Case Filing without the necessary system requirements for internet access.

Plaintiff, who uses an antiquated computer with Microsoft Windows version 3.0 operating system, has made attempts at upgrading resources and availing himself to an affordable internet account. After locating an account and upgrading Plaintiff's operating system Plaintiff has nonetheless been unable to initiate the necessary internet software. Since the date for this honorable court's requirements is approaching; Plaintiff anticipates filing future responses and motions in the above captioned case; and Plaintiff may need to file conventionally prior to successfully establishing a personal internet connection; Plaintiff requests leave to file conventionally. Should the Plaintiff be able to upgrade and establish internet connection, he will promptly notify the court and comply with requirements for Electronic Case Filing.

Wherefore, Plaintiff hereby requests leave to file conventionally in accordance with Local Rules until such time he has the means to comply with requirements for Electronic Case Filing.

Respectfully submitted

March 31, 2005

Joseph T. Carmack, Plaintiff Pro Se.

### Certificate of Service

I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by First Class U.S. Mail to : Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA 02109.

Date: March 31, 2005