UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JOSEPH CARMACK,       )
            )
       Plaintiff,     )     CIVIL ACTION
   v.           )     NO. 03-12488-PBS
            )
NATIONAL RAILROAD   )
PASSENGER CORPORATION  )
            )
      Defendant.    )


**ORDER RELATING TO DEFENDANT'S MOTION TO
COMPEL DISCLOSURE OF INFORMATION AND
MEDICAL RECORDS PERTAINING TO PLAINTIFF'S
MENTAL HEALTH AND PSYCHIATRIC TREATMENT**

This Court heard argument on April 14, 2005, on Defendant's Motion to Compel

Disclosure of Information and Medical Records Pertaining to Plaintiff's Mental Health

and Psychiatric Treatment (Docket # 31). This motion is currently under advisement.

Pending final resolution of the motion, it is hereby ORDERED:

1.    Plaintiff is ordered to produce to the court the communications with third

parties relating to the plaintiff's medical condition and treatment. Plaintiff shall produce

both redacted and unredacted copies to the court, and redacted copies only to the

defendant by **April 29, 2005**.

2.    Plaintiff shall submit to the Court by **April 29, 2005** a memorandum in

support of his argument that the communications previously produced to third parties

should nonetheless be considered privileged. Defendant shall to respond to Plaintiff's

memorandum by **May 13, 2005**.

3.    Dr. Gurian and Dr. Stark shall produce to Plaintiff all medical and psychiatric records dating from January 1, 2000 to the present.  Dr. Gurian and Dr. Stark shall produce these records by **April 29, 2005**.

4.    Plaintiff shall by **May 13, 2005** produce to the Court both redacted and unredacted copies of the Doctors' records from the period from January 1, 2000 through August 2002.

　　　　　　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　　　　　Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

DATED:  April 15, 2005