Exhibit C

One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380
bktc@bktc.net
www.bktc.net

# BONNER KIERNAN TREBACH & CROCIATA

Connecticut
Maryland
New Jersey
New York
Rhode Island
Virginia
Washington, DC

January 14, 2005

Mr. Joseph T. Carmack
398 Columbus Avenue
PMB 130
Boston, MA 02116-6008

Re:  *Joseph T. Carmack v. National Railroad Passenger Corporation*
     *United States District Court for the District of MA*
     *Civil Action No. 03 12488 PBS*

Dear Mr. Carmack:

As per your request, we have compared the documents in our files to the documents listed in your Partial Initial Disclosures, dated November 2, 2004. The following is a list of the documents from your disclosure of Documents and Tangible Things which we do not have, or the descriptions of which require clarification:

| | |
|---|---|
| b. | Selected documents from packet found on desk of Mr. Gerard L. DeModena on April, 11, 2001; |
| n. | Letter dated April 4, 2002 from Dr. Ann Gurian "To whom it may concern"; |
| p. | Letter dated May 30, 2001 from Dr. Ann Gurian "To whom it may concern"; |
| aa. | Selected pages from CHARTING A COURSE FOR CHANGE, Amtrak's Business Diversity workbook; |
| hh. | Compilation of documents found on Mr. G.L. DeModena's desk April 11, 2001; |
| jj. | Open Letter dated March 11, 2001 from Mr. M.J. O'Malley to Mr. J.T. Carmack; (We have a March 11, 2001 letter from <u>Mr. O'Bryan</u> to Mr. Carmack); |
| ll. | Transcript of meeting at North Station Boston between Mr. J.T. Carmack and Mr. G.L. DeModena; |
| mm. | Memo dated March 3, 2002 from Mr. William C. Rae to Mr. M.J. O'Bryan; |
| nn. | Page 27 of 37 of Amtrak/BLE National engineer roster showing Mr. Carmack on Medical Leave of Absence (MLA): #1334; |
| oo. | Letter dated May 30, 2001 from Dr. Ann Gurian "To whom it may concern"; |
| qq. | Memo misdated 12/10/02 from Mr. William C. Rae to Mr. M.J. O'Bryan; |
| rr. | Compilation of Correspondence concerning application of Amtrak attendance policy; |

2

| | |
|---|---|
| ss. | Amtrak Attendance Policy; |
| tt. | Book <u>Power Plays</u> by John O. Whitney and Tina Packer; |
| uu. | Poster from Boston production of <u>Rosencranz and Guildenstern are Dead!</u> by Tom Stoppard; |
| vv. | Script of <u>Rosencranz and Guildenstern are Dead!</u> by Tom Stoppard; |
| zz. | Plaintiff's application of sickness benefits dated July 2, 1985; |
| aaa. | Letter from Plaintiff to Robert A. Palmer of July 2, 1985 (undated); |
| bbb. | Letter from Robert A. Palmer to Plaintiff dated September 9, 1985; |
| ccc. | Letter from Martha C. Stark to Robert A. Palmer dated October 9, 1985 with return receipt; |
| ddd. | MBCR/BLE collective bargaining agreement; |
| iii. | Collection of Newsletters in single magazine form by Richard Prone; and |
| jjj. | Transcript of insubordination hearings for Plaintiff with exhibits. |

Therefore, please submit the above-referenced documents to the office of Bonner Kiernan Trebach & Crociata, One Liberty Square, Boston, Massachusetts 02109

Thank you for your attention to this matter.

Sincerely,

Stephen E. Hughes

SEH:vnk
Enclosures

BONNER
KIERNAN
TREBACH &
CROCIATA

2