Exhibit D

CERTIFIED MAIL 7003 0500 0002 3278 0979
Return Receipt Requested

Joseph T. Carmack
398 Columbus Ave. PMB 130
Boston, MA 02116-6008

January 27, 2005

Mr. Stephen E. Hughes
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6thFloor
Boston, MA 02109

    RE: Joseph T. Carmack v. National Railroad Passenger Corporation
        United States District Court for the District of Massachusetts
        Civil Action No. 03-12488 PBS

Dear Atty. Hughes:

Enclosed please find a copy of the following documents:

1. Packet of Documents entitled <u>Letters From Hell</u> that Mr. G. L. DeModena identified during defendant's internal investigation of Plaintiff as packet found on G. L. DeModena's desk at South Station Boston on April 11, 2001.

2. Compilation of correspondence concerning application of Amtrak attendance policy.

   a. Letter from Plaintiff to M. J. O'Malley dated May 22, 2000.
   b. Plaintiff's 'OPEN LETTER TO BLE DIVISION 57' dated October 26, 2000.
   c. Letter from Plaintiff to M. J. O'Bryan dated September 4, 2000.
   d. Plaintiff's 'Open letter to BLE-57 and UTU-898' dated September 4, 2000.
   e. Letter from M. J. O'Malley to Plaintiff dated August 22, 2000.
   f. Letter from Plaintiff to M. J. O'Malley dated September 4, 2000.
   g. Letter from M. J. O'Malley to Plaintiff dated May 23, 2000.
   h. Letter from Plaintiff to M. J. O'Malley dated July 19, 2000.
   i. Letter from Plaintiff to M. J. O'Bryan dated July 21, 2000 including defendant's 'ENGINEERS Daily Worksheet' dated July 13, 2000 and defendant's 'ENGINEERS Daily Worksheet' dated July 14, 2000.
   j. Letter from Plaintiff to M. J. O'Malley dated July 10, 2000.
   k. Letter from Plaintiff to M. J. O'Bryan dated April 30, 2000.
   l. Letter from Plaintiff to M. J. O'Malley dated April 30, 2000.
   m. Letter from M. J. O'Malley to Plaintiff dated April 25, 2000.

i

Stephen E. Hughes                                                       January 27, 2005

      n. Letter from Plaintiff to M. J. O'Bryan dated February 17, 2000.
      o. Letter from Plaintiff to M. J. O'Malley dated March 27, 2000.
      p. Letter from M. J. O'Malley dated February 9, 2000.

3. Transcript of meeting at North Station between Plaintiff and G. L. DeModena.

    Your attention to this matter will be greatly appreciated. Thank you.

Sincerely,

*[signature: Joseph T. Carmack]*

Joseph T. Carmack

2