Exhibit E

CERTIFIED MAIL 7003 0500 0002 3278 0986
Return Receipt Requested

Joseph T. Carmack
398 Columbus Ave. PMB 130
Boston, MA 02116-6008

February 2, 2005

Mr. Stephen E. Hughes
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6thFloor
Boston, MA 02109

    RE: Joseph T. Carmack v. National Railroad Passenger Corporation
          United States District Court for the District of Massachusetts
          Civil Action No. 03-12488 PBS

Dear Atty. Hughes:

    Per our discussion this date, I will identify all the items listed in your letter of January 14, 2005 to indicate items that you already have and which of the remainder is enclosed.

- b. Selected documents from packet found on desk of Mr. Gerard L. DeModena on April 11, 2001: - This is the group of pages that L. DePhillips faxed to Marianne Letterio; they are in the Medical File with the indications to M.L.
- n. Letter dated April 4, 2002 from Dr. Ann Gurian "To whom it may concern"; Likewise, this item is in the Medical File: it is also in the Exhibits from the investigation hearing and in Dr. Pinsky's Testimony, he reads it into the record. As I recall, you did say you had read the hearing transcript and you have seen all the Exhibits.
- p. Letter dated May 30, 2001 from Dr. Ann Gurian "To whom it may concern. - Same as n above.
- aa. CHARTING A COURSE FOR CHANGE, Amtrak's Business Diversity workbook. - The entire text is enclosed.
- hh. Compilation of documents found on Mr. G.L. DeModena's desk April 11, 2001; - <u>Letters From Hell</u>; See my mailing to you of January 27, 2005.
- jj. Open Letter dated March 11, 2001 from M. M. O'Malley to Mr. J. T. Carmack;- You are correct, this is an error. I did intend the letter to O'Bryan dated March 11, 2001.
- ll. Transcript of meeting at North Station Boston between Mr. J. T. Carmack and Mr. G. L. DeModena;.See my mailing to you of January 27, 2005.

1

Stephen E. Hughes									February 2, 2005

- mm. Memo dated March 3, 2002 from Mr. William C. Rae to Mr. M. J. O'Bryan; You already have this; its a part of the investigation record and it is duplicated several times in the packets you sent to me. (see discipline file and medical file); an any case, another copy is enclosed.
- nn. Page 27 of 37 of Amtrak/BLE National Engineer roster showing Mr. Carmack on Medical Leave of Absence (MLA); #1334 with supporting letters from Kenny and Hcrizak.
- oo. Letter dated May 30, 2001 from Dr. Ann Gurian "To whom it may concern"; Same as 'p.' above.
- qq. Memo misdated 12/10/02 from Mr. William C. Rae to Mr. M. J. O'Bryan; this is also an exhibit in the investigation. Messrs. Prone and Raie discuss it in the transcript.
- rr. Compilation of Correspondence concerning application of Amtrak attendance policy; I itemized this in my letter of January 27, 2005 to you and it was with the materials I sent.
- ss. Amtrak Attendance Policy; although I didn't list it, this was with the last group of documents (January 27, 2005) that I sent to you.
- tt. Book Power Plays by John O. Whitney and Tina Packer; delivered under separate cover.
- uu. Poster from Boston production of Rosencranz and Guildenstern are Dead!: by Tom Stoppard; enclosed.
- vv. Script of Rosencranz and Guildenstern are Dead!: by Tom Stoppard; delivered to you under separate cover.
- zz. Plaintiff's application for sickness benefits dated July 2, 1985; to be impounded.
- aaa. Letter from Plaintiff to Robert a Palmer of July 2, 1985 (undated); to be impounded
- bbb. Letter from Robert A. Palmer to Plaintiff dated September 9, 1985;to be impounded.
- ccc. Letter from Dr. Martha C. Stark to Robert A. Palmer dated October 9, 1985 with return receipt; to be impounded.
- ddd. MBCR/BLE collective bargaining agreement; unable to locate.
- iii. Collection of Newsletters in single magazine from by Richard Prone; please arrange for Mr. Rae to purchase a copy from Mr. Prone..
- jjj. Transcript of insubordination hearings for Plaintiff with exhibits; since you told me today that you have read these, I assume you have these.

If you have any other requests, please advise. We can discuss a protective order on Monday. Your attention to this matter will be greatly appreciated. Thank you.

Sincerely,

Joseph T. Carmack