Exhibit F

Case 1:03-cv-12488-PBS    Document 53-7    Filed 05/03/2005    Page 1 of 2

CERTIFIED MAIL 7003 0500 0002 3278 0986
Return Receipt Requested

Joseph T. Carmack
398 Columbus Ave. PMB 130
Boston, MA 02116-6008

February 3, 2005

Mr. Stephen E. Hughes
BONNER, KEIRNAN, TREBACH AND CROCIATA
One Liberty Square, 6th Floor
Boston, MA 02109

> RE: *Joseph T. Carmack v. National Railroad Passenger Corporation*
> Civil Action No. 03-12488-PBS

Dear Mr. Hughes:

Enclosed, please find Power Plays by John O. Whitney and Rosencranz and Guildenstern are Dead! By Tom Stoppard.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Joseph T. Carmack