Exhibit G

Case 1:03-cv-12488-PBS   Document 53-8   Filed 05/03/2005   Page 1 of 2

HAND DELIVERED AND FAXED

Joseph T. Carmack
398 Columbus Ave. PMB 130
Boston, MA 02116-6008

March 9, 2005

Mr. Stephen E. Hughes
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6thFloor
Boston, MA 02109          Fax No. 617/426-0380

RE: *Joseph T. Carmack v. National Railroad Passenger Corporation*
    *United States District Court for the District of Massachusetts*
    *Civil Action No. 03-12488 PBS*

Dear Atty. Hughes:

This letter will confirm our discussion of March 8, 2005 during which you agreed to extend my time to respond to Amtrak's interrogatories and request for production of documents which I received on February 8, 2005. This letter further confirms that you agreed to extend the time to respond to March 17, 2005.

Thank you for your attention to this matter.

Sincerely,

*Joseph T. Carmack*
Joseph T. Carmack

1