Exhibit H

CERTIFIED MAIL
Return Receipt Requested
7004-2510-0007-3023-7500

Joseph T. Carmack
398 Columbus Ave. PMB 130
Boston, MA  02116-6008

March 18, 2005

Mr. Stephen E. Hughes
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6thFloor
Boston, MA  02109          Fax No. 617/426-0380

RE: *Joseph T. Carmack v. National Railroad Passenger Corporation*
*United States District Court for the District of Massachusetts*
*Civil Action No. 03-12488 PBS*

Dear Atty. Hughes:

This letter will confirm our discussion of March 17, 2005 during which you agreed to extend my time to respond to Amtrak's interrogatories and request for production of documents which I received on February 8, 2005. Whereas I had delivered several boxes of documents to the above address over the previous weeks, This letter further confirms that you agreed to further extend the time respond to March 18, 2005. Written responses to interrogatories and request for production of documents are enclosed.

Thank you for your attention to this matter.

Sincerely,

*[signature]*
Joseph T. Carmack

1