UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger Corporation | ) ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## PLAINTIFF, PRO SE, JOSEPH T. CARMACK'S PROPOSAL FOR A CONFIDENTIALITY AGREEMENT PURSUANT TO COURT ORDER DATED JUNE 29, 2005

Plaintiff, Pro Se, Joseph T. Carmack, hereby submits the following proposal for a confidentiality agreement for the above captioned case.

### PREAMBLE

1. This agreement is a governs the handling of document in the above captioned case.until dispostion of the case

### REPRESENTATIVES

2. The Defendant, National Railroad Passenger Corporation will appoint one business representative with authority to make decisions regarding medical issues involved in this case.

3. Attorney for the Defendant, Stephen Hughes, will be the sole legal representative with authority to deal with Plaintiff's confidential medical information involved in this case.

4. Only Stephen Hughes and Defendants appointed business representatives will be permitted to view any Plainriffs confidential medical documents or know Plaintiff's confidential medical information.

### HANDLING OF DOCUMENTS

5. Defense will be permitted only two (2) copies of each Plaintiff's Medical Documents, including all documents that are currently in Defendant's confidential medical files on Plaintiff.

6. All documents used in submissions to the court will be impounded.

7. Upon disposition of the case, all documents will be returned to the Plaintiff for disposal.

Respectfully submitted,

July 8, 2005

*Joseph T. Carmack*

Joseph T. Carmack

398 Columbus Ave. PMB 130

Boston, MA 02116-6008

Work: 617/727-2310 ext 7045

Home: 617/536-0772

Pager w/ voice mail: 617/798-6466

### Certificate of Service

I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by Hand Delivery to: Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA 02109.

Date: July 8, 2005

*Joseph T. Carmack*

Joseph T. Carmack, Plaintiff, Pro Se.