# CONFIDENTIALITY AGREEMENT

The National Railroad Passenger Corporation (henceforth "Amtrak"), defendant in the civil action entitled Joseph T. Carmack v. National Railroad Passenger Corporation, filed as Civil Action No. 03 12488 PBS in United States District Court for the District of Massachusetts (henceforth "the civil action"), hereby states and agrees that it will maintain the below-listed documents and the information associated therewith (henceforth "the confidential documents and information") in the strictest of confidence by:

1. Limiting the disclosure of the confidential documents and information to:
   a. Amtrak's Law Department and its outside counsel,
   b. persons employed by Amtrak's outside counsel who are performing services directly related to the civil action,
   c. Amtrak's Health Services Department,
   d. Amtrak's Labor Relations Department,
   e. Mr. William Crosbie, Senior Vice President of Operations,
   f. Mr. Edward Walker, Vice President of Transportation, and
   g. Any medical or psychiatric expert(s) to be retained in this matter by Amtrak.

2. Not disclosing the confidential documents and information to anyone except for the specific purpose of helping to defend the above-captioned litigation except as required by a valid order of any court or government agency of competent jurisdiction or if required to do so by law;

3. Requiring this confidentiality agreement to be signed by Amtrak's medical and/or psychiatric expert(s) who reviews the confidential documents and information; and

4. destroying all copies of the confidential documents and returning all originals of same to Plaintiff at the conclusion of the above-entitled litigation.

In the event that Amtrak, its agents, or experts are served with a subpoena or other request calling for disclosure of any of the confidential documents and information subject to this confidentiality agreement, Amtrak agrees to provide written notice of the receipt of such subpoena or document request to Plaintiff within seven business days of the receipt of said subpoena or document request so as to enable Plaintiff or other interested persons or entities to seek a protective order prior to Amtrak's responding to such a subpoena or document request.

## CONFIDENTIAL DOCUMENTS

1. All documents produced by Plaintiff or his current or former medical providers concerning his psychological, mental, or emotional condition and/or history.

Notwithstanding the foregoing provisions, this Agreement shall not restrict in any manner the right of any party in this civil action to offer or use as evidence at the trial of this action any of the information or documents subject to this confidentiality agreement, and nothing contained herein shall be construed as a waiver of any objection which might be raised as to admissibility at trial of any such material.

**AGREED:**

**PLAINTIFF,**
Joseph T. Carmack,

**DEFENDANT,**
National Railroad Passenger Corp.
By its attorneys,

_____
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008
(617) 536-6466

_____
Stephen E. Hughes
    Bonner Kiernan Trebach & Crociata
One Liberty Square
Boston, MA 02109
(617) 426-3900

DATED: _____

DATED: _____