UNITED STATES DISTRICT COURT

FOR THE 2005 JUL 15 P 5:52

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | MOTION TO AMEND COMPLAINT |
| v. | ) | |
| | ) | |
| The National Railroad Passenger Corporation | ) ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR LEAVE TO ADD PLAINTIFF

Plaintiff, Joseph T. Carmack, ("Plaintiff") hereby moves this Honorable Court for an order granting leave to amend the complaint filed in the above action, so as to add a second plaintiff by joinder in accordance with Rule 19 Fed. Rules of Civil Procedure. The name of the plaintiff to be added is the Brotherhood of Locomotive Engineers and Trainmen ("BLET"). residing within District of this Honorable Court at 257 Hersey Street, Hingham, MA

As grounds for this motion Plaintiff states that in the BLET's absence complete relief cannot be accorded among those already parties and in the BLET may claim an interest relating to the subject of the action and is so situated that the disposition of the action in the BLET's absence may impair the BLET's ability to protect its interests and leave the plaintiff subject to a substantial risk of losing privileges in accordance with collective bargaining agreement. More specifically, the outcome of this case may impact on the collective bargaining agreement between the BLET and the Defendant in the above caption case, National Railroad passenger corporation. In addition the outcome may also

1

affect collective bargaining agreements between Massachusetts Bay Commuter Railroad Company and the BLET.

Wherefore, Plaintiff requests that this amendment be allowed in order to provide adequate remedy and justice requires that the order prayed for be granted so that Plaintiff's claim may be fully and fairly presented.

                                        **Respectfully submitted,**

DATED: July 15, 2005

                                        Joseph T. Carmack
                                        Plaintiff, Pro Se
                                        398 Columbus Ave, PMB 130
                                        Boston, MA  02116-6008
                                        Work: 617/727-2310 ext. 7045
                                        Home: 617/536-0772
                                        Pager w/voice mail: 617/798-6466

### Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on July 15, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

I, Joseph T. Carmack, hereby certify that I have on July 15, 2005 served a true copy of the foregoing document by First Class U.S. Mail to George Newman, Local Chairman for Brotherhood of Locomotive Engineers and Trainmen at 257 Hersey Street, Hingham, MA  02003-2729

I, Joseph T. Carmack, hereby certify that I have on July 15, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA  02109.

DATED: July 15, 2005

                                        Joseph T. Carmack
                                        Plaintiff, Pro Se
                                        398 Columbus Ave, PMB 130
                                        Boston, MA  02116-6008