UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

2006 JUL 15 P 5:52

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger Corporation | ) | |
| | ) | |
| Defendant | ) | |

**MOTION FOR LEAVE TO ADD DEFENDANT**

Plaintiff, Joseph T. Carmack, ("Plaintiff") hereby moves this Honorable Court for an order granting leave to amend the complaint filed in the above action, so as to add a second Defendant. The name of the Defendant to be added is Massachusetts Bay Commuter Railroad Company ("MBCR") residing within District of this Honorable Court at 89 South Street Boston, Suffolk County, Massachusetts.

As grounds for this motion Plaintiff states that MBCR has succeeded the Defendant National Railroad Passenger Corporation ("Defendant") in the enterprise operating Massachusetts commuter rail services and Plaintiff would be subsumed into that operation as employee of MBCR where it not for the actions and omissions alleged of the Defendant in the above captioned case. Most of the principle agent employees of the Defendant were also subsumed as employees of the Defendant. In addition, full and equitable relief cannot be provided to the Plaintiff without the involvement of MBCR whereas remedy in the Complaint requires reinstatement to Plaintiff's former position as Locomotive engineer and said reinstatement can only be provided by MBCR.

1

Wherefore, Plaintiff requests that this amendment be allowed in order to provide adequate remedy and justice requires that the order prayed for be granted so that Plaintiff's claim may be fully and fairly presented.

**Respectfully submitted,**

DATED: July 15, 2005

*Joseph T. Carmack*
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Pager w/voice mail: 617/798-6466

**Certificate of Service**

I, Joseph T. Carmack, hereby certify that I have on July 15, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

I, Joseph T. Carmack, hereby certify that I have on July 15, 2005 served a true copy of the foregoing document by First Class U.S. Mail to George Newman, Local Chairman for Brotherhood of Locomotive Engineers and Trainmen at 257 Hersey Street, Hingham, MA 02003-2729

I, Joseph T. Carmack, hereby certify that I have on July 15, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA 02109.

DATED: July 15, 2005

*Joseph T. Carmack*
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Pager w/voice mail: 617/798-6466