UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger Corporation | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT MOTION MEMORANDA SUBSEQUENT TO FILING OF MOTIONS

Plaintiff hereby moves for leave to submit memoranda for his MOTION FOR LEAVE TO ADD PLAINTIFF and MOTION FOR LEAVE TO ADD DEFENDANT subsequent to filing motions. With this motion, Plaintiff prays for lattitude from this Honorable Court and Defendant. Plaintiff submitted motions on time in good faith in compliance with order of this Honorable Court issued on June 8, 2005. However, since the order was part of a substantial list of discovery orders; and justice required that Plaintiff submit four motions, Plaintiff was unable to complete the memoranda although motions were filed on time and in good faith effort to comply.

Plaintiff further prays that defendant be given equitable extension on time for response.

DATED: July 18, 2005

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work: 617/727-2310 ext. 7045

1

## Certificate of Service

    I, Joseph T. Carmack, hereby certify that I have on July 18, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

    I, Joseph T. Carmack, hereby certify that I have on July 18, 2005 served a true copy of the foregoing document by First Class U.S. Mail to George Newman, Local Chairman for Brotherhood of Locomotive Engineers and Trainmen at 257 Hersey Street, Hingham, MA  02003-2729

    I, Joseph T. Carmack, hereby certify that I have on July 18, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA  02109.

DATED: July 18, 2005

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045
Home:  617/536-0772
Pager w/voice mail: 617/798-6466

2