Exhibit H

CASE
   03-12488 PBS

FROM:
MOTION - "PLAINTIFF'S MOTION TO COMPEL
  DISCLOSURE AND DISCOVERY FROM
  DEFENDANT PURSUANT TO
  FED. R. CIV. P. 37"

DATED: JULY 15, 2005

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
|---|---|---|
| | PAGE: | 14 of 19 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 1998 |

## WORKPLACE VIOLENCE REPORT FORM

TART #98 [ ]

DATE/TIME REPORT: 4/12/01    DATE/TIME INCIDENT: 7:30a 4/11/01

LOCATION: Boston, South Station

Type of Incident (E.g., Assault, Threat, Etc.) THREAT

Reporting Official: _____

Contact Numbers (Work, Pager, Etc.): _____

Complainant: G.L. DeModena

Contact Numbers (Work, Pager, Home): 617-345-7709

Person Accused of threats or Workplace Violence: Joseph Carmack, Engr.

Contact Numbers (Work, Pager, Home): _____

Witnesses (Provide Name and Contact Number):

1. _____
2. _____
3. _____

(If any written statements obtained, attach to this report).

Describe Incident (attach additional sheets, if necessary)
I arrived at my office on 4/11/01 at approx. 7:30a and found a document entitled "Letters From Hell" which had been placed on my desk. The document was compilation of letters and writings authored by Joe Carmack. In one addressed to "Gus," he mentions that he is "'vinted' now" then proceeds to recast "Hamlet" w/man, proclaiming to change the ending to his "liking" and kills off my character. This episode followed a few incidents where I had to speak w/ Carmack re his conduct.

NATIONAL RAILROAD PASSENGER CORPORATION        SECTION:            PERS-42

                                               PAGE:               15 of 19

**WORKPLACE VIOLENCE**                         LATEST ISSUE DATE:  October 19, 1998

---

## WORKPLACE VIOLENCE REPORT FORM
### (Continuation)

TART #98 [_____]

DATE/TIME REPORT: [4/12/01]    DATE/TIME INCIDENT: [738 - 4/12/01]

LOCATION: _____

Were Police Called?   Yes  ✓      No _____
(Provide Name and Contact Number) _____

Was Anyone Arrested?   Yes _____   No  ✓
Name of Person Arrested: _____
What Were the Charges? _____

Was Anyone Hospitalized?   Yes _____   No  ✓
Name of Person Hospitalized: _____
Hospital Name: _____

Was Anyone Removed From Service?   Yes _____   No  ✓
Name of Employee: _____

What Instructions Were Given (If any)? _____

Notifications:
Who Was Notified? (Use additional sheets, if necessary)
1. _Lou De Phillips, Labor Relations_
2. _Bob Smith, Amtrak Police_
3. _M. J. O'Malley_
4. _____

Was TART Notified?   Yes  ✓      No _____

Person Contacted: _Lou De Phillips_
Date: _____