UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 03 12488 PBS<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SUBPOENA DUCES TECUM SERVED UPON MASSACHUSETTS BAY COMMUTER RAILROAD

Defendant National Railroad Passenger Corporation ("Amtrak") hereby opposes Plaintiff Joseph T. Carmack's ("Plaintiff") motion to compel responses from Massachusetts Bay Commuter Railroad Company ("MBCR"), pursuant to a subpoena allegedly served on it. Amtrak supports the objections to said subpoena previously set forth by MBCR, as referred to in exhibits C and D of Plaintiff's motion, and as set forth in MBCR's Opposition to Plaintiff's Motion filed with this Court.

Amtrak also refers the Court to the arguments set forth in Amtrak's Opposition to Plaintiff's Motion to Compel Further Documents which explain why the personnel files and other personal documents associated with Gerard DeModena, a former Amtrak employee, should not be produced because they are not relevant to the issues in this civil action and not reasonably calculated to lead to the discovery of admissible evidence. Furthermore, the disclosure of Mr.

DeModena's personnel files will be an unwarranted violation of his privacy rights under M.G.L. c. 214 §1B and federal Common Law. See <u>Miles v. Boeing, Co.</u>, 154 F.R.D. 112, 115 (E.D. Pa. 1994) (personnel files are confidential and discovery of them should be limited); and <u>Gehring v. Case Corp.</u>, 43 F.R.D. 340, 342 (7th Cir. 1994) (upholding District Court decision that releasing personnel files of others would violate privacy interests).

WHEREFORE, Amtrak respectfully requests that Plaintiff's Motion to Compel Subpoena Responses from Massachusetts Bay Commuter Railroad be denied in its entirety.

**DEFENDANT,
NATIONAL RAILROAD PASSENGER
CORPORATION,**
By Its Attorneys,

DATED:   July 29, 2005

s/Stephen E. Hughes
John A. Kiernan (BBO No. 271020)
Stephen E. Hughes (BBO No. 629644)
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

### Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on July 29, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

<u>Plaintiff (Pro Se):</u>
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

s/Stephen E. Hughes
Stephen E. Hughes