UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br><br>Defendant. | Civil Action No. 03 12488 PBS |

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO COMPEL DISCLOSURE OF PLAINTIFF'S <u>ALLEGED PRIVILEGED COMMUNICATIONS</u>

Defendant, National Railroad Passenger Corporation ("Amtrak"), moves this Court for an order compelling Plaintiff, Joseph T. Carmack ("Plaintiff"), to (1) produce the six letters identified by him in a privilege log, dated July 8, 2005, which consist of communications between him and Mark Kenny, a union representative; and (2) produce a privilege log of notes he has written on matters relevant to this litigation.

As grounds there for, Amtrak states that, on June 8, 2005, the Court ordered Plaintiff to prepare a privilege log for all documents he is withholding and identify the legal basis for any claim of "union representative/employee" privilege. Plaintiff has neither identified any recognized privilege nor provided any case law or legal support for his refusal to produce six letters consisting of communications with a union representative about matters concerning this litigation. See Exhibit 1, Plaintiff's privilege log. Consequently, there is no basis for withholding these documents and they should be disclosed to Amtrak.

In addition, Plaintiff has admitted to Amtrak's counsel that he has possession of notes he

has written of potential relevance to this case and for which he believes the attorney-client or work product doctrine apply. Plaintiff has failed to produce a privilege log of said documents.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Amtrak has consulted with Plaintiff on several occasions by
telephone on these issues, including on August 17, 2005, yet
no agreement has been reached and Plaintiff has not produced
said documents.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      WHEREFORE, Amtrak moves the Court for an order compelling production of these six letters and for production of a privilege log with respect to Plaintiff's notes.

                              Respectfully submitted,
                              DEFENDANT,
                              NATIONAL RAILROAD PASSENGER
                              CORPORATION,
                              By Its Attorneys,

DATED:    August 18, 2005        s/Stephen E. Hughes
                                          John A. Kiernan (BBO No. 271020)
                                          Stephen E. Hughes (BBO No. 629644)
                                          Bonner Kiernan Trebach & Crociata, LLP
                                          One Liberty Square - 6th Floor
                                          Boston, MA 02109
                                          (617) 426-3900

## Certificate of Service

      I, Stephen E. Hughes, hereby certify that I have on August 18, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

<u>Plaintiff (Pro Se):</u>
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

                                          s/Stephen E. Hughes
                                          Stephen E. Hughes