UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack ) | Civil Action No. 03-12488-PBS |
| ) | |
| Plaintiff, Pro Se ) | |
| ) | |
| v. ) | |
| ) | |
| The National Railroad Passenger ) | |
| Corporation ) | |
| ) | |
| Defendant ) | |
| _____) | |

**PLAINTIFF JOSEPH CARMACK'S PRIVILEGE LOG**

    Pliantiff, Joseph T. Carmack, submits this privilege log pursuant to court order dated June 8, 2005.

Document and Privilege claimed.

1. Letter to Mark Kenny dated June 25, 2002.     Union Representative/Employee

2. Letter to Mark Kenny dated June 25, 2003      Union Representative/Employee

3. Letter from Mark Kenny dated Sep. 12, , 2003  Union Representative/Employee

4. Letter From Mark Kenny dated May 6, 2003      Union Representative/Employee

5. Letter From Mark Kenny dated July 18, 2003    Union Representative/Employee

6. Response to Kenny's letter dated July 18, 2003  Union Representative/Employee

Respecfully Submitted,

                                             July 8, 2005

_____
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045     Home:  617/536-0772   Pager/vioce mail: 617/798-6466

**Certificate of Service**

    I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by Hand Delivery to: Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA 02109.

Date: July 8, 2005

                              Joseph T. Carmack, Plaintiff, Pro Se.
                              398 Columbus Ave. PMB 130
                              Boston, MA  02116-6008
                              Work:  617/727-2310 ext. 7045
                              Home  617/536-0772
                              Pager/voice mail 617/798-6466