UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION<br><br>Defendant. | Civil Action No. 03 12488 PBS |

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO EXTEND THE SCHEDULING ORDER

Pursuant to Fed.R.Civ.P. 16(a) and (c), the defendant National Railroad Passenger Corporation (hereinafter "Amtrak") moves this Court to extend the scheduling order in this matter by approximately one month so that discovery may be completed and adequate time be allocated for the preparation of its anticipated motion for summary judgment. Plaintiff does not object to Amtrak's request for an extension of the schedule.

**I.    DISCOVERY STATUS**

Although discovery was scheduled to conclude on August 12, 2005, there are several discovery matters still outstanding, despite diligent efforts from both parties, as follows:

1. On August 10, 11, and 12 Amtrak took the depositions of Plaintiff and Mr. O'Bryan, former Chairman of the Brotherhood of Locomotive Engineers, Local 57.

2. Unfortunately, as mentioned in Amtrak's Motion filed on August 17, 2005, Amtrak was unable to complete Plaintiff's deposition during that time frame. This Court has

|   |   |
|---|---|
|   | graciously approved Amtrak's request for an additional four hours for Plaintiff's deposition. |
| 3. | Amtrak sought to schedule the final day of Plaintiff's deposition for August 17, 2005, and then, subsequently, for August 24th or 25th. However, Plaintiff is not available until at least some time after August 26, 2005. |
| 4. | Amtrak expects to provide answers to Plaintiff's interrogatories during the week of August 22nd. |
| 5. | Plaintiff has objected to producing correspondence with his union representative. Amtrak filed a motion on this subject on August 18, 2005. |
| 6. | The parties will be heard before this Court on August 26, 2005 on Plaintiff's motion to compel certain documents from Amtrak and the Massachusetts Bay Commuter Railroad. |

## II.   EFFECT OF DISCOVERY DELAYS ON FILING DISPOSITIVE MOTION

|   |   |
|---|---|
| 7. | The court's current scheduling order requires dispositive motions to be filed on or before September 13, 2005. |
| 8. | Even if Amtrak is able to take Plaintiff's deposition during the week of August 29th, which has not yet been determined, Amtrak would not receive his deposition transcript until the week that the dispositive motions are due. |
| 9. | Amtrak will require substantial time for the preparation of its motion for summary judgment after all pertinent discovery has been received (including *all* of Plaintiff's testimony) because Plaintiff's Second Amended Complaint includes numerous factual allegations (402 paragraphs) and legal theories (8 counts and 6 sub-counts). |
| 10. | As a result, Amtrak seeks to change the date for the filing of dispositive motions to October 17, 2005. |

WHEREFORE, for the afore-mentioned reasons, Amtrak seeks approval to extend the dates for completion of discovery and for the filing of dispositive motions by approximately one month.

                                         Respectfully submitted,
                                         DEFENDANT,
                                         NATIONAL RAILROAD PASSENGER
                                         CORPORATION,
                                         By Its Attorneys,

DATED:    August 19, 2005        s/Stephen E. Hughes
                                         John A. Kiernan (BBO No. 271020)
                                         Stephen E. Hughes (BBO No. 629644)
                                         Bonner Kiernan Trebach & Crociata, LLP
                                         One Liberty Square - 6th Floor
                                         Boston, MA 02109
                                         (617) 426-3900

## Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on August 19, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

<u>Plaintiff (Pro Se):</u>
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

                                                          s/Stephen E. Hughes
                                                          Stephen E. Hughes