UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12488-PBS

| | |
|---|---|
| JOSPEH T. CARMACK, )<br>Plaintiff )<br>v. )<br> )<br>THE NATIONAL RAILROAD )<br>PASSENGER CORPORATION, )<br>Defendant )<br> ) | |

### ASSENTED-TO MOTION TO CONTINUE HEARING ON:
### (1) PLAINTIFF'S APPLICATION FOR ORDER TO COMPEL DISCLOSURE AND DISCOVERY FROM NON-PARTIES MBCR AND BLET
### (2) PLAINTIFF'S MOTION TO COMPEL DISCLOSURE AND DISCOVERY FROM DEFENDANT
### (3) DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF PLAINTIFF'S ALLEGED PRIVILEGED COMMUNICATIONS

Massachusetts Bay Commuter Railroad Company ("MBCR"), which is not a party in the above-captioned action, hereby moves this Honorable Court to continue the hearing on Plaintiff Joseph T. Carmack's *Application for Order to Compel Disclosure and Discovery from MBCR*, which is presently scheduled for hearing on Friday, August 26, 2005 at 10:00 a.m. Both the Plaintiff Joseph Carmack and the Defendant National Railroad Passenger Corporation ("NRPC"), as well as the Brotherhood of Locomotive Engineers and Trainmen ("BLET"), have assented to MBCR's Motion. In addition, as Plaintiff's *Motion to Compel Disclosure and Discovery From Defendant MBCR* and Defendant's *Motion to Compel Disclosure of Plaintiff's Alleged Privileged Communications* are also scheduled to be heard on Friday, August 26, 2005, the parties have requested and assented-to rescheduling the hearings on such motions as well.

Further, MBCR states that MBCR, Mr. Carmack, NRPC, and BLET have each represented

that they are available August 31 or September 1, 2005 for the re-scheduled hearings, and ask that the matters be heard on one of those dates, or on any date that is convenient to the Court.

Respectfully submitted,
MASSACHUSETTS BAY
COMMUTER RAILROAD
By its attorneys,

s/Robert K. Blaisdell
Bruce Singal, BBO# 464420
Robert K. Blaisdell, BBO# 568060
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 720-5090

Dated: August 24, 2005

## CERTIFICATE OF SERVICE

I, Robert K. Blaisdell, hereby certify that I have on August 24, 2005 caused a copy of *Massachusetts Bay Commuter Railroad's Assented-To Motion To Continue Hearing On Plaintiff's Application For Order To Compel Disclosure And Discovery* to be served upon the following, by First-Class Mail, postage pre-paid to:

Joseph T. Carmack
398 Columbus Avenue, PMB 130
Boston, Massachusetts, 02116-6008

George Newman
Local Chairman for Brotherhood of Locomotive
    Engineers and Trainmen
257 Hersey Street
Hingham, Massachusetts  02003-2729

s/Robert K. Blaisdell
Robert K. Blaisdell