UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger Corporation | ) ) | |
| | ) | |
| Defendant | ) ) | |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION TO COMPEL PRIVILEGE LOG FROM DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION**

Plaintiff Joseph T. Carmack ("Plaintiff") hereby moves for an order to compel privilege log of Attorney/Client communications and work product log from Defendant National Railroad Passenger Corporation ("Defendant"). In addition, Plaintiff moves that such an order include a log of communications occurring within Amtrak's Law Department relevant to this case and relevant communications with any employee of Defendant or any other communication relevant to the above captioned case for which Defendant claims a privilege.

As grounds for this motion, Plaintiff states that he requires these logs in order to "assess the applicability of the privilege or protection", *Federal Rules of Civil Procedure 26 (b)(5).*

1

*******************************
**Certification:**
The provisions of Fed.Rule of Civ. Proc.
37 and LR 37.1 have been complied with
in various conferences with the Defendant
without agreement including telephone conference
of August 17, 2005.
*******************************

                                                               **Respectfully submitted,**

DATED: August 31, 2005                  _/s/ Joseph T. Carmack_
                                                    Joseph T. Carmack
                                                    Plaintiff, Pro Se
                                                    398 Columbus Ave, PMB 130
                                                   Boston, MA 02116-6008
                                                   Work: 617/727-2310 ext. 7045
                                                   Home: 617/536-0772
                                                   Pager w/voice mail: 617/798-6466

                                              **Certificate of Service**

      I, Joseph T. Carmack, hereby certify that I have on August 31, 2005 served a true copy of the foregoing document by First Class U.S. Mail to George Newman, Local Chairman for Brotherhood of Locomotive Engineers and Trainmen at 257 Hersey Street, Hingham, MA 02003-2729

      I, Joseph T. Carmack, hereby certify that I have on August 31, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA 02109.

DATED: August 31, 2005                  _/s/ Joseph T. Carmack_
                                                     Joseph T. Carmack
                                                   Plaintiff, Pro Se
                                                   398 Columbus Ave, PMB 130
                                                   Boston, MA 02116-6008
                                                   Work: 617/727-2310 ext. 7045