UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack ) | Civil Action No. 03-12488-PBS |
| ) | |
| Plaintiff, Pro Se ) | |
| ) | |
| v. ) | |
| ) | |
| The National Railroad Passenger ) | |
| Corporation ) | |
| ) | |
| Defendant ) | |
| ) | |

## PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR A PROTECTIVE ORDER AGAINST DISCOVERY OF TRADE SECRETS AND PRIVILEGED COMMUNICATIONS OF THE BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN

Plaintiff Joseph T. Carmack ("Plaintiff" or "Employee") hereby moves for a protective order against disclosure of trade secrets of the Brotherhood of Locomotive Engineers and Trainment ("BLET"). As grounds for this motion Plaintiff states that protection of BLET's confidential strategies and business deliberations regarding disputes with Defendant National Railroad Passenger Corporation ("Amtrak", "Defendant" or "carrier") should be kept private to protect BLET's right to organize free of carrier interference in accordantce with the Railway Labor Act, *45 U.S.C. s. 153 FOURTH*.

Wherefore Plaintiff prays for a protective order against disclosure of BLET trade secrets in accordance with *Federal Rules of Civil Procedure 26(c)(7)*.

*******************************
**Certification:**
The provisions of Fed.Rule of Civ. Proc.
37 and LR 37.1 have been complied with
in various conferences with the Defendant
without agreement including telephone conference
of August 17, 2005.
*******************************

1

Respectfully submitted,

DATED: August 31, 2005

*[signature: Joseph T. Carmack]*

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045
Home:  617/536-0772
Pager w/voice mail: 617/798-6466

## Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on August 31, 2005 served a true copy of the foregoing document by First Class U.S. Mail to George Newman, Local Chairman for Brotherhood of Locomotive Engineers and Trainmen at 257 Hersey Street, Hingham, MA  02003-2729

I, Joseph T. Carmack, hereby certify that I have on August 31, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA  02109.

DATED: August 31, 2005

*[signature: Joseph T. Carmack]*

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045
Home:  617/536-0772
Pager w/voice mail: 617/798-6466