UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger Corporation | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION TO COMPEL DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION TO GRANT PLAINTIFF CROSS-EXAMINATION OF WITNESS MICHAEL J. O'BRYAN**

Plaintiff, Joseph T. Carmack ("Plaintiff"), hereby moves this Honorable Court for an order compelling Defendant National Railroad Passenger Corporation (Defendant) to recall Deponent Michael J. O'Bryan ("Deponent") for deposition and grant Plaintiff opportunity to complete cross-examination of Deponent. As grounds there for, Plaintiff states the following:

1. On July 27, 2005, the Defendant noticed the taking of deposition upon oral examination of Deponent, Michael J. O'Bryan on August 11, 2005. (Exhibit A)

2. The cross-examination of the Deponent by the Plaintiff commenced after approximately 5 hours of direct examination.

3. Cross-examination continued to a second day for a total of approximately 5 hours of examination.

4. Plaintiff was unable to complete cross-examination when Deponent had to leave for personal reasons.

1

5. On August 10, 12 and September 7, 2005, Defendant took deposition upon oral examination of Plaintiff for a total of approximately 13 hours.

6. Since Defendant spent over thirteen hours deposing Plaintiff, Plaintiff requires additional time to complete cross-examination of a witness who can substantiate his own testimony. Plaintiff anticipates four hours or less of additional time to complete cross-examination of Mr. O'Bryan.

7. Pursuant to Fed.R.Civ.P. 30(d)(2), this Court "must allow additional time consistent with Rule 26(b)(2) if needed for a *fair* examination of the deponent or if the deponent or another person, or other circumstance, impedes or delays the examination.." [emphasis added]

WHEREFORE, Plaintiff moves this Honorable Court for an order allowing up to four additional hours for questioning of Mr. O'Bryan at his deposition.

**Respectfully submitted,**

September 8, 2005

*[signature: Joseph T. Carmack]*

Joseph T. Carmack
398 Columbus Ave. PMB 130
Boston, MA 02116-6003
Phone: 617/536-0772
Work: 617/727-2310 ext. 7045
Pager w/voice mail: 617/798-6466

PLAINTIFF CERTIFIES CONFERENCE
IN ACCORDANCE WITH LR 37.1
*[signature: Joseph D. Carmack]*

**Certificate of Service**

I, Joseph T. Carmack, hereby certify that a true copy of the above document was served upon the attorney of record for the defendant party, Steven E. Hughes, NRPC, by First Class U.S. Mail to : Steven E. Hughes, One Liberty Square - 6th Floor, Boston, MA 02109.
Date: September 8, 2005

*[signature: Joseph T. Carmack]*

Joseph T. Carmack, Plaintiff, Pro Se

2