EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. ) | Civil Action No. 03 12488 PBS |

### NOTICE OF TAKING DEPOSITION

TO: Mr. Joseph T. Carmack
398 Columbus Avenue
Boston, MA 02116-6008

Please take notice that at **10:00 a.m. on Thursday, August 11, 2005**, at the law offices of **BONNER KIERNAN TREBACH & CROCIATA, One Liberty Square, Boston, Massachusetts**, the defendant, NATIONAL RAILROAD PASSENGER CORPORATION, through its attorney, will take the deposition upon oral examination of **Michael O'Bryan**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public or some other officer authorized by law to administer oaths.

The deponent is further required to bring the documents requested in the attached Schedule "A." The oral examination will continue from day to day until completed.

NATIONAL RAILROAD PASSENGER
CORPORATION ("AMTRAK")
By its attorneys,

DATED: July 27, 2005

John A. Kiernan, BBO #271020
Stephen E. Hughes, BBO #629644
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900