UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br><br>Defendant. | Civil Action No. 03 12488 PBS |

## LIST OF EXHIBITS IN SUPPORT OF AMTRAK'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE AND DISCOVERY FROM DEFENDANT

| Exhibit No. | Description of Exhibit |
|---|---|
| 1. | Letter from Amtrak's counsel to Plaintiff dated September 1, 2005 |
| 2. | Letter from Amtrak to MCAD dated April 12, 2002 |
| 3. | Affidavit of Melissa Rogers, Esquire |
| 4. | Workplace Violence Policy |
| 5. | Excerpts from Amtrak's Disciplinary Hearing |
| 6. | Plaintiff's letter to Dr. Pinsky, dated May 24, 2001. |

DEFENDANT,
NATIONAL RAILROAD PASSENGER
CORPORATION,
By Its Attorneys,

DATED: September 27, 2005

s/Stephen E. Hughes
John A. Kiernan (BBO No. 271020)
Stephen E. Hughes (BBO No. 629644)
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

## Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on September 27, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

<u>Plaintiff (Pro Se):</u>
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

<u>s/Stephen E. Hughes</u>
Stephen E. Hughes