# EXHIBIT 2

NATIONAL RAILROAD PASSENGER CORPORATION

April 12, 2002

Jessica Thrall
Investigator
Massachusetts Commission Against Discrimination
1 Ashburton Place, Suite 600
Boston, MA 02203

      RE:    Joseph T. Carmack vs. Amtrak
               MCAD Docket Number: 02BEM00315

Dear Ms. Thrall:

    The National Railroad Passenger Corporation ("Amtrak") respectfully submits the following in response to your verbal Request for Information at the close of the March 20, 2002 MCAD Investigative Conference. The information contained in this letter is provided to you solely with the understanding that it will be kept confidential to the maximum extent allowed by law.

    This information concerns Amtrak employees removed from service due to workplace violence issues:

    Case:    CT-01-2

    Issue and Reason Removed: "Individual made threats in general including "going postal," accusing another of "stealing his work" and stating that his brother was getting out of prison and he would have "taken care of" suspect employee's supervisor." Employee taken out of service.
    Duration: January 26, 01 through termination, March 8, 01 – one month 9 days.

    Case    CT-01-138

    Issue and Reason Removed: "Mechanical employee at South Station reported to APD he had just been physically and verbally assaulted by a fellow worker inside a locker room. Employee refused medical treatment or would agree to prosecute. Amtrak management notified and both individuals were taken out of service and medically disqualified. Drug and alcohol tested. Out of service pending the results. Duration: October 24, 01 through November 2, 01 – 5 days.

    Case    CT-01-161

    Issue and Reason Removed: "Asst. Track supervisor reports to APD that track employee had threatened to shoot everybody. Suspect employee stated that he said it but didn't mean it. Employee taken out of service and ordered to stay away from Amtrak property." Duration: December 4, 01 through termination January 29, 02 – one month seventeen days.

    Please contact me at (617) 204 – 6984, if you have any further questions concerning this matter.

                          Sincerely,

                          Delvine E. J. Okereke
                          Manager of EEO Compliance

143