# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **JOSEPH T. CARMACK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 03 12488 PBS** |
| | ) | |
| **NATIONAL RAILROAD PASSENGER** | ) | |
| **CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DECLARATION OF MELISSA ROGERS, ESQUIRE

I, Melissa Rogers, state under oath that I have personal knowledge of the matters addressed below and that said statements are true to my best knowledge.

1.  I am an attorney in the Law Department of the National Railroad Passenger Corporation, a/k/a Amtrak, and have held that position since I joined Amtrak in 2000.

2.  The attorneys in the Law Department, including myself, provide legal advice to corporate managers to educate them about the law, to prevent possible inadvertent violations of the law by managers unfamiliar with legal requirements, and/or to help defend Amtrak or its managers relative to matters in which Amtrak or the manager may be threatened with or actually subjected to legal claims.

3.  The Law Department rarely, if ever, offers business advice to the Medical Department. I personally cannot recall providing any business advice to anyone in the Medical Department and am not personally aware of my colleagues doing the same.

4.  I am frequently responsible for addressing the health-related legal issues that are brought

to the attention of the Law Department.

5.    I had no communications with the Threat Assessment Response Team, Medical Department personnel, or any other persons or departments prior to or contemporaneous with the medical disqualification of Plaintiff on or about May 3, 2001.

6.    I have reviewed the Law Department's files and communicated with other personnel in the Law Department and have found no information to indicate that any persons in the Amtrak Law Department had any such communications prior to learning of Plaintiff's May 24, 2001 letter in late May or early June, 2001.

7.    Amtrak's Workplace Violence Policy does not require the participation of all of the departments listed in the policy which may provide representatives to the Threat Assessment Response Team.

8.    Amtrak's Workplace Violence Policy does not require the participation of the Law Department in Threat Assessment Response Teams.

9.    During my tenure at Amtrak, the Law Department has rarely participated in Threat Assessment Response Teams and has usually only done so when requested by members of the Threat Assessment Response Team.

10.    The Labor Relations Department reports to the Vice-President of Labor Relations and the Law Department reports to the General Counsel. The Labor Relations Department's duties are not controlled, directed, or coordinated by the Law Department.

Signed this date, September 26, 2005, under the penalties of perjury.

*Melissa Rogers*

Melissa Rogers, Esquire

2