# EXHIBIT 4

Case 1:03-cv-12488-PBS   Document 91-6   Filed 09/27/2005   Page 1 of 11

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION:<br>PAGE:<br>LATEST ISSUE DATE: | PERS-42<br>1 of 19<br>October 19, 1998 |
| WORKPLACE VIOLENCE | ISSUED BY: | *Lorraine A. Green* |
| | APPROVED BY: | *George D. Warrington* |

SUBJECT                                                                 See Pages (s)

Introduction ............................................... 2

    Policy Statement ....................... 2
    Purpose ................................. 2
    Scope ................................... 2
    Responsibility ........................... 2
    Definition ............................... 2
    Discipline ............................... 3
    Report Behavior ......................... 3
    Threat Assessment and Response Team
        (TART) ............................. 3

Guidelines .................................................. 4
    Identification of a Workplace Violence-
        Related Incident .................... 4
    Role of Employees ....................... 5
    Role of Supervisor or Line Manager ........ 5
    Role of Manager ......................... 6
    Role of Human Resources ................. 6
    Role of Labor Relations .................. 7
    Role of Law Department .................. 7
    Role of Police Department ................ 7
    Role of Employee Assistance Program ...... 7
    Role of Medical Director .................. 8
    Role of Union Representative ............. 8

Appendices
    Appendix A - Workplace Violence Supervisor
        Checklist ............................ 9

    Appendix B - Threat Assessment and
        Response Team (TART) ............. 12

    Appendix C - Flow Chart ................. 16

    Appendix D - Judicial Court Orders and
        Notification by Health Care Professionals .. 17

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
|---|---|---|
| | PAGE: | 3 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

***Discipline:*** Any person who exhibits threatening behavior, threatens to commit and/or actually commits a violent act on Company property may be removed from the worksite as quickly as safety permits, and may be asked to remain away from the worksite pending the outcome of an investigation into the incident. Off-duty and off- property conduct that violates this policy will be dealt with in accordance with appropriate policies, work rules, labor agreements, laws, and within management's discretion to preserve the integrity of a safe work environment.

Violations of this policy may lead to disciplinary actions up to and including termination of employment. In addition, Amtrak will contact appropriate law enforcement authorities as necessary.

***Reporting Behavior:***
Amtrak employees should notify a supervisor of any threats, which they have witnessed, received, or have been told that another person has witnessed or received. Even without an actual threat, employees should report any behavior they have witnessed which they regard as threatening or violent, when that behavior may impact an Amtrak worksite, occurs on a Company-controlled site, or may result in violent behavior on a Company-controlled site. Employees should make this report regardless of the relationship between the individual who initiated the threat or threatening behavior and the person or persons who were threatened or were the focus of the threatening behavior. Employees reporting such behavior should be discreet and respectful in order to protect individual privacy and dignity, but should act swiftly. Employee reports will be kept confidential to the extent possible.

***Threat Assessment and Response Team (TART):*** When threatening behavior is exhibited or an individual commits an act of violence, an evaluation of any decisions regarding the individual will be made by local management together with a team that reviews workplace incidents. This team will consist of appropriately selected representatives from the Employee Assistance Program, Human Resources, Labor Relations, Police, Employee Relations, Health Services, and Law Departments.

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
| | PAGE: | 5 of 19 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 1998 |

*Level III:*  Situations in which Amtrak Police or other law enforcement intervention is necessary. Examples include clear acts of violence against other employees and obvious threatening behavior where immediate harm is possible.

### Role of Employees:

- Attends the appropriate training course(s) or workshops offered by the company on protecting yourself in the workplace.

- All employees are responsible for maintaining a safe workplace. Employees who are subjects of, witnesses to, or become aware of a threat or act of violence in the workplace should immediately notify an appropriate supervisor.

### Role of Supervisor or Line Manager:

- Attends the appropriate training course(s) offered by the company on handling workplace violence.

- Depending upon the type of situation provides necessary intervention and response to resolve the incident and insure the safety of all employees. For further information, see *Appendix A: Workplace Violence Supervisor Checklist.*

- Makes initial assessment of the incident (for example: "Is the situation under control, do employees have to be moved to a safer location, do I need police or Amtrak management immediately?").

- Makes initial decision on course of action with regard to involved employees (for example: taking people out of service, separating employees, obtaining medical and/or EAP services, or initiating the appropriate counseling or discipline process, etc.). Notifies appropriate managers and obtains resources for assistance in resolving these matters.

- Documents incident, investigation process, and conclusion of the situation using the Workplace Violence Report form and forwards this form to the local **TART**.

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | SECTION: | PERS-42 |
| | PAGE: | 7 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

### Role of Labor Relations:

- Provides advice and guidance on developing a course of action with regard to agreement covered employees (interviewing employee, taking employee out of service, reviewing past disciplinary history, drafting correspondence regarding administrative and/or disciplinary action).

- Appropriate Labor Relations designee will be part of the local **TART**.

### Role of Law Department:

- Provides guidance in identifying and resolving policy or legal issues.

- Assists Human Resources, Labor Relations or Supervisors in effecting personnel or disciplinary actions.

- Ensures that decisions are made at the appropriate level.

- Provides advice and counsel to managers or supervisors who are making decisions.

- Attorney will be assigned to the local **TART**.

### Role of Police Department:

- Provides response and conducts investigations in incidents where potential for immediate harm, criminal or potential criminal conduct exists.

- Coordinates with outside law enforcement agencies as needed.

- Where appropriate, Police Manager or Investigator will be assigned to the local **TART**.

### Role of Employee Assistance Program:

- Consults with supervisors, managers or **TART** during and after incident.

- Assists in initial risk assessment evaluation.

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | SECTION: | PERS-42 |
| | PAGE: | 9 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

*APPENDIX A*

## Workplace Violence
## Supervisor Checklist

Supervisors must take immediate steps to protect the safety of all employees when potential for immediate harm exists. Supervisors must gather as much information as possible when someone reports an incident in which a threat or violent act occurs. Supervisors must ask basic questions to obtain the facts and to prepare a thorough report.

Supervisors should approach a situation in which there is a potential for violence by completing four steps:

<u>Investigate - Evaluate - Take Action - Report</u>

A.  A supervisor can **Investigate** an incident of potential or actual violence by asking five basic questions: <u>Who, What, Where, When and How</u>

   *WHO*
   - Who made the threat or did a violent act?
   - Who was the recipient(s)/victim(s)?
   - Who witnessed it? (remember to get names, positions, phone numbers, etc.)

   *WHAT*
   - What did the person reporting it see? Hear? (get specifics)
   - What led up to the threat or violent act?
   - What was the threatening behavior?
   - What did the recipient(s)/victim(s) do?
   - What was the relationship between the person making the threat or engaging in violent behavior and recipient(s)/victim(s)?
   - What did the witnesses see? Hear? (get specifics)
   - What was the relationship between the witnesses, recipient(s), victim(s) or other witnesses and the person committing the act?
   - What were the witnesses' responses?
   - What were the witnesses doing?
   - What did the person making the threat or engaging in violent behavior say happened?
   - What did the recipient(s)/victim(s) say happened?
   - What is the history? Is this the first time an incident like this occurred? Were there any other warning signs?

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
|---|---|---|
| | PAGE: | 11 of 19 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 1998 |

C.  A supervisor should **Take Action** that is appropriate after completing an investigation and evaluating the facts.

- Contact Amtrak Police.
- Separate employees.
- Take employees out of service.
- Obtain medical and/or EAP services.
- Initiate counseling or discipline process.

D.  A Supervisor can **Report** an incident by preparing a written document of everything that has been gathered by him/her during the investigation and evaluation of the incident. Be sure to identify and answer the five basic questions: Who, What, Where, When and How. Indicate all actions taken (Was employee taken out of service and disciplinary action initiated? Was employee referred to the EAP, Health Services Department, etc.)? Indicate all notifications made (supervisors, department head, Police, EAP, Health Services, HR, etc.).

Supervisors who are the subject of a threat or violent act must take the same basic steps and report the incident or get assistance from management to ensure that the matter is properly resolved.

When an emergency situation exists call Amtrak Police at: 800-331-0008 and/or 911 for immediate service.

REFERENCE: Workplace Security Pamphlet, **"A Guide to Protecting Yourself, on the Job"** see Threat Assessment Checklist.

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | SECTION: | PERS-42 |
| | PAGE: | 13 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

Upon notification of a workplace violence incident and direction to convene, the TART will coordinate activities and develop a response to the incident.

The role of the TART is to gather information, analyze it, make an assessment regarding the potential for violence, and develop a plan to defuse and manage the incident and respond to the incident's effect on the workplace. The TART will address issues pertaining to workplace safety, health, treatment, labor relations, and security. It is important that the TART provide guidance to managers in communicating the reasons why certain approaches or actions were taken by management, such as returning an employee back to the same work location in which he or she made threats. The TART should ensure that each incident is resolved, that appropriate actions have been taken and forward the quarterly report of all incidents and their resolution to the Corporate TART.

Where appropriate, certain select members of the TART may become involved in a particular workplace incident because of the circumstances and the entire TART need not be convened.

The Corporate TART will be responsible for monitoring all workplace violence incidents and will ensure that Corporate policies, and procedures have been followed and all necessary actions taken.

If the TART discovers that Corporate policies, and procedures are not complied with, it will notify the appropriate Manager and recommend specific compliance actions.

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | SECTION: | PERS-42 |
| | PAGE: | 15 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

## WORKPLACE VIOLENCE REPORT FORM
### (Continuation)

TART #98 ☐

DATE/TIME REPORT: ☐    DATE/TIME INCIDENT: ☐

LOCATION: _____

Were Police Called?  Yes _____  No _____
(Provide Name and Contact Number) _____

Was Anyone Arrested?  Yes _____  No _____
Name of Person Arrested: _____
What Were the Charges? _____

Was Anyone Hospitalized?  Yes _____ No _____
Name of Person Hospitalized: _____
Hospital Name: _____

Was Anyone Removed From Service?  Yes _____  No _____
Name of Employee: _____

What Instructions Were Given (If any)? _____

Notifications:
Who Was Notified?  (Use additional sheets, if necessary)
1. _____
2. _____
3. _____
4. _____

Was TART Notified?  Yes _____  No _____

Person Contacted: _____
Date: _____

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
| | PAGE: | 17 of 19 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 1998 |

**APPENDIX D**

## JUDICIAL COURT ORDERS AND NOTIFICATIONS BY HEALTH CARE PROFESSIONALS

Employees and managers will comply with the following procedures for notifying and coordinating with the pertinent departments when they receive a court order restricting someone's access to Amtrak property or employees, or a professional health care provider has advised them that an Amtrak employee has been threatened by one of his or her patients.

### A. Judicial Orders

Any employee who obtains a court order restricting or limiting access of any individual(s) to the workplace or to an Amtrak employee, should provide a copy of the judicial order to an Amtrak police officer or to an Amtrak manager.

Managers who are served or given a judicial order in which an individual is restricted from close contact with an Amtrak employee or is barred from the workplace altogether shall:

- provide copies of the Order to the local HR manager, Amtrak Police, and the TART.

- ascertain if there are any immediate issues that have to be addressed (e.g. employee safety).

- coordinate with the above officials to ensure that steps are implemented to resolve any workplace operational and security matters that result from the Order.

### B.   Professional Health Care Provider Notifications

Any employee who is contacted by a professional health care provider and advised that a patient or client of the provider has threatened to or may harm an Amtrak employee, should immediately contact the senior management official at the workplace and provide all information received from the health care provider.

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
|---|---|---|
| | PAGE: | 19 of 19 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 1998 |

The EAP will:

- contact the health care provider to obtain as much information as possible.

- contact the threatened employee to advise him or her of the threats and provide support to the employee.

Medical Director will:

- review the employee's medical file and determine leave status.

- advise the employee's department that he or she should not return to work until approved by the Medical Director.

- seek information from employee's treating physician and maintain regular contact with the physician to include date of expected release from treatment facility.

- coordinate with department, Human Resources and Law Departments if and when the employee seeks to return to work to ensure that he or she is fit for duty.

HR Department will:

- provide managers with advice and counsel relative to required personnel actions and development of a return-to-work plan of action.

Police will:

- coordinate with the manager, EAP, and the employee to ensure adequate protective measures are implemented and to resolve workplace operational matters.