# EXHIBIT 5

document which Mr. O'Malley quoted as indicated above. Furthermore, please supply me with a valid qualification and explanation of any "deemed" medical basis for disqualifying me including, but not limited to a specific diagnosis. Please include specific validation of your legal and medical qualification to make such a judgment. Please include a complete explanation of an "FFD exam" including what FFD stands for, what it is, and what it entails. Please include legal basis for your decision. Your prompt attention to this matter will be greatly appreciated. Sincerely, Joseph T. Carmack.

Prone: Did you ever respond to that letter?

Pinsky: This is the letter to which I referred earlier that I referred to the legal department and they advised me that I should not respond to that letter.

Prone: Do you, as a doctor, do you think that the the accused here, an Engineer that's being medically disqualified, has a right to his file, basically?

Pinsky: Sure he's got a right to his file.

Prone: And, isn't that what he requested?

Pinsky: That's one of the things he did in the letter.

Prone: Alright, and you're saying he has a right to his file; and the law department says he doesn't, is that what I'm understanding?

Pinsky: No.

Prone: Did you

Pinsky: I'm not sure what, what you understand

Prone: Alright, did you.

Pinsky: Part of it is requesting a copy of his, his file. The rest is asking me to, as I read verbatim, explain my legal basis, explain my diagnosis, explain my legal and medical qualification to make such a judgment, etc.

Prone: My question, is do you think that Engineer Carmack has a right to be in possession of what he asked for in this letter?

Page 114 of 440
Investigation No. 01-049

143    1592

Gaines: You have.

Pinsky: Should I go ahead and answer the question Ms. Gaines?

Gaines: Yes, you may, go ahead Dr. Pinsky.

Pinsky: The five pages that I was provided with initially on about May 3rd were so alarming and of such concern that any reasonable physician or any reasonable layperson would have deemed them appropriate to medically disqualify Mr. Carmack at that moment, which is what I did.

Prone: Why, what did you find alarming about them?

Pinsky: Okay. Well when someone identifies themselves as Lucifer, the Prince of Darkness, identifies documentation in a workplace as Letters from Hell, and those are just a couple of examples. I'll give you another one, all answers should be sent to Institute of Devastation Awareness, these are all very concerning types of of documentation as to whether or not this individual has a severe psychiatric disorder that presents a threat to not only his co-workers but to himself and the traveling public. I'm talking about such things as personality disorder, bi-polar disorder, etc.

Prone: Yet you felt you felt comfortable with making this decision even today? When you realized there were you received only one tenth of the entire package?

Pinsky: I'm comfortable with all the decisions I've made in this case including that one.

Prone: Are you comfortable with your adherence to the BLE agreement? Rule 25?

Pinsky: I don't see the relevance of that, but I think I've always abided by Amtrak policies.

Prone: Do you feel that you were ever instructed on Rule 25 by any official of the carrier?

Pinsky: As far as I know Rule 25 has not been a part of Mr. Carmack's case or my involvement with it. I've never received any type of request for a third opinion, if that's what you're referring to.

Prone: Are you bound by the contract Dr. Pinsky?

Page 386 of 440
Investigation No. 01-049

| | |
|---|---|
| Gaines: | Mr. Prone may I ask |
| Pinsky: | But my recollection |
| Gaines: | Okay, and Mr. Prone are you asking this regarding the is this regarding the testimony that Dr. Pinsky went to the law department who said he shouldn't answer |
| Prone: | Right |
| Gaines: | Okay, you did go into that in depth is there anything new that you want to discuss about that? |
| Prone: | I would like to ask if he takes if if the Amtrak Law Department overrides your morals and ethics and legalities as a medical doctor. |
| Pinsky: | I don't know what that question means so I really don't know how to answer it. |
| Prone: | Didn't you testify last time that the law department advised you not to send Mr. Carmack's medical file back to him? |
| Pinsky: | No, they advised me that I didn't need to justify my own credentials or explain my medical legal opinions to Mr. Carmack. |
| Prone: | Even though he is the one under scrutiny here? |
| Pinsky: | Right. |
| Prone: | So in other words, the the the engineer wrote you a letter and you didn't respond to it? |
| Pinsky: | That's correct. |
| Prone: | And he wanted his medical file, was that the subject of the letter? |
| Pinsky: | That was part of the letter. |
| Prone: | And you refused to give it to him? |
| Pinsky: | No I didn't. |
| Prone: | You just refused to respond to him, right? |
| Pinsky: | Sorry, your circles, your your questions keep going in circles and I'm trying to follow them logically here. |

Page 392 of 440
Investigation No. 01-049

143