# EXHIBIT 6

CERTIFIED MAIL #7000 2870 0000 6695 6543
Return Receipt Requested
398 Columbus Ave. #130
Boston, MA 02116
May 24, 2001

Dr. Tim Pinsky
Amtrak Medical Director/NEC
30th St. Station #67
Philadelphia, PA 19104

Dear Dr. Pinsky:

I am in receipt of a letter dated May 4, 2001 from Mr. Michael J. O'Malley, Director of Operations/Commuter Rail, in which he states you have "reviewed samples of materials reportedly written by (me)" and that you "stated that the samples 'justify Mr. Carmack being deemed medically disqualified immediately pending a ... FFD exam.' "

Please supply me with copies of all documents and correspondence (medical or otherwise) referring to my person in any way including, but not limited to, the document which Mr. O'Malley quoted as indicated above.

Furthermore, please supply me with a valid qualification and explanation of any "deemed" medical basis for disqualifying me including, but not limited to, a specific diagnosis. Please include specific validation of your legal and medical qualification to make such a judgment. Please include a complete explanation of an "FFD exam" including what FFD stands for, what it is, and what it entails. Please include legal basis for your decision.

Your prompt attention to this matter will be greatly appreciated.

Sincerely,

*Joseph T. Carmack*
Joseph T. Carmack

RECEIVED
MAY 30 2001
AMTRAK MEDICAL RECORDS
PHILADELPHIA, PA 19104