UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 03 12488 PBS |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
MOTION TO EXTEND TIME FOR THE FILING OF DISPOSITIVE MOTIONS**

Defendant, National Railroad Passenger Corporation ("Amtrak"), moves this Court for an order extending the deadline for the filing of dispositive motions by three weeks, i.e. until November 7, 2005, and for an equivalent extension of time for the filing of oppositions on the following grounds. Plaintiff does not oppose this Motion.

1. On August 19, 2005, Amtrak filed a request to extend the tracking order by approximately one month.

2. At that time, Amtrak understood that only a few outstanding discovery matters had yet to be resolved.

3. At and subsequent to the hearing, a number of new discovery matters and motions have been raised by Plaintiff, requiring Amtrak to prepare responses thereto. These include a reply to Plaintiff's Opposition on Amtrak's motion to compel production of his union correspondence; an opposition to Plaintiff's efforts to overturn the Court's granting of

four extra hours for his deposition, and require Amtrak to recall Mr. O'Bryan for further deposition testimony; supplementing of Amtrak's voluminous answers to Plaintiff's interrogatories; and an opposition to Plaintiff's motion to compel further interrogatory answers and produce privileged attorney-client communications.

4. Amtrak's motion for summary judgment must be a very large undertaking because it will address all 8 Counts and 6 sub-Counts of Plaintiff's 62 page Second Amended Complaint which contains 402 paragraphs.

5. In light of the unexpected intensive motion and discovery activity since the hearing held before this Court on August 31st, Amtrak has been unable to properly address its long-anticipated dispositive motion. A more detailed explanation of the events of the past month and how they have affected the ability of Amtrak and its counsel to adequately prepare a motion for summary judgment is attached hereto in the Declaration of Attorney Stephen E. Hughes, Amtrak's outside counsel in this matter.

6. An additional three weeks will enable an appropriate motion and memorandum to be filed with the Court. In the interests of just and fairness and judicial economy, Amtrak should have an opportunity to properly develop its summary judgment arguments in this complex case.

WHEREFORE, Amtrak moves this Court to extend the deadlines for filing dispositive motions until November 7, 2005, and for an equivalent extension for the filing of oppositions.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LR 37.1 Certification
Amtrak states that its counsel conferred with Plaintiff on September 27, 2005 who agreed he will not oppose this Motion.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFENDANT,
NATIONAL RAILROAD PASSENGER CORPORATION,
By Its Attorneys,

DATED:   September 27, 2005

s/Stephen E. Hughes
John A. Kiernan (BBO No. 271020)
Stephen E. Hughes (BBO No. 629644)
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

## Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on September 27, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

Plaintiff (Pro Se):
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

s/Stephen E. Hughes
Stephen E. Hughes