## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **JOSEPH T. CARMACK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 03 12488 PBS** |
| | ) | |
| **NATIONAL RAILROAD PASSENGER** | ) | |
| **CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO EXCEED PAGE LIMITATION OF LOCAL RULE 7.1 (B)(4) IN ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE AND DISCOVERY FROM DEFENDANT

Defendant, National Railroad Passenger Corporation ("Amtrak"), moves this Court for an order permitting it to exceed the page limitation set forth in LR 7.1(B)(4) in its Opposition to *Plaintiff's Motion to Compel Further Disclosure and Discovery from Defendant Pursuant to Fed.R.Civ.P. 37 and Request for In Camera Review of Alleged Privileged Communications*. As grounds there for, Amtrak states that its Opposition is 29 pages long. However, 16 of those pages address Plaintiff's interrogatories and requests for production of documents and Amtrak's responses thereto. For the convenience of the Court, Amtrak has included the actual text of Plaintiff's interrogatories and requests, and Amtrak's responses thereto, so that the Court need not constantly refer to other documents to evaluate the sufficiency of Amtrak's discovery responses. As a result, Amtrak's opposition to Plaintiff's arguments concerning documents protected by the attorney-client privilege does not even begin until page 18, and all argument

totals much less than 20 pages allowed pursuant to LR 7.1(B)(4).

WHEREFORE, Amtrak moves this Court to accept its Opposition in its current length.

**DEFENDANT,**
**NATIONAL RAILROAD PASSENGER**
**CORPORATION,**
By Its Attorneys,

DATED:        September 27, 2005        s/Stephen E. Hughes
                                        John A. Kiernan (BBO No. 271020)
                                        Stephen E. Hughes (BBO No. 629644)
                                        BONNER KIERNAN TREBACH & CROCIATA
                                        One Liberty Square - 6th Floor
                                        Boston, MA 02109
                                        (617) 426-3900

**Certificate of Service**

I, Stephen E. Hughes, hereby certify that I have on September 27, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

Plaintiff (Pro Se):
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

                        s/Stephen E. Hughes
                        Stephen E. Hughes