UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger Corporation | ) ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT MOTION MEMORANDUM SUBSEQUENT TO FILING OF MOTION

Plaintiff, Joseph T. Carmack ("Plaintiff") hereby moves for leave to submit PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY AND REQUEST FOR IN CAMERA REVIEW OF ALLEGED PRIVILEGED COMMUNICATIONS subsequent to filing motion. With this motion, Plaintiff prays for lattitude from this Honorable Court and Defendant. Plaintiff submitted motion on time in good faith in compliance with order of this Honorable Court issued on September 16, 2005. However, since the order was part of a substantial list of discovery orders, including an extended time on deposition of Plaintiff on behalf of defendant deadline for another motion on September 8, 2005 and the common law eveidentiary requirements for Plaintiff's REQUEST FOR IN CAMERA REVIEW OF ALLEGED PRIVILEGED COMMUNICATIONS, Plaintiff was unable to complete the memorandum although motion was filed on time and in good faith effort to comply with orders of this Honorable Court.

1

Plaintiff further prays that defendant be given equitable extension on time for response.

DATED: September 20, 2005

_____
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045

## Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on September 20, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA  02109.

DATED: September 20, 2005

_____
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045
Home:  617/536-0772
Pager w/voice mail: 617/798-6466