Exhibit A

EXHIBIT D

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS 4: |
|---|---|---|
| | PAGE: | 14 of 19 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 1998 |

## WORKPLACE VIOLENCE REPORT FORM

TART #98: ☐

DATE/TIME REPORT: 4/12/01    DATE/TIME INCIDENT: 7:30a 4/11/01

LOCATION: Boston, South Station

Type of Incident (E.g., Assault, Threat, Etc.): THREAT

Reporting Official: _____

Contact Numbers (Work, Pager, Etc.): _____

Complainant: G.L. DeModena

Contact Numbers (Work, Pager, Home): 617-345-7709

Person Accused of threats or Workplace Violence: JOSEPH CARMACK, ENGR

Contact Numbers (Work, Pager, Home): _____

Witnesses (Provide Name and Contact Number):
1. _____
2. _____
3. _____
(If any written statements obtained, attach to this report).

Describe Incident (attach additional sheets, if necessary)
I arrived at my office on 4/11/01, at approx. 7:30a, and found a document, entitled "Letters from Hell" which had been placed on my desk. The document was compilation of letters and writings authored by Mr. Carmack. In the addendum "Goo" he maintains that he is "Contract new that proceeds recast 'Hamlet' w/mgn, proclaiming to change the ending to his "liking" and kills off my character. This episode followed a prior incident where I had to speak w/ Carmack re his conduct

NATIONAL RAILROAD PASSENGER CORPORATION        SECTION:        PERS-2

                                                PAGE:           15 of 1

**WORKPLACE VIOLENCE**                          LATEST ISSUE DATE:   October 19, 1993

## WORKPLACE VIOLENCE REPORT FORM
### (Continuation)

TART #98 [ ]

DATE/TIME REPORT: 4/12/01    DATE/TIME INCIDENT: 735 - 4/12/01

LOCATION: _____

Were Police Called?   Yes  ✓    No _____
(Provide Name and Contact Number) _____

Was Anyone Arrested?   Yes _____    No ✓
Name of Person Arrested: _____
What Were the Charges? _____

Was Anyone Hospitalized?   Yes _____    No ✓
Name of Person Hospitalized: _____
Hospital Name: _____

Was Anyone Removed From Service?   Yes _____    No ✓
Name of Employee: _____

What Instructions Were Given (if any)? _____

Notifications:
Who Was Notified? (Use additional sheets, if necessary)
1. Lou De Phillips, Labor Relations
2. Bob Smith, Amtrak Police
3. M J O'Malley
4. _____

Was TART Notified?   Yes ✓    No _____

Person Contacted: Lou De Phillips
Date: _____