Exhibit B

Letterio, Marianne

**From:** Allan, Suzanne
**Sent:** Thursday, May 03, 2001 2:21 PM
**To:** Letterio, Marianne
**Subject:** RE: The Carmack Letters

Marianne: I have left a message for Gerry DeModena to please fax you the information to the number below for the Dr. plus the memo stating he feels threatened. Hopefully, he will send it soon.  thanks Suzanne

-----Original Message-----
**From:** Letterio, Marianne
**Sent:** Thursday, May 03, 2001 1:03 PM
**To:** Allan, Suzanne
**Subject:** RE: The Carmack Letters

Suzanne;

Please forward the letters via fax (ATS 728-4401) for Dr. Pinsky's review.

-----Original Message-----
**From:** Allan, Suzanne
**Sent:** Thursday, May 03, 2001 11:57 AM
**To:** Letterio, Marianne
**Subject:** FW: The Carmack Letters

Marianne: please see the comments by fellow tart team member, Lou DePhillips, regarding the locomotive engineer situation we discussed yesterday. What do you think of Lou's recommendation for a course of action ? thanks Suzanne

-----Original Message-----
**From:** DePhillips, Lou
**Sent:** Thursday, May 03, 2001 12:06 PM
**To:** Allan, Suzanne
**Subject:** FW: The Carmack Letters


-----Original Message-----
**From:** DePhillips, Lou
**Sent:** Friday, April 13, 2001 2:53 PM
**To:** O'Malley, Michael; Demodna, Gerard
**Subject:** The Carmack Letters

We did some further research and found the following:

1. There was a 1990 movie, classified comedic-drama, entitled 'Rosencrantz and Guildenstern Are Dead'. Also a Play.

2. They were two minor characters in the play.

3. After our Internet exploration, we continued search and were able to find an employee who has both a Bachelor's and Master's Degree in English. It appears that one of her specialties was Shakespearean works. In succinct form, R...and G... were friends of Hamlet summoned by the King to help Hamlet with his 'gloom'. Later, and in the King's attempt to have Hamlet assassinated, he sends Hamlet to another country (and King) and has R...and G... escort Hamlet. R...and G...have a letter that asks this foreign King to kill Hamlet. Hamlet discovers the treachery and arranges for this foreign king to have R...and S...killed. (Her response to the question regarding Hamlet's propensity for violence - "...he was a coward".)

---

In my view, I would not recommend either a rule 25 or disciplinary scenario. What I believe you do have is a foundation to have the employee undergo an in-service (psychiatric) evaluation. After determining that he did in fact author the correspondence, you would the advise that his letters are troubling and that you have concern for his own well-being and by extension, the traveling public. Because of your concerns, you will be directing him to undergo an in-service examination. (The physician we have used in the past is Dr. Martin Kelly. He is an associate professor of Psychiatry at Harvard Medical School and is affiliated with Brigham and Women's Hospital-Boylston Consultation Center, 350 Boyiston Street, Suite 303, Chestnut Hill, Ma 02167-617-731-6750.) The consequence of the employee's refusal to

cooperate could be your issuance of a direct order to undergo the exam and a continued refusal would be grounds for gross insubordination and a removal from service.

---

At Mr. DeModena's request for another opinion, we have forwarded the letters to other TART team members - Captain Smith and Suzanne Allan - and have asked them to provide Gerry with their views.