# Exhibit C

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
|---|---|---|
| | PAGE: | 1 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1999 |
| | ISSUED BY: | Lorraine A. Green |
| | APPROVED BY: | George D. Warrington |

| SUBJECT | See Pages (s) |
|---|---|

Introduction ................................. 2

    Policy Statement ......................... 2
    Purpose ................................. 2
    Scope ................................... 2
    Responsibility ........................... 2
    Definition ............................... 2
    Discipline ............................... 3
    Report Behavior ......................... 3
    Threat Assessment and Response Team
        (TART) ............................... 3

Guidelines ................................. 4
    Identification of a Workplace Violence-
        Related Incident ..................... 4
    Role of Employees ....................... 5
    Role of Supervisor or Line Manager ....... 5
    Role of Manager ......................... 6
    Role of Human Resources ................. 6
    Role of Labor Relations ................... 7
    Role of Law Department ................... 7
    Role of Police Department ................. 7
    Role of Employee Assistance Program ..... 7
    Role of Medical Director ................... 8
    Role of Union Representative ............. 8

Appendices
    Appendix A - Workplace Violence Supervisor
        Checklist ............................. 9

    Appendix B - Threat Assessment and
        Response Team (TART) ............... 12

    Appendix C - Flow Chart ................. 16

    Appendix D - Judicial Court Orders and
        Notification by Health Care Professionals . 17



| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-2 |
|---|---|---|
| | PAGE: | 2 of 1! |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 199! |

## INTRODUCTION

**Policy Statement:** Amtrak has zero tolerance for threats and violence. Amtrak is committed to providing its employees a workplace free from acts or threats of violence and to effectively respond in the event that workplace violence does occur.

**Purpose:** To establish guidelines and protocols for the handling of threats or acts of violence in the Amtrak Workplace.

**Scope:** All Amtrak Employees

**Responsibility:** The Corporate Vice President of Human Resources shall be responsible for the interpretation, application, and administration of this policy.

**Definition:** Workplace violence is any intentional verbal or physical conduct affecting the workplace that causes any individual to reasonably fear for his or her personal safety, the safety of his or her family, friends, coworkers, and/or property.

Examples of workplace violence include, but are not limited to, one or all of the following:

a. Physically or verbally threatening another individual.
b. Intentionally destroying company property or an individual's property.
c. Harassing or threatening phone calls, letters, e-mails or other written communications.
d. Stalking.
e. Threatening physical harm or similar intimidation either directly or indirectly.
f. Advocating the illegal use of firearms, bombs, or weapons.
g. Threatening or attempting to commit suicide.
h. Instigating, goading, or encouraging violent behavior.

NATIONAL RAILROAD PASSENGER CORPORATION          SECTION:            PEPS 12

                                                 PAGE:               3 of 11

**WORKPLACE VIOLENCE**                           LATEST ISSUE DATE:  October 19, 1993

---

***Discipline:*** Any person who exhibits threatening behavior, threatens to commit and/or actually commits a violent act on Company property may be removed from the worksite as quickly as safely permits, and may be asked to remain away from the worksite pending the outcome of an investigation into the incident. Off-duty and off- property conduct that violates this policy will be dealt with in accordance with appropriate policies, work rules, labor agreements, laws, and within management's discretion to preserve the integrity of a safe work environment.

Violations of this policy may lead to disciplinary actions up to and including termination of employment. In addition, Amtrak will contact appropriate law enforcement authorities as necessary.

***Reporting Behavior:***
Amtrak employees should notify a supervisor of any threats, which they have witnessed, received, or have been told that another person has witnessed or received. Even without an actual threat, employees should report any behavior they have witnessed which they regard as threatening or violent, when that behavior may impact an Amtrak worksite, occurs on a Company-controlled site, or may result in violent behavior on a Company-controlled site. Employees should make this report regardless of the relationship between the individual who initiated the threat or threatening behavior and the person or persons who were threatened or were the focus of the threatening behavior. Employees reporting such behavior should be discreet and respectful in order to protect individual privacy and dignity, but should act swiftly. Employee reports will be kept confidential to the extent possible.

***Threat Assessment and Response Team (TART):*** When threatening behavior is exhibited or an individual commits an act of violence, an evaluation of any decisions regarding the individual will be made by local management together with a team that reviews workplace incidents. This team will consist of appropriately selected representatives from the Employee Assistance Program, Human Resources, Labor Relations, Police, Employee Relations, Health Services, and Law Departments.

Case 1:03-cv-12488-PBS   Document 96-4   Filed 10/11/2005   Page 5 of 20

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS- 2 |
|---|---|---|
| | PAGE: | 4 of 1 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 199 |

No existing Amtrak policy, practice or procedure should be interpreted to prohibit decisions designed to prevent a threat from being carried out, a violent act from occurring, or a life-threatening situation from developing.

This policy does not alter the at-will nature of employment at Amtrak or modify any provision of any collective bargaining agreement between Amtrak and any union representing one of the Company's labor groups. This policy shall not be construed so as to create an obligation on the part of Amtrak to take any action beyond what is required by law.

## GUIDELINES

### Identification of a Workplace Violence-Related Incident

Amtrak has developed a training program to assist supervisors and managers in dealing with violence. To obtain information on this training program, employees should contact Corporate Human Resources Development. **Appendix C** is a flowchart that categorizes situations that managers, supervisors, and employees may face and describes the manner in which similar situations should be handled. The levels described below are guidelines and are not meant to be all encompassing. Where you believe that an actual or potential workplace violence situation exists report the incident or contact a manager for advice.

**Level I:**    Situations in which a supervisor would use standard issue-resolution techniques, such as counseling, Human Resources assistance, EAP if necessary, and discipline. Examples include minor altercations, belligerent attitude toward employees or supervisors, refusal to cooperate with supervisor's reasonable request, and disruptive behavior.

**Level II:**   Situations in which supervisors would need to assess whether there is imminent harm or danger to employees and decide on a specific course of action. Examples include threats; verbal or written expressions of wishes to hurt other employees; other forms of intimidation; sabotage; and damage to or theft of equipment or property for revenge.

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS 42 |
|---|---|---|
| | PAGE: | 5 of 9 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 1998 |

**_Level III:_**   Situations in which Amtrak Police or other law enforcement intervention is necessary. Examples include clear acts of violence against other employees and obvious threatening behavior where immediate harm is possible.

### Role of Employees:

- Attends the appropriate training course(s) or workshops offered by the company on protecting yourself in the workplace.

- All employees are responsible for maintaining a safe workplace. Employees who are subjects of, witnesses to, or become aware of a threat or act of violence in the workplace should immediately notify an appropriate supervisor.

### Role of Supervisor or Line Manager:

- Attends the appropriate training course(s) offered by the company on handling workplace violence.

- Depending upon the type of situation provides necessary intervention and response to resolve the incident and insure the safety of all employees. For further information, see **_Appendix A: Workplace Violence Supervisor Checklist._**

- Makes initial assessment of the incident (for example: "Is the situation under control, do employees have to be moved to a safer location, do I need police or Amtrak management immediately?").

- Makes initial decision on course of action with regard to involved employees (for example: taking people out of service, separating employees, obtaining medical and/or EAP services, or initiating the appropriate counseling or discipline process, etc.). Notifies appropriate managers and obtains resources for assistance in resolving these matters.

- Documents incident, investigation process, and conclusion of the situation using the Workplace Violence Report form and forwards this form to the local **TART**.

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PEHS 12 |
|---|---|---|
| | PAGE: | 6 of 11 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, '98 |

- Provides relevant and necessary information regarding employees involved in an incident, including work history, discipline history, etc.

- Depending upon the type of situation, may be part of the local **TART**.

### Role of Manager:

- Attends the appropriate training course(s) offered by the company on handling workplace violence.

- Coordinates information gathering at incident location.

- Assists Supervisor in managing incident, insuring the safety of all employees, and deciding course of action.

- Ensures relevant and necessary information, including work history and discipline history is provided.

- Monitors conditions at incident location.

- Ensures that affected employees are provided a safe work environment and provides appropriate resources for employees involved in the situation.

- Appropriate Manager will be part of the local **TART**.

### Role of Human Resources:

- Provides guidance and assistance in interpreting policies and procedures

- Resource for supervisors in resolving Level I or II Category incidents.

- Develops and updates appropriate training courses on addressing workplace violence issues.

- Appropriate Human Resources designee will be part of the local **TART**.

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PE&S-42 |
|---|---|---|
| | PAGE: | 7 o 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

### Role of Labor Relations:

- Provides advice and guidance on developing a course of action with regard to agreement covered employees (interviewing employee, taking employee out of service, reviewing past disciplinary history, drafting correspondence regarding administrative and/or disciplinary action).

- Appropriate Labor Relations designee will be part of the local **TART**.

### Role of Law Department:

- Provides guidance in identifying and resolving policy or legal issues.

- Assists Human Resources, Labor Relations or Supervisors in effecting personnel or disciplinary actions.

- Ensures that decisions are made at the appropriate level.

- Provides advice and counsel to managers or supervisors who are making decisions.

- Attorney will be assigned to the local **TART**.

### Role of Police Department:

- Provides response and conducts investigations in incidents where potential for immediate harm, criminal or potential criminal conduct exists.

- Coordinates with outside law enforcement agencies as needed.

- Where appropriate, Police Manager or Investigator will be assigned to the local **TART**.

### Role of Employee Assistance Program:

- Consults with supervisors, managers or **TART** during and after incident.

- Assists in initial risk assessment evaluation.

Case 1:03-cv-12488-PBS   Document 96-4   Filed 10/11/2005   Page 9 of 20

NATIONAL RAILROAD PASSENGER CORPORATION      SECTION:           PERS-2
                                             PAGE:              8 of 11
WORKPLACE VIOLENCE                           LATEST ISSUE DATE: October 19, 1993

- Provides counseling and referral services to employees.

- EAP designee will be part of the local **TART**.

### Role of Medical Director:

- Provides guidance on fitness-for-duty evaluations and analyzes documentation for medical-related issues.

- Consults with Senior Management regarding the involvement of safety-sensitive employees in assaults, threats, homicides, and suicides, etc. and possible referral to the **TART** for review, if appropriate.

- Reviews and coordinates medical information from outside medical resources.

### Role of Employee Relations:

- Provides guidance and assistance in interpreting policies and procedures.

- Resource for supervisors in resolving Level I or II Category incidents.

- Appropriate Employee Relations designee will be part of the local **TART**

### Role of Union Representative:

- Acts as liaison with supervisors and managers regarding the employee's rights under the collective bargaining agreement.

- Seeks outside consultation, where appropriate.

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS 12 |
|---|---|---|
| | PAGE: | 9 of 9 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

### APPENDIX A

## Workplace Violence
## Supervisor Checklist

Supervisors must take immediate steps to protect the safety of all employees when potential for immediate harm exists. Supervisors must gather as much information as possible when someone reports an incident in which a threat or violent act occurs. Supervisors must ask basic questions to obtain the facts and to prepare a thorough report.

Supervisors should approach a situation in which there is a potential for violence by completing four steps:

<u>Investigate - Evaluate - Take Action - Report</u>

A. A supervisor can **investigate** an incident of potential or actual violence by asking five basic questions: <u>Who, What, Where, When and How</u>

   *WHO*
   - Who made the threat or did a violent act?
   - Who was the recipient(s)/victim(s)?
   - Who witnessed it? (remember to get names, positions, phone numbers, etc.)

   *WHAT*
   - What did the person reporting it see? Hear? (get specifics)
   - What led up to the threat or violent act?
   - What was the threatening behavior?
   - What did the recipient(s)/victim(s) do?
   - What was the relationship between the person making the threat or engaging in violent behavior and recipient(s)/victim(s)?
   - What did the witnesses see? Hear? (get specifics)
   - What was the relationship between the witnesses, recipient(s), victim(s) or other witnesses and the person committing the act?
   - What were the witnesses' responses?
   - What were the witnesses doing?
   - What did the person making the threat or engaging in violent behavior say happened?
   - What did the recipient(s)/victim(s) say happened?
   - What is the history? Is this the first time an incident like this occurred? Were there any other warning signs?

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS 42 |
|---|---|---|
| | PAGE: | 10 of 13 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

*WHERE*
- Where did the incident take place?
- Where is individual now?
- Where is recipients(s)/victim(s) now?
- Where are the witnesses now?
- Where were the witnesses when the incident occurred? (personal observation, heard it or just hearsay).

*WHEN*
- When did incident occur?
- When is it being reported? (minutes, hours, days later)

*HOW*
- How did it occur?
- How did person who made threats or engaged in violent behavior behave? (bizarre, unusual thoughts, actions)?
- How are the moods of all individuals?
- How is the incident scene? Is there physical evidence to look at or keep?

B.  A Supervisor can **Evaluate** an incident by looking at the facts and making a determination of the information before him/her.

- Does an emergency situation still exist?
- Do people need help now?
- Could a crime have been committed?
- Do I need to notify the Amtrak Police Department?
- Do I need to contact my supervisor or department head?
- Do I need to contact a Union Representative?
- Do I need to take disciplinary action?
- Is this an incident that should not involve the Police Department? (See incident flowchart, Appendix C.) Remember this is only a guideline and if you believe Police are necessary, don't hesitate to call them).
- Are there other Amtrak personnel to involve?
- Does the incident require the services of the EAP?
- Does the incident require the services of the Health Services Department?
- Does the incident require the services of the Human Resources department?

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PER!-42 |
|---|---|---|
| | PAGE: | 11 of 9 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

C. A supervisor should **Take Action** that is appropriate after completing an investigation and evaluating the facts.

- Contact Amtrak Police.
- Separate employees.
- Take employees out of service.
- Obtain medical and/or EAP services.
- Initiate counseling or discipline process.

D. A Supervisor can **Report** an incident by preparing a written document of everything that has been gathered by him/her during the investigation and evaluation of the incident. Be sure to identify and answer the five basic questions: Who, What, Where, When and How. Indicate all actions taken (Was employee taken out of service and disciplinary action initiated? Was employee referred to the EAP, Health Services Department, etc.)? Indicate all notifications made (supervisors, department head, Police, EAP, Health Services, HR, etc ).

Supervisors who are the subject of a threat or violent act must take the same basic steps and report the incident or get assistance from management to ensure that the matter is properly resolved.

When an emergency situation exists call Amtrak Police at: 800-331-0008 and/or 911 for immediate service.

REFERENCE: *Workplace Security Pamphlet,* **"A Guide to Protecting Yourself, on the Job"** *see Threat Assessment Checklist.*

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS- 2 |
|---|---|---|
| | PAGE: | 12 of 1_ |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 19_3 |

*APPENDIX B*

## THREAT ASSESSMENT AND RESPONSE TEAM (TART)

Background: There are a variety of issues and circumstances that can occur during a workplace violence incident. Often, the resources of different parts of the corporation are needed to fully resolve the situation, stabilize the workplace environment, and ensure that it is a safe workplace.

Purpose: To establish teams of management and/or professional personnel to provide advice and service during and after a workplace violence incident.

Policy: TARTs shall be established within each SBU to respond to Levels II and III workplace violence incidents in order to aid onsite Supervisors and/or Managers in resolving any Safety, Human Resources, EAP, and legal issues, etc.

A Corporate TART will be established. Depending upon the type of incident, the Corporation will designate members from the following departments to be a part of the Corporate TART: Human Resources, EAP, Labor Relations, Law, Health Services, Police, Employee Relations, and the appropriate Management official.

The Corporate TART will support the SBU TARTs as needed and monitor reports of workplace violence incidents

The Corporate Vice President, Human Resources, or designee, will have the authority to convene the Corporate TART during or after a Level II or III workplace violence incident.

PROCEDURE:

The President of each SBU will designate individuals from the following areas to be members of the SBU TART. A team should consist of personnel from the Line Supervision level, Department Management, Human Resources, Labor Relations, EAP, Health Services, Police, Employee Relations, and the Union. The number of TARTs will be determined by each SBU.

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | FEIS-42 |
| | PAGE: | 13 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 1, 1998 |

Upon notification of a workplace violence incident and direction to convene, the TART will coordinate activities and develop a response to the incident.

The role of the TART is to gather information, analyze it, make an assessment regarding the potential for violence, and develop a plan to defuse and manage the incident and respond to the incident's effect on the workplace. The TART will address issues pertaining to workplace safety, health, treatment, labor relations, and security. It is important that the TART provide guidance to managers in communicating the reasons why certain approaches or actions were taken by management, such as returning an employee back to the same work location in which he or she made threats. The TART should ensure that each incident is resolved, that appropriate actions have been taken and forward the quarterly report of all incidents and their resolution to the Corporate TART.

Where appropriate, certain select members of the TART may become involved in a particular workplace incident because of the circumstances and the entire TART need not be convened.

The Corporate TART will be responsible for monitoring all workplace violence incidents and will ensure that Corporate policies, and procedures have been followed and all necessary actions taken.

If the TART discovers that Corporate policies, and procedures are not complied with, it will notify the appropriate Manager and recommend specific compliance actions.

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | SECTION: | PERS 12 |
| | PAGE: | 14 of 2 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

## WORKPLACE VIOLENCE REPORT FORM

TART #98 [ ]

DATE/TIME REPORT: [           ]    DATE/TIME INCIDENT: [           ]

LOCATION: _____

Type of Incident (E.g., Assault, Threat, Etc.) _____

Reporting Official: _____

Contact Numbers (Work, Pager, Etc.): _____

Complainant: _____

Contact Numbers (Work, Pager, Home): _____

Person Accused of threats or Workplace Violence: _____

Contact Numbers (Work, Pager, Home): _____

Witnesses (Provide Name and Contact Number):
1. _____
2. _____
3. _____
(If any written statements obtained, attach to this report).

Describe Incident (attach additional sheets, if necessary)
_____
_____
_____
_____

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS 12 |
|---|---|---|
| | PAGE: | 15 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

# WORKPLACE VIOLENCE REPORT FORM
### (Continuation)

TART #98 ▢

DATE/TIME REPORT: ▢   DATE/TIME INCIDENT: ▢

LOCATION: _____

Were Police Called?  Yes _____  No _____
(Provide Name and Contact Number) _____

Was Anyone Arrested?  Yes _____  No _____
Name of Person Arrested: _____
What Were the Charges? _____

Was Anyone Hospitalized?  Yes _____  No _____
Name of Person Hospitalized: _____
Hospital Name: _____

Was Anyone Removed From Service?  Yes _____  No _____
Name of Employee: _____

What Instructions Were Given (If any)? _____

Notifications:
Who Was Notified?  (Use additional sheets, if necessary)
1. _____
2. _____
3. _____
4. _____

Was TART Notified?  Yes _____  No _____

Person Contacted: _____
Date: _____

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
|---|---|---|
| | PAGE: | 16 of 19 |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1998 |

## APPENDIX C - Flow Chart



*Level One:*
- Spreads rumors and gossip to others.
- Consistently argues with coworkers.
- Belligerent toward customers, clients, supervisors and/or coworkers.
- Constantly swears at others.

*Level Two:*
- Argues increasingly with customers, vendors, coworkers and management.
- Sabotages equipment and steals property for revenge.
- Verbalizes wishes to hurt coworkers and/or management.
- Sends violent notes to coworkers and/or management.
- Sees self as victimized by management (me against them).

*Level Three:*
Display(s) of intense anger resulting in:
- Suicidal threats.
- Physical fights.
- Destruction of property.
- Utilization of weapons to harm others
- Physical or Sexual Assault.

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS-42 |
|---|---|---|
| | PAGE: | 17 of 9 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 1998 |

## APPENDIX D

### JUDICIAL COURT ORDERS AND NOTIFICATIONS BY HEALTH CARE PROFESSIONALS

Employees and managers will comply with the following procedures for notifying and coordinating with the pertinent departments when they receive a court order restricting someone's access to Amtrak property or employees, or a professional health care provider has advised them that an Amtrak employee has been threatened by one of his or her patients.

### A. Judicial Orders

Any employee who obtains a court order restricting or limiting access of any individual(s) to the workplace or to an Amtrak employee, should provide a copy of the judicial order to an Amtrak police officer or to an Amtrak manager.

Managers who are served or given a judicial order in which an individual is restricted from close contact with an Amtrak employee or is barred from the workplace altogether shall:

- provide copies of the Order to the local HR manager, Amtrak Police, and the TART.

- ascertain if there are any immediate issues that have to be addressed (e.g. employee safety).

- coordinate with the above officials to ensure that steps are implemented to resolve any workplace operational and security matters that result from the Order.

### B.  Professional Health Care Provider Notifications

Any employee who is contacted by a professional health care provider and advised that a patient or client of the provider has threatened to or may harm an Amtrak employee should immediately contact the senior management official at the workplace and provide all information received from the health care provider.

| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PER:;- 2 |
|---|---|---|
| | PAGE: | 18 of 1! |
| **WORKPLACE VIOLENCE** | LATEST ISSUE DATE: | October 19, 1!19 |

*Immediate Threat of Violence:*

If there is an immediate threat of violence (i.e. the individual who threatened to or may harm an Amtrak employee is not confined in a treatment facility), the manager shall:

- immediately contact the Amtrak police.
- contact the EAP.
- contact the local TART, if necessary, to help coordinate a full response.

The EAP will:

- contact the health care provider to obtain as much information as possible.
- contact the threatened employee to advise him or her of the threats and provide support to the employee.

Amtrak Police will:

- coordinate with the manager, EAP, and the employee to ensure adequate protective measures are implemented and to resolve workplace operational matters.
- review facts with local law enforcement authorities to see if any criminal charges and protective orders can be obtained and coordinate with the threatened employee to assist him or her in obtaining any such order.

*No Immediate Threat of Violence:*

If there is no immediate threat of violence (i.e., the individual who threatened to or may harm an Amtrak employee is confined in a treatment facility), and/or the individual who has made the threats is an Amtrak employee, the manager shall:

- contact the EAP
- contact the Medical Director.
- contact the Local HR representative.
- contact the Amtrak police.

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | SECTION: | PERS 42 |
| | PAGE: | 19 of 9 |
| WORKPLACE VIOLENCE | LATEST ISSUE DATE: | October 19, 1998 |

The EAP will:

- contact the health care provider to obtain as much information as possible.

- contact the threatened employee to advise him or her of the threats and provide support to the employee.

Medical Director will:

- review the employee's medical file and determine leave status.

- advise the employee's department that he or she should not return to work until approved by the Medical Director.

- seek information from employee's treating physician and maintain regular contact with the physician to include date of expected release from treatment facility.

- coordinate with department, Human Resources and Law Departments and when the employee seeks to return to work to ensure that he or she is fit for duty.

HR Department will:

- provide managers with advice and counsel relative to required personnel actions and development of a return-to-work plan of action.

Police will:

- coordinate with the manager, EAP, and the employee to ensure adequate protective measures are implemented and to resolve workplace operational matters.