Exhibit D

Case 1:03-cv-12488-PBS Document 96-5 Filed 10/11/2005 Page 1 of 2

| | |
|---|---|
| **DRUG AND ALCOHOL GUIDELINES** | Section: Fitness-For-Duty Testing (Non-Regulated)<br>Latest Issue Date: October 4, 1999<br>Page: 16 |

# FITNESS-FOR-DUTY TESTING (Non-regulated)

**Criteria**  An Amtrak supervisor may direct an employee to undergo a fitness-for-duty physical examination if there is a basis to doubt whether the employee's physical condition or mental state will allow him/her to perform his/her job safely. The supervisor's decision must be documented and based on specific contemporaneous, articulable observations that an employee may not be able to perform his/her duty safely. The recommending supervisor must obtain concurrence from Amtrak's Regional Medical Director prior to asking the employee to undergo testing.

A non-regulated urine drug test will be part of the fitness-for-duty physical when requested by the Regional Medical Director.

**Notice of Test**  Upon reporting for duty or while on duty, the supervisor will notify the employee of the need to undergo a fitness-for-duty physical examination.

**Specimen Collection**  The employee will be directed to an Amtrak approved medical facility for physical examination and/or the urine collection.

**Refusal to Submit to a Test**  If an employee refuses a test, or fails to cooperate with the testing procedures, the employee will be subject to the same consequences as testing positive for alcohol and/or drugs. (See Chart #3).

An employee who intentionally interferes with the integrity of a test sample and will be charged with violating Amtrak's Standard of Excellence and will be subject to disciplinary action up to and including termination.

**Forms**  Fitness-for-duty is conducted under Amtrak policy; as such, a non-regulated (Non-DOT) custody and control form is required.

**Preparing a report**  The recommending supervisor will fax a letter of justification to the Health Services Manager who will obtain concurrence from Amtrak's Regional Medical Director for the examination.

**Notification of a Negative Test Result**  Drug Testing: The MRO will forward a "Negative Letter of Verification" to the designated Amtrak Representative.

Note: An employee withheld from performing service pending the reporting of the test result(s) will be made "whole" for all time held out of service due solely to awaiting such result(s).