Exhibit F

Case 1:03-cv-12488-PBS   Document 96-7   Filed 10/11/2005   Page 1 of 2

NATIONAL RAILROAD PASSENGER CORPORATION

INTEROFFICE MEMORANDUM

DATE: May 3, 2001

TO: Tim Pinsky, D.O., M.P.H.
Medical Director/NEC

FROM: Marianne Letterio, RN, BSN
Manager Health Services/NEC

SUBJECT: **Joseph Carmack, SS# 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**

Attached is e-mail, dated May 3, 2001, from Ms. Suzanne Allan of the Boston HR Department. She requests your review of Lou DePhillips', T.A.R.T. member, comments concerning letters written by Mr. Carmack.

Mr. DePhillip believes that Mr. Carmack should "undergo an in-service (psychiatric) evaluation." Following your review, please determine if a psychiatric evaluation is warranted.

5/3/01 - I reviewed samples of materials reportedly written by Mr. Carmack. They justify Mr. Carmack being deemed "medically disqualified" immediately pending a psychiatric FFD exam. /TP