Exhibit G

## NATIONAL RAILROAD PASSENGER CORPORATION

## INTEROFFICE MEMORANDUM

**DATE:** May 30, 2001

**TO:** Timothy Pinsky, D.O.
Medical Director/NEC

**FROM:** Marianne Letterio, RN, BSN
Manager Health Services/NEC

**RE:** Joseph T. Carmack, SS# 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

Attached for your review is a letter, dated May 24, 2001, from Mr. Carmack.

5/30/01 — This letter should be referred to the legal dept. and Labor relations. I have already discussed the issues in Mr. Carmack's letter with his union representative as per my 5/7/01 note. /TL

Sent 6-4-01
(complete file)
from 1-9-01
to 5/30/01
TL

$E_3(A)$

CERTIFIED MAIL #7000 2870 0000 6695 654
Return Receipt Requested
398 Columbus Ave. #130
Boston, MA 02116
May 24, 2001

Dr. Tim Pinsky
Amtrak Medical Director/NEC
30th St. Station #67
Philadelphia, PA 19104

Dear Dr. Pinsky:

I am in receipt of a letter dated May 4, 2001 from Mr. Michael J. O'Malley, Director of Operations/Commuter Rail, in which he states you have "reviewed samples of materials reportedly written by (me)" and that you "stated that the samples 'justify Mr. Carmack being deemed medically disqualified immediately pending a ... FFD exam.'"

Please supply me with copies of all documents and correspondence (medical or otherwise) referring to my person in any way including, but not limited to, the document which Mr. O'Malley quoted as indicated above.

Furthermore, please supply me with a valid qualification and explanation of any "deemed" medical basis for disqualifying me including, but not limited to, a specific diagnosis. Please include specific validation of your legal and medical qualification to make such a judgment. Please include a complete explanation of an "FFD exam" including what FFD stands for, what it is, and what it entails. Please include legal basis for your decision.

Your prompt attention to this matter will be greatly appreciated.

Sincerely,

Joseph T. Carmack



CERTIFIED MAIL # 7000 1670 0013 4465 9045
Copy via Facsimile Transmission 215/349-4401
Return Receipt Requested
398 Columbus Ave. #130
Boston, MA 02116
July 27, 2001

E3(b)

Dr. Tim Pinsky
Amtrak Medical Director/NEC
30th St. Station #67
Philadelphia, PA 19104

Dear Dr. Pinsky:

As I stated to you in my letter of May 24, 2001, I am in receipt of a letter dated May 4, 2001 from Mr. Michael J. O'Malley, Director of Operations/Commuter Rail, in which he states you have "reviewed samples of materials reportedly written by (me)" and that you "stated that the samples 'justify Mr. Carmack being deemed medically disqualified immediately pending a ... FFD exam.'"

Under the Freedom of Information Act, 5 U.S.C. subsection 552, and the Privacy Act, 5 U.S.C. subsection 552a, I am requesting access to Medical Records concerning me retained by Amtrak's Medical Dept. Please supply me with copies of all documents and correspondence (medical or otherwise) referring to me in any way including, but not limited to, the document which Mr. O'Malley quoted as indicated above. Furthermore, please supply me with a valid qualification and explanation of any "deemed" medical basis for disqualifying me including, but not limited to, a specific diagnosis. Please include specific validation of your legal and medical qualification to make such a judgment. Please include a complete explanation of an "FFD exam" including what FFD stands for, what it is, and what it entails. Please include legal basis for your decision.

If there are any fees for searching for or copying the records, please let me know before you fill my request. Or, please supply the records without informing me of the cost if the fees do not exceed $5.00, which I agree to pay.

If you deny all or any part of this request, please cite each specific exemption you think justifies your refusal to release the information and notify me of appeal procedures available under the law.

Your prompt attention to this matter will be greatly appreciated.

Sincerely,

Joseph T. Carmack

Case 1:03-cv-12488-PBS    Document 96-8    Filed 10/11/2005    Page 6 of 9



CERTIFIED MAIL # 7000 1670 0013 4465 9058
Copy via Facsimile Transmission 215/349-4401
Return Receipt Requested
398 Columbus Ave. #130
Boston, MA 02116
July 31, 2001

E 3(d)

Dr. Tim Pinsky
Amtrak Medical Director/NEC
30th St. Station - Box 67
Philadelphia, PA 19104

Dear Dr. Pinsky:

As you have been repeatedly advised, I have been withheld from my position at Amtrak due to a medical disqualification. According to Mr. M. J. O'Malley, Amtrak Director of Operations of Commuter Services in Boston, MA., it was your decision as "Amtrak's Medical Director/NEC" that I was to be "deemed medically disqualified" by Amtrak. In addition, Mr. O'Malley has ordered me to submit to a "fitness for duty examination", and he has warned me of possible dismissal.

I am at a loss to understand these developments. There is no basis for medical disqualification and you refuse to supply me with one. In January of this year, I submitted to examinations by 3 medical practitioners including Amtrak's chosen contractor, Dr. Brian Morris, of Health Resources, Inc. I was cleared for service by all three doctors and I supplied supporting documentation from my personal practitioners. I have made repeated verbal and written requests asking for medical basis for my being disqualified. Your office has yet to supply me with that information.

I believe the medical disqualification and the required fitness for duty examination are medically inappropriate and amount to a violation of my civil rights. As noted in my previous letters to you, you "justify (my) being medically disqualified" as a result of having "reviewed samples of materials reportedly written by (me)." During the week of May 4, 2001, you advised Mr. M. J. O'Bryan, the Local Chairman of Division 57 of the Brotherhood of Locomotive Engineers, that the "materials" on which you based disqualification were from a written union discussion intercepted by management employees. Said management employees mistakenly perceived the discussion as a threat of violence and were seeking to inhibit my free expression as represented in the written discussion. Having no basis for disqualification, the Threat Assessment Response Team consulted you and you disqualified me. In this context, your unjustified disqualification of me may constitute a violation of my right to free expression under the First Amendment of the United States Constitution. Furthermore, since it effectively curbs union activity, it would constitute a violation of rights to freedom of assembly and collective bargaining as protected by the Constitution.

I also believe that your actions would constitute a violation of my right to privacy When I received a letter from Mr. O'Malley dated May 17, 2001 advising me that I was scheduled to undergo a "fitness for duty" examination, I had no idea what kind of examination it was. You were failing to contact me about it, but you had no trouble

Dr. Tim Pinsky                                2                              July 31, 2001

discussing my medical disqualification with Mr. O'Malley and Mr. O'Bryan. If materials written by me indicated a medical basis for disqualifying me, wouldn't discussing that fact with these employees constitute an inappropriate and illegal discussion of private medical information? Having no medical information disqualifying me and without any confirmation from you that I was medically disqualified, I canceled the appointment that Mr. O'Malley said was scheduled for me.

However, Mr. O'Malley gave me a direct order to schedule another one. I did so. When I reported for that examination on June 27, 2001, I explained to Doctor Russell Vasile the circumstances surrounding the appointment. I told him that I knew of no medical basis for the appointment and that I thought it would be inappropriate to undergo an examination. Nonetheless, I did explain circumstances and issues concerning documents I had written. I also told the doctor that I was willing to talk to any Amtrak employee and discuss any questions concerning documents I had written. Doctor Vasile told me that he would suggest to Amtrak that the company find another solution than requiring an "evaluation session"(as Mr. O'Malley called it).

I have now been accused of failing to "cooperate". Mr. O'Malley has ordered me to schedule another examination. Requiring me to submit to this "evaluation session" is an attempt to intrude into my private affairs. I am being forced to undergo an examination because I have communicated union related ideas in writing. The ideas expressed fall exclusively within the inner workings of the Brotherhood of Locomotive Engineers. As a result of expressing myself within the BLE in my own way I am being threatened with the loss of my job and I am suffering what I believe to be an illegal violation of rights and privileges.

Considering the unprincipled nature of the circumstances that I am thrust into by your unfounded claim that I am medically disqualified, it is under protest that I am sending you copy of a notice that I have obtained from my personal doctor clearing me for service. Copy of the notice is supplied with this letter. Although I believe the coercive circumstances leading to my supplying you with this note constitute a violation of my right to privacy, it is my hope that it will substantiate my medical qualification to your satisfaction so I may return to work without further intrusions. Please rescind the medical disqualification and advise Mr. O'Malley that I may return to work.

Your prompt attention to this matter will be greatly appreciated.

                                        Sincerely,

                                        Joseph T. Carmack
                                        Joseph T. Carmack

CERTIFIED MAIL 7000 1670 0013 4465 9038 and facsimile transmission 215/349-4401

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DR. TIM PINSKY
   AMTRAK MEDICAL DIRECTOR/NEC
   30TH ST. STATION - BOX 67
   PHILADELPHIA, PA

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
                                          8/6

C. Signature
X  /MB/                                   ☐ Agent
                                          ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0013 4465 9033

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-

