UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 03 12488 PBS |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
MOTION TO EXTEND TIME FOR THE FILING OF DISPOSITIVE MOTIONS**

Defendant, National Railroad Passenger Corporation ("Amtrak"), moves this Court for an order extending the deadline for the filing of dispositive motions by one week, i.e. until November 14, 2005, and for an equivalent extension of time for the filing of oppositions on the following grounds. Plaintiff does not oppose this Motion.

1. On October 31, 2005, Amtrak's defense counsel, Stephen E. Hughes, was selected for jury duty at Brockton Superior Court. His obligations involve a trial scheduled to last from Monday October 31st through Wednesday November 2nd until 4:30 p.m. each day. The trial involves a criminal matter before the Honorable Patrick Brady.

2. From Monday November 7th through Thursday November 10th, Amtrak's defense counsel, Stephen E. Hughes, will be participating in the defense of a matter before the Honorable Nathaniel M. Gorton, *Chen v. Panda Express*, No. 03-12233-NMG. Prior to Monday November 7th, Attorney Hughes will be expending substantial time preparing for

trial.

3. Amtrak's motion for summary judgment will address all 8 Counts and 7 sub-Counts of Plaintiff's 62 page Second Amended Complaint which contains 402 paragraphs. Thus far this has been a very large undertaking, and requires a significant amount of additional time.

4. In light of Attorney Hughes' jury duty and obligations in the above referenced matter before Judge Gorton, Amtrak is unable to properly address the complex issues of law in its dispositive pleading before the currently scheduled date of November 7, 2005.

5. An additional week will enable an appropriate motion and memorandum to be filed with the Court. In the interests of just and fairness and judicial economy, Amtrak should have an opportunity to properly develop its summary judgment arguments in this complex case.

WHEREFORE, Amtrak moves this Court to extend the deadlines for filing dispositive motions until November 14, 2005, and for an equivalent extension for the filing of oppositions.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LR 37.1 Certification
Amtrak states that its counsel conferred with Plaintiff on November 1, 2005, who agreed he will not oppose this Motion.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                                                  DEFENDANT,
                                                  **NATIONAL RAILROAD PASSENGER CORPORATION,**
                                                  By Its Attorneys,

DATED: November 1, 2005                  s/Stephen E. Hughes
                                                  John A. Kiernan (BBO No. 271020)
                                                  Stephen E. Hughes (BBO No. 629644)
                                                  Bonner Kiernan Trebach & Crociata, LLP
                                                  One Liberty Square - 6th Floor
                                                  Boston, MA 02109
                                                  (617) 426-3900

## Certificate of Service

     I, Stephen E. Hughes, hereby certify that I have on November 1, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

<u>Plaintiff (Pro Se):</u>
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

                                                  s/Stephen E. Hughes
                                                  Stephen E. Hughes