UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK )<br><br>Plaintiff, )<br><br>v. )<br><br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br><br>Defendant. ) | Civil Action No. 03 12488 PBS |

**DECLARATION OF COUNSEL FOR DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATION IN SUPPORT OF ITS MOTION TO EXTEND TIME
FOR THE FILING OF DISPOSITIVE MOTIONS**

I, Stephen E. Hughes, state under oath that I have personal knowledge of the matters addressed below and that said statements are true to my best knowledge.

1. I am an attorney with the law firm of Bonner Kiernan Trebach & Crociata, LLP which represents the defendant, National Railroad Passenger Corporation ("Amtrak"), in this matter.

2. I have been closely involved in Amtrak's defense in this matter, including discovery matters, and am preparing Amtrak's motion for summary judgment.

3. On October 31, 2005, I was selected to serve as a juror at Brockton Superior Court. The trial is scheduled to last from Monday October 31st through Wednesday November 2nd until 4:30 p.m. each day. The trial involves a criminal matter before the Honorable Patrick Brady.

4. From Monday November 7th through Thursday November 10th, I will be participating in

the defense of a matter before the Honorable Nathaniel M. Gorton, *Chen v. Panda Express*, No. 03-12233-NMG. Prior to Monday November 7th, I will be expending substantial time preparing for the trial.

5. Amtrak's motion for summary judgment will address all 8 Counts and 7 sub-Counts of Plaintiff's 62 page Second Amended Complaint which contains 402 paragraphs. Thus far this has been a very large undertaking, and requires a significant amount of additional time.

6. In light of jury duty and my obligations in the above referenced matter before Judge Gorton, I lack sufficient time to adequately prepare Amtrak's motion for summary judgment in this matter by the currently scheduled date of November 7, 2005. Since I have been the primary attorney representing Amtrak in this matter, no one else can prepare the dispositive pleading.

7. An extension of one week should be sufficient time to prepare an adequate motion with supporting documents on behalf of Amtrak.

Signed this date, November 1, 2005, under the penalties of perjury.

s/Stephen E. Hughes
Stephen E. Hughes