UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL RAILROAD PASSENGER ) <br> CORPORATION ) <br> ) <br> Defendant. ) | Civil Action No. 03 12488 PBS |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff James T. Carmack ("Plaintiff") has alleged numerous violations of law by the defendant National Railroad Passenger Corporation ("Amtrak") associated with his medical disqualification and the termination of his employment. Amtrak denies that it committed any violations of law, and further asserts that Plaintiff lacks any competent evidence in support of his allegations. As a result, Amtrak moves, pursuant to Fed.R.Civ.P. 56 and LR 56.1, for summary judgment on all counts of Plaintiff's Second Amended Complaint.

In particular, Amtrak denies that it defamed Plaintiff, violated his privacy rights, discriminated or retaliated against Plaintiff on the basis of disability or religion, violated his Civil Rights, violated the Unfair Labor Practices Act, is liable under the Federal Employers Liability Act ("FELA), intentionally inflicted emotional distress, or wrongfully terminated him in violation of public policy. Rather, Amtrak acted in accordance with its policy of zero tolerance against workplace violence when it medically disqualified Plaintiff. Furthermore,

Amtrak appropriately charged Plaintiff with insubordination and eventually terminated his employment when he repeatedly refused orders to undergo a medical examination to determine his medical fitness for duty.

There are no genuine issues of disputed material fact on any of Plaintiff's various counts and sub-counts. Consequently, as a matter of law, summary judgment must be granted on all counts and the case dismissed.

In support of this motion, Amtrak submits and incorporates herein by reference its Memorandum in Support of Its Motion for Summary Judgment, all exhibits attached thereto, and Amtrak's Statement of Undisputed Material Facts, all of which have been filed herewith.[1]

**REQUEST FOR ORAL ARGUMENT**

WHEREFORE, Amtrak requests that its Motion for Summary Judgment be granted on all Counts.

**DEFENDANT,**
**NATIONAL RAILROAD PASSENGER**
**CORPORATION,**
By Its Attorneys,

DATED: November 14, 2005

John A. Kiernan (BBO No. 271020)
Stephen E. Hughes (BBO No. 629644)
Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

---

[1] The voluminous exhibits have been filed in hard copy form with the Court.

## Certificate of Service

     I, Stephen E. Hughes, hereby certify that I have on November 14, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

<u>Plaintiff (Pro Se):</u>
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

_____
Stephen E. Hughes