UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH T. CARMACK )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No. 03 12488 PBS |

## LIST OF EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| Exhibit 1 | Deposition I of Plaintiff |
| Exhibit 2 | Declaration of Gerard DeModena |
| Exhibit 3 | Declaration of William Rae |
| Exhibit 4 | Declaration of Michael O'Malley |
| Exhibit 5 | Declaration of Suzanne Allan |
| Exhibit 6 | Declaration of Robert Smith |
| Exhibit 7 | Declaration of Dr. Timothy Pinsky |
| Exhibit 8 | Declaration of Deborah Gaines |
| Exhibit 9 | Deposition I of Michael O'Bryan |
| Exhibit 10 | Declaration of Dr. Russell Vasile |
| Exhibit 11 | Collective Bargaining Agreement (BLE) |
| Exhibit 12 | Workplace Violence Policy (PERS-42) |
| Exhibit 13 | Letter from Suzanne Allen dated 10/17/1996 |
| Exhibit 14 | Letter from Michael O'Bryan dated 03/11/2001 |
| Exhibit 15 | Health Resources Examination Report dated 01/18/2001 |
| Exhibit 16 | Hand Written Note from Dr. Timothy Pinsky dated 01/23/2001 |
| Exhibit 17 | Memorandum from Dr. Timothy Pinsky dated 01/24/2001 |
| Exhibit 18 | Memorandum from Marianne Letterio dated 01/25/2001 |
| Exhibit 19 | Letter from Marianne Letterio dated 03/01/2001 |
| Exhibit 20 | Memorandum from Marianne Letterio dated 03/01/2001 |
| Exhibit 21 | Workplace Violence Report dated 04/12/2001 |
| Exhibit 22 | "Letters from Hell" |
| Exhibit 23 | William Shakespeare's Hamlet |
| Exhibit 24 | Amtrak Hearing Testimony Transcript |
| Exhibit 25 | Email from Lou DePhillips dated 04/13/2001 |

| | |
|---|---|
| Exhibit 26 | Email from Marianne Letterio dated 05/03/2001 |
| Exhibit 27 | Letter from Michael O'Malley dated 05/04/2001 |
| Exhibit 28 | Letter from Michael O'Malley dated 05/17/2001 |
| Exhibit 29 | Letter from Marianne Letterio dated 05/17/2001 |
| Exhibit 30 | Letters from Plaintiff to Mr. O'Malley and Dr. Pinsky, dated 05/24/2001 |
| Exhibit 31 | Notes from Marianne Letterio of 06/04/2001 on email of 05/30/2001 (B#1464) |
| Exhibit 32 | Email from Marianne Letterio dated 06/05/2001 |
| Exhibit 33 | Letter from Dr. Russell Vasile dated 06/05/2001 |
| Exhibit 34 | Letter from Michael O'Malley dated 06/08/2001 |
| Exhibit 35 | Deposition II of Plaintiff |
| Exhibit 36 | Deposition III of Michael O'Bryan |
| Exhibit 37 | Second Amended Complaint of Plaintiff |
| Exhibit 38 | Deposition III of Plaintiff |
| Exhibit 39 | Deposition IV of Michael O'Bryan |
| Exhibit 40 | Letter from Dr. Russell Vasile dated 07/16/2001 |
| Exhibit 41 | Letter from Michael O'Malley dated 07/24/2001 |
| Exhibit 42 | Letter from Dr. Russell Vasile dated 08/28/2001 |
| Exhibit 43 | Letter from Michael O'Malley dated 09/10/2001 |
| Exhibit 44 | Letter from Dr. Russell Vasile dated 04/02/2002 |
| Exhibit 45 | Decision Letter dated 05/13/2002 |
| Exhibit 46 | Termination Letter dated 05/13/2002 |
| Exhibit 47 | Denial of Appeal dated 8/28/02 |
| Exhibit 48 | Public Law Board Decision dated 1/31/03 |
| Exhibit 49 | MCAD Complaint dated 02/08/2002 |
| Exhibit 50 | MCAD Notice of Dismissal dated 5/13/02 |
| Exhibit 51 | MCAD Denial of Appeal dated 11/25/02 |
| Exhibit 52 | Plaintiff's Internal Complaint |
| Exhibit 53 | Letter to Plaintiff from Amtrak's EEO Compliance Director, dated 04/03/2002 |
| Exhibit 54 | Letters from Michael O'Malley dated 05/15/2001 and 06/21/2001 |
| Exhibit 55 | Deposition IV of Plaintiff |
| Exhibit 56 | Notes of Dr. Ann Gurian dated 01/17/2001, 05/30/2001, 07/30/2001, 04/04/2002 |
| Exhibit 57 | Memorandum from Dr. Timothy Pinsky dated 05/07/2001 |
| Exhibit 58 | Letter from Plaintiff to Mr. O'Malley, dated 06/14/01 |
| Exhibit 59 | Letters from Michael O'Bryan dated 05/08/2001 and 05/28/2001 |
| Exhibit 60 | Letters from Plaintiff dated 06/14/2001, 07/27/2001, 07/31/2001 |
| Exhibit 61 | Letters from Amtrak and Dr. Vasile in 2001 |
| Exhibit 62 | Plaintiff's Answers to Amtrak's Interrogatories |
| Exhibit 63 | Plaintiff's Supplemental Answers to Amtrak's Interrogatories |
| Exhibit 64 | Position Statement of Amtrak dated 03/15/02 |
| Exhibit 65 | E-mail from Christa Cuppernull to John Humes |

**Respectfully Submitted,**
**DEFENDANT,**
National Railroad Passenger Corporation
By its attorneys,

_/s/ Stephen E. Hughes_
John A. Kiernan (BBO No. 271020)
Stephen E. Hughes (BBO No. 629644)
Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

### Certificate of Service

I, Stephen E. Hughes, hereby certify that I have, on November, 14, 2005, served a true copy of the foregoing document by first class mail, postage prepaid, to:

<u>Plaintiff (Pro Se)</u>
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

_/s/ Stephen E. Hughes_
Stephen E. Hughes