UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK<br><br>Plaintiff,<br><br>v.<br>PBS<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION<br><br>Defendant. | Civil Action No. 03 12488 |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
MOTION TO EXCEED PAGE LIMITATION OF LOCAL RULE 7.1 (B)(4)
IN ITS MEMORANDUM IN SUPPORT OF ITS
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant, National Railroad Passenger Corporation ("Amtrak"), moves this Court for an order permitting it to exceed the page limitation set forth in LR 7.1(B)(4) in its Memorandum in Support of Amtrak's Motion for Summary Judgment. As grounds there for, Amtrak states that its Memorandum is 52 pages long. However, the unusual length is the direct result of the complexity and ambiguity of Plaintiff's 62 page Second Amended Complaint, which contains 402 enumerated paragraphs. More importantly, Plaintiff's Second Amended Complaint contains 8 completely different counts of legal theories. Moreover, Count III contains 7 sub-counts, and Count VII actually consists of two legal counts (FELA and intentional infliction of emotional distress). Furthermore, the doctrine of federal preemption, pursuant to the federal Railway Labor Act, applies as a defense to many of these Counts, adding further complexity to the legal analysis.

In the interests of justice, fairness, and judicial economy, all of which may benefit from a full airing of all of the potentially dispositive legal issues in this matter before a lengthy and expensive trial, Amtrak moves this Court to accept its Memorandum in its current length.

DEFENDANT,
NATIONAL RAILROAD PASSENGER CORPORATION,
By Its Attorneys,

DATED: November 14, 2005

John A. Kiernan (BBO No. 271020)
Stephen E. Hughes (BBO No. 629644)
Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

## Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on November 14, 2005 served a true copy of the foregoing document by first class mail, postage prepaid, to:

Plaintiff (Pro Se):
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

Stephen E. Hughes