UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>Plaintiff, *pro se*<br>v.<br><br>THE NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br>Defendant | C.A. No. 1:03-cv-12488 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the Massachusetts Bay Commuter Railroad Company in the above-captioned matter.

MASSACHUSETTS BAY COMMUTER
RAILROAD COMPANY,
By its attorneys,


/s/ Robert K. Blaisdell
Robert K. Blaisdell, BBO #568060
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 598-6700

Dated: November 17, 2005

### CERTIFICATE OF SERVICE

I, Robert K. Blaisdell, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon *pro se* Plaintiff Joseph T. Carmack, 592 Tremont Street, Boston, MA, this 17th day of November, 2005.

/s/ Robert K. Blaisdell
Robert K. Blaisdell