FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT

FOR THE

2005 NOV 22  P 1:31

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Joseph T. Carmack )<br>)<br>Plaintiff, Pro Se )<br>)<br>v.   )<br>)<br>The National Railroad Passenger )<br>Corporation )<br>)<br>Defendant )<br>_____ ) | Civil Action No. 03-12488-PBS |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION TO EXTEND TIME FOR THE FILING OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Joseph T. Carmack ("Plaintiff"), moves this Honorable Court for an order extending the deadline for filing opposition to Defendant, National Railroad Passenger Corporation's ("Amtrak" or "Defendant") Motion for Summary Judgment on grounds specified below.  Defendant does not oppose this Motion.

1. Amtrak's motion for summary judgment addresses all 8 counts and 7 subcounts of Plaintiff's 62 page Second Amended Complaint which contains 402 paragraphs. Amtrak's motion addresses most counts two times on separate grounds: once on jurisdictional grounds and again addressing direct legal grounds.

2. Plaintiff is simultaneously addressing a Motion to Dismiss filed in this Honorable Court for Civil Action No. 05-11430-PBS for which Plaintiff requests an extension by separate motion.

3. Plaintiff expects to be addressing a separate Motion to Dismiss from party Massachusetts Bay Transportation Authority ("MBTA") in Civil Action No.

1

        05-11430-PBS for which MBTA has also requested an extension. (Exhibit A).

4. Plaintiff is obligated to two separate employers for what is usually more than fifty hours per week.

5. Although Plaintiff expects to be granted leave of absence From one of his employers, sufficient leave to address complex arguments in the outstanding motions is impractical in order for Plaintiff to sustain himself and provide the services that his employers require.

6. An additional two weeks will enable an appropriate opposition and memorandum to be filed with the Court. In the interests of justice, fairness and judicial economy, Plaintiff should have an opportunity to properly develop his opposition to summary judgment arguments in this complex case.

WHEREFORE, Plaintiff moves this Honorable Court to extend the deadline for filing opposition to dispositive motion until December 12, 2005.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LR 37.1 Certification
Plaintiff states that he has conferred
with counsel for Defendant on
November 18, 2005, who agreed that
Amtrak will not oppose this Motion.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                                   **Respectfully submitted,**

DATED: November 22, 2005         *Joseph T. Carmack*
                                        Joseph T. Carmack
                                        Plaintiff, Pro Se
                                        398 Columbus Ave, PMB 130
                                        Boston, MA 02116-6008
                                        Work: 617/727-2310 ext. 7045
                                        Home: 617/536-0772

Pager w/voice mail: 617/798-6466

### Certificate of Service

    I, Joseph T. Carmack, hereby certify that I have on November 22, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA 02109.

DATED: November 22, 2005

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Pager w/voice mail: 617/798-6466

3