# Exhibit A



# Massachusetts Bay Transportation Authority

| Mitt Romney | Kerry Healey | John Cogliano | Daniel A. Grabauskas |
| Governor | Lt. Governor | Secretary and MBTA Chairman | General Manager |

November 18, 2005

Joseph T. Carmack
398 Columbus Avenue
Private Mail Box 130
Boston, MA 02116

RE:   Joseph T. Carmack v. MBTA, et al.
      Civil Action No. 05-11430-PBS

Dear Mr. Carmack:

    This letter is to confirm our conversation on November 17, 2005 during which you agreed to extend the time within which the MBTA has to file an Answer to Count One of your First Amended Complaint and a Motion to Dismiss Counts Two through Fifteen of said Complaint to December 9, 2005.

    Thank you for your cooperation.

Very truly yours,

Todd M. Valicenti
Assistant General Counsel
(617) 222-4579

TMV/ap
cc:   Robert K. Blaisdell, Esq.