FILED
UNITED STATES DISTRICT COURT IN CLERK'S OFFICE

FOR THE                    2005 DEC -9  P 1: 34

DISTRICT OF MASSACHUSETTS
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger | ) | |
| Corporation | ) | |
| | ) | |
| Defendant | ) | |

## PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR ADDITIONAL EXTENSION OF TIME FOR FILING OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiff, Joseph T. Carmack ("Plaintiff") moves this Court for an order extending the deadline for the filing of opposition to Defendant National Railroad Passenger Corporation's ("Defendant" or "Amtrak") Motion for Summary Judgment by two weeks, i.e. until December 23, 2005, on the following grounds.

1.    Defendant's Motion for summary judgment includes an extended memorandum and Statement of Material Facts.

2.    Defendant's memorandum analyzes     many of the counts from this complex case from contrasting legal angles.

3.    Plaintiff, as a pro se litigant, has limited resources and experience with which to address the legal issues and Plaintiff was unable to properly anticipate what the necessary presentation and arguments would require.

4.    The varying legal analyses expands and varies the issues of material fact.

5.    Defendant's Memorandum includes 52 pages and a 30-page Statement of

Material Fact and 65 exhibits. Opposition to the extended motion, requires

extended labor and additional time from a self-represented Plaintiff with

obligations to his employer during a busy holiday season.

6.    In light of Plaintiff's obligations and inexperience, Plaintiff is unable to properly

address the complex issues of law required in his opposition before the currently

scheduled date of December 12, 2005.

7.    Simultaneously with the current matter, Plaintiff is addressing motions to dismiss

in case No. 05-11430 PBS. Plaintiff was unable to anticipate having to prepare

multiple oppositions to dispositive motions at the same time.

8.    Justice, fairness and judicial economy require an additional two weeks to enable

Plaintiff to properly present arguments in this complex case.

9.    Defendant Amtrak does not object to this motion.


WHEREFORE, Plaintive moves this Honorable Court to extend the deadline until

December 23, 2005.

*******************************

LR 37.1 Certification
Plaintiff, Pro Se, Joseph T. Carmack
states that he has conferred with
Amtrak's counsel on December 8, 2005.
Amtrak's counsel agreed he will not
oppose this Motion.
*******************************

**Respectfully submitted,**

Dated: December 9, 2005

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave. PMB 130

Boston, MA 02116-6008
Work: 617/727-2310 ext.7045
Pager w/voice mail: 617/798-6466
Home: 617/536-0772

## Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on December 9, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA 02109.

DATED: December 9, 2005

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Pager w/voice mail: 617/798-6466