UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger Corporation | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**PLIANTIFF'S MOTION FOR A CONTINUANCE TO FILE MEMORANDUM AND STATEMENT OF MATERIAL FACTS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT LATE PENDING ORDER ON MOTION TO PROCEED UNDER A PSEUDONYM**

Plaintiff hereby moves this this Honorable Court for continuance to file Memorandum and Statement of Material Facts in Support of Opposition to Defendant's Motion for Summary Judgment and counter motion late pending order on Plaintiff's Motion to Proceed Under a Pseudonym. As grounds for this motion, Plaintiff states material in the Memorandum and Statement of Material Fact in Support of Opposition and Counter Motion for Summary Judgment contains materials that subject to confidentiality order of this honorable court dated June 8, 2005. Therefore, if the Memorandum and Statement are submitted without a pseudonym assigned to the case, confidentiality ordered by this Honorable Court will be breached.

Wherefore, Plaintiff prays for an order for continuance to protect the confidentiality of materials per order of this Honorable Court.

**Respectfully submitted,**

December 23, 2005

*[signature]*
Joseph T. Carmack, Plaintiff Pro Se
398 Columbus Ave. PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045
Home:  617/536-0772
Page w/Voice Mail 617/798-6466

### Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on December 23, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA  02109.

DATED:  December 23, 2005     *[signature]*
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045
Home:  617/536-0772
Pager w/voice mail: 617/798-6466