UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC 23 P 4:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| James Steele ) | Civil Action No. 03-12488-PBS |
| ) | |
| Plaintiff, Pro Se ) | |
| ) | |
| v. ) | |
| ) | |
| The National Railroad Passenger ) | |
| Corporation ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S MOTION TO IMPOUND PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM

Plaintiff hereby moves for an order from this Honorable Court granting Plaintiff leave to impound Plaintiff's Motion to proceed under a pseudonym. As grounds therefore, Plaintiff states that purpose of the Motion to Proceed Under a Pseudonym requires it. Plaintiff moves this Honorable Court for a pseudonym to protect the confidentiality of Plaintiff's medical record. Consequently, if the identity of the pseudonym is released into the public record, the motion will become moot., Therefore, until the motion is decided, Plaintiff will submit a redacted copy of the motion to the Court and an unredacted copy of the motion to the Defendant.

Suggested custody arrangements are as follows:

1. Redacted copy will be released into the public record until the motion is decided.

2. When the motion is decided, the clerk will return the redacted copy and impound an unredacted copy which the Plaintiff will submit to the court.

4. Upon disposition of the case, The Motion to Proceed Under a Pseudonym will be returned to custody of the Plaintiff.

Wherefore, Plaintiff prays that this Honorable Court fashion a Court Order to maintain the integrity of the motion.

Respectfully submitted,

December 23, 2005

Joseph T. Carmack, Plaintiff Pro Se
398 Columbus Ave. PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Page w/Voice Mail 617/798-6466

### Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on December 23, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA 02109.

DATED: December 23, 2005

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Pager w/voice mail: 617/798-6466