UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

2006 JAN 17 P 5: 38

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger | ) | |
| Corporation | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**LIST OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANT
NATIONAL RAILROAD PASSENGER CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

Exhibit 1.    Amtrak Engineers' Roster 2001 with cover letter dated 11/30/2001.

Exhibit 2.    Boston Globe Review of Godzilla 2000, August 18, 2000.

Exhibit 3    Selected Pages of Calendar Log of Gerrard L. DeModena

Exhibit 4    Amtrak Medical Guidelines

Exhibit 5    Selected Documents from files of William Rae produced to
to Plaintiff May 17, 2005.

Exhibit 6    Memo from Mr. William Rae to Dr. Timmie Pinsky dated
4/15/2002.

Exhibit 7    "(Draft)" of letter signed "Very truly yours,  MJO'M from "Christa"
to "Jerry" which was sent electronically from Labor Relations  at
138 PM on April 21, 2001 and forwarded from "Old Colony
Training" at 206 AM  on April 22, 2001.

Exhibit 8    Exhibit 7 with editing.  Exhibits 7 and 8 are from Rae's file with
copy of letter from Carmack to O'Malley dated March 27,  2001.
The documents were arranged in reverse chronological order with
Exhibit 9.

Exhibit 9    Plaintiff's grievance letters to M. J. O'Malley of 2001 dated 9/4/00,
7/19/00, 5/22/00 and 4/25/00. in reference to O'Malley's
application of the Amtrak attendance policy.

Exhibit 10    EEOC Internal Complaint with cover letter.  "Copy to W. C. Rae"
with extensive handwritten comments in the margins.

Exhibit 11    Mr. Rae's copy of PERS-19:  Defendant's Drug and Alcohol
Policy.

1



| | |
|---|---|
| Exhibit 12 | Draft letter prepared by Labor Relations for Mr. O'Malley to respond to Plaintiff's letters dated July 19. |
| Exhibit 13 | Memo from Mr. Rae to Dr. Pinsky dated March 18, 2002. |
| Exhibit 14 | Copy of Award SBA-928 Award No. 382 from Defendant files. |
| Exhibit 15 | Note to G.L. DeModena from Plaintiff and Plaintiff's response dated "19FEB98". |
| Exhibit16 | Fax cover page from G.L. DeModena to Marianne Letterio[sic] 15MAY01. |
| Exhibit17 | Letter from Plaintiff to O'Malley dated August 31, 2002 from Defendant file with termination "Personnel Action Request" attached. |
| Exhibit 18 | E-Mail of G.L. DeModena to M. J. O'Malley dated 8/16/2002. |
| Exhibit 19 | E-Mail of G.L. DeModena to M. J. O'Malley dated 8/21/2002 |
| Exhibit 20 | E-Mail of G.L. DeModena to Police Captain R. Smith dated 8/23/2002. |
| Exhibit 21 | Letter from Cheri Thompson to M. J. O'Malley dated 8/21/2002. |
| Exhibit 22 | Memorandum from W.C. Rae to M.J. O'Bryan dated 4/1/2002 |
| Exhibit 23 | Amtrak Personnel Action Request dated 6/29/2001. |
| Exhibit 24 | Grievance letter from Plaintiff to O'Malley dated 1/9/2001 with "Fax Message" cover from O'Malley to DeModena. dated 1/23/2001. |
| Exhibit 25 | Letter of warning from O'Malley to Plaintiff dated 10/24/2000. |
| Exhibit 26 | Mr. DePhillips refusal to appear for investigation and the BLE's response. 4/8/2002. |
| Exhibit 27 | Amtrak Medical Protocols and Procedures. "General Requirements for Examinations". |
| Exhibit 28 | Job Description for Health Services Manager. |
| Exhibit 29 | "Medical Records and Confidentiality" from Amtrak Policies and Procedures Manual. |
| Exhibit 30 | Instructions for "Maintenance and Disclosure of Employee Personnel and Medical Information" |
| Exhibit 31 | Amtrak Policies and Procedures Manual: ("APPM") "Medical Information Request Procedure, 3.21.00, Amtrak" |
| Exhibit 32 | Sample notification to supervisor of regarding "lack of response to requested medical information". |
| Exhibit 33 | Amtrak medical records privacy policy. |
| Exhibit 34 | APPM, "Records Management" ADMIN-3 and "Records Retention and Destruction", AMIN-3.1 |
| Exhibit 35 | APPM, Role of the Employee Counseling Service, Employee Employee Assistance Program. |
| Exhibit 36 | APPM, Amtrak Medical Directives, 1. Confidentiality and 3. ADA. |
| Exhibit 37 | APPM, Human Resources Memorandum RE ADA/FMLA Policies. |
| Exhibit 38 | APPM, periodic medical exam Process. |

| | |
|---|---|
| Exhibit 39 | APPM. Medical Procedures. Disqualification. |
| Exhibit 40 | APPM. Medical Procedures. Medical Standards/Guidelines |
| Exhibit 41 | APPM Exercise and Physical Fitness/Medical Fitness |
| Exhibit 42 | APPM PERS-39, Employee Assistance Program |
| Exhibit 43 | Reasonable Accommodation for Persons with Disabilities. |
| Exhibit 44 | Electronic Mail from Amtrak Police Files on Plaintiff. |
| Exhibit 45 | Job Description for Locomotive Engineer |
| Exhibit 46 | Job Description for Train Dispatcher. |
| Exhibit 47 | Letter from Plaintiff to F. J. O'Connor dated 1/24/2000. |
| Exhibit 48 | Reading list from English 211, including comments about Milton's Paradise Lost and the 'nobility' of Satan from Lloyd Schwarz. |
| Exhibit 49 | Imaginary Celestial Memos |
| Exhibit 50 | Note from Road Foreman Mark Neverett and Envelope. |
| Exhibit 51 | Dr. Pinsky's notes on conversation with O'Bryan of 5/7/2001 written on Fax cover page. |
| Exhibit 52 | Selected NORAC operating rules. |
| Exhibit 53 | Pages 1, 5, and 6 from MCAD appeal letter dated August 20, 2002. |
| Exhibit 54 | Memorandum from Marianne Lettario dated 1/23/2001. With various Health Resources Periodic Physical Reports from 1996 to 2001. |
| Exhibit 55 | Selected Air Brake Rules from Depositions of M. J. O'Bryan. |
| Exhibit 56 | Printout of Search Page on Amazon.com including Power Plays by John O. Whitney, et al. |
| Exhibit 57 | Transcript of conversation between Plaintiff and Mr. DeModena 5/15/2000. |
| Exhibit 58 | Amtrak Attendance Policy |
| Exhibit 59 | Pages from AMSCAM |
| Exhibit 60 | Dr. Gurion's Third Party Communications. |
| Exhibit 61 | BLE Submission to SBA No. 928. |
| Exhibit 62 | 1985 Correspondence between Plaintiff, Amtrak and Doctor |
| Exhibit 63 | "Attendance Policy" correspondence and grievances. |
| Exhibit 64 | Selected Pages from DSM-IV |
| Exhibit 65 | Plaintiff's Engineer Certifications |
| Exhibit 66 | Plaintiff's Engineer Evaluations |
| Exhibit 67 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC"), "INSTRUCTIONS FOR FIELD OFFICES: ANALYZING ADA CHARGES AFTER SUPREME COURT DECISIONS ADDRESSING 'DISABILITY' AND 'QUALIFIED'", |
| Exhibit 68 | Docotor's Records |
| Exhibit 69 | Power Plays by John O' Whitney, et al. selected pages |
| Exhibit 70 | Page from Defendant Drug and Alcohol policy showing 'criteria' for fitness-for-duty. |
| Exhibit 71 | Notes from Phone Conversation with M. Letterio on 6/15/2001. |
| Exhibit 72 | Defendant's Reply to Plaintiff's appeal of MCAD dismissal. |
| Exhibit 73 | Leterrio Memo of 5/3/2001 to Pinsky with Pinsky's written |

directive.

Exhibit 74   Defendant's Answers to Interrogatories.

Exhibit75   Poster for Rosencranz and Guildenstern are Dead! performances June and July 2001.

Exhibit76   Selected pages from script of the play Rosencranz and Guildenstern are Dead! by Tom Stoppard.

Exhibit77   Plaintiff's Appeal of MCAD dismissal dated August 20, 2002.

Exhibit78   Copy of Page from Plaintiff's letter dated April 4, 2001 from Defendant's medical department file.

Exhibit79   Copies of covers of The Economist magazine showing Plaintiff's address with Institution of Devastation Awareness as a "business".

## LETTERED EXHIBITS

A. Letter from O'Malley to Carmack dated August 20, 2002

B. Letter from Carmack to O'Malley dated August 31, 2002

C. MBCR conditional offer of employment to Plaintiff.

D. Letter from Carmack to Kevin Lydon, MBCR General Manager, dated June 28, 2003, including "Grievance and Demand for Relief", "Proposal" and "Memorandum of Legal Reference".

E. Open letter to Union Members in BLE-57 with leaflet on reverse side.

F. MBTA police report No. MA013250.

G. Affidavit dated July 12, 2003.

H. BLE Constitution, selected pages.

I. Letter from Carmack to O'Bryan dated March 30, 2003

J. Letter from DePhillips to O'Bryan concerning ongoing claims.

K. Letter from Kenny to Carmack dated May 6, 2003

L. Letter from Carmack to Kenny dated June 25, 2003

M. Letter from Kenny to Carmack dated July 18, 2003

N. Letter from Carmack to Kenny dated July 22, 2003.

O. Letter from Carmack to Harold Ross July 22, 2003

P. Declaration of Plaintiff Carmack dated December 5, 2005.

Q. BLE/MBCR Collective Bargaining Agreement

R. Plaintiff's Engineer Certification

## Respectfully submitted,

January 17, 2006

_____

Joseph T. Carmack, Plaintiff Pro Se
398 Columbus Ave. PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045
Home:  617/536-0772
Page w/Voice Mail 617/798-6466

4

## Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on January 17, 2006 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA 02109.

DATED: January 17, 2006

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Pager w/voice mail: 617/798-6466