UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2006 JAN 19 A 11: 52

DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The National Railroad Passenger Corporation | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION TO EXCEED PAGE LIMITATION OF LOCAL RULE 7.1 (b)(4) IN HIS MEMORANDUM IN SUPPORT OF HIS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND COUNTER MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Joseph T. Carmack ("Plaintiff") moves this Honorable Court for an order permitting him to exceed the page limitation set forth in LR 7.1(b)(4) in his Memorandum in Support of Plaintiff's Opposition to Summary Judgment and Counter Motion for Summary Judgment. As grounds there for Plaintiff reiterates the grounds set forth by Defendant National Railroad Passenger Corporation ("Defendant" or "Amtrak") in their motion to exceed page limitation dated November 14, 2005. Plaintiff's 2nd Amended Complaint and Defendant's Motion for Summary Judgment set forth a number of charges with overlapping authorities and complex legal argument and analyses.

In the interests, fairness, and judicial economy, all of which may benefit from a full airing of all of the potentially dispositive legal issues in this matter before a lengthy and expensive trial, Plaintiff moves this Honorable Court to accept his Memorandum in its current length of 56 Pages including certificates of Service.

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff hereby certifies that he has conferred with defendants Amtrak, Massachusetts Bay Transportation Authority (Civil Action 05-11430 PBS) and Massachusetts Bay Commuter Railroad Co. (Civil Action 05-11430 PBS). All defendants state that they do not oppose this motion.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

January 19, 2006

**Respectfully submitted,**

*/s/ Joseph T. Carmack/*

Joseph T. Carmack, Plaintiff Pro Se
398 Columbus Ave. PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Page w/Voice Mail 617/798-6466


### Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on January 19, 2006 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA 02109.

DATED: January 19, 2006

*/s/ Joseph T. Carmack/*

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Pager w/voice mail: 617/798-6466

I, Joseph T. Carmack, hereby certify that I have on January 19, 2006 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

I, Joseph T. Carmack, hereby certify that I have on January 19, 2006 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA 02116.

DATED: January 19, 2006           *Joseph T. Carmack* (signature)
                                  Joseph T. Carmack
                                  Plaintiff, Pro Se
                                  398 Columbus Ave, PMB 130
                                  Boston, MA  02116-6008

Work: 617/727-2310 ext. 7045 Home: 617/536-0772 Pager w/voice mail: 617/798-6466