# EXHIBIT 11

THIS AGREEMENT made this 26th day of October, 1982, by and between the National Railroad Passenger Corporation and Passenger Engineers represented by the Brotherhood of Locomotive Engineers.

WHEREAS, in the Rail Passenger Service Act of 1970, as amended by the Amtrak Improvement Act of 1981, Congress has established for the National Railroad Passenger Corporation (Amtrak) the goal of maximization of its resources, including the most cost effective use of employees; and

WHEREAS, effective January 1, 1983, Amtrak will assume its own train and engine operations heretofore performed by the Consolidated Rail Corporation (Conrail) pursuant to the Northeast Rail Service Act of 1981; and

WHEREAS, Amtrak desires to employ persons currently employed by Conrail in its engine service operations, and those employees desire to accept employment with Amtrak; and

WHEREAS, the Brotherhood of Locomotive Engineers now represents all employees of Conrail in the craft of Locomotive Engineers who would accept Passenger Engineer positions with Amtrak; and

WHEREAS, Congress, in the Amtrak Improvement Act of 1981, also imposed upon both Amtrak and the Brotherhood of Locomotive Engineers the duty to enter into a cooperative effort to achieve the efficiencies and economies necessary to operate a modern passenger service entity;

NOW, THEREFORE, it is hereby agreed in conformity therewith that the following Rules shall govern the rates of pay, rules and working conditions of employees of Amtrak employed in its engine service operations:

## RULE 1

### SCOPE AND DEFINITIONS

a.  This Agreement will apply to the work or service of transporting passengers performed by the employees specified herein and governs the rates of pay, hours of service and working conditions of all such employees engaged in the operation of engines and any other motive power used in performing the work or services provided by Passenger Engineers and all other work generally recognized as the work of Passenger Engineers performed on main lines or branch lines, or within yard facilities, or in road, local or yard service.

It is understood that the duties and responsibilities of Passenger Engineers will not be assigned to others.  If a new type of locomotive or motive power is placed in service, Passenger Engineers will be instructed in the operation of the new type of locomotive power and used to operate it.

b.  The National Railroad Passenger Corporation (hereinafter the "Corporation") recognizes the General Committee of Adjustment of the Brotherhood of Locomotive Engineers, the Chairman of which is signatory hereto as bargaining representative of all Passenger Engineers employed by the Corporation in the Northeast Corridor.

c.  "Duly accredited representative" means the General Chairman of the Brotherhood of Locomotive Engineers having jurisdiction or any elected officer of the Brotherhood of Locomotive Engineers designated by the General Chairman.

d.  "Crew Base" means the territory encompassed within a radius of 30 miles measured from the principal Amtrak station or facility as designated by the Corporation for each crew base.

## RULE 2

### CLASSIFICATIONS AND BASIS OF PAY

a.  The rate of pay for Passenger Engineers effective January 1, 1983, is $16.74 an hour.

b.  Passenger Engineers will be paid for each trip or tour of duty at the straight-time rate for the first eight hours between the time they are required to report for duty until the time they are released on completion of service, and at the time and one-half rate for all time in excess of eight hours.  Passenger Engineers paid 40 straight-time hours in a work week will be paid at the time and one-half rate for all additional time paid for in the work week.  The term "work week" for regularly assigned Passenger Engineers will mean a week beginning on the first day on which the assignment is bulletined to work, and for

- 2 -

Passenger Engineers assigned to an extra board will mean a period of seven consecutive days, starting with Monday.

c. Except as provided in Rule 13, regularly assigned Passenger Engineers and Passenger Engineers assigned to an extra board will be paid a minimum of eight hours for each tour of duty.

d. When pilots are required for engine service, they will come from the ranks of Passenger Engineers and will be paid the Passenger Engineer's rate of pay.

e. Except as provided in Rule 14, Passenger Engineers held at other than their home crew base will be paid for the actual time so held for the first eight hours in any 24-hour period.

## RULE 3

### SENIORITY

a. Passenger Engineers will have Northeast Corridor (NEC) seniority divided into two (2) prior right working zones. NEC Working Zone 1 is the territory between Boston, MA, and New York, NY (exclusive), including Springfield, MA. NEC Working Zone 2 is the territory between New York, NY (inclusive), and Washington, DC (exclusive), including Harrisburg, PA.

b. The seniority ranking in the Northeast Corridor (NEC) Region for Passenger Engineers with Conrail engine service seniority as of January 1, 1983, will be in accordance with the Order Selection List established

- 3 -

pursuant to the Agreement made in accordance with Section 1165 of the Northeast Rail Service Act of 1981. Employees on the Order Selection List who possess seniority on Conrail Seniority District F - Northeastern will have prior rights to assignments in NEC Working Zone 1. Employees on the Order Selection List who possess seniority on Conrail Seniority District G - Southeastern will have prior rights to assignments in NEC Working Zone 2.

c. Passenger Engineers, without prior rights as defined in paragraph "b" of this Rule, who enter service in a classification covered by these work rules will establish seniority as of the time and date they first report to the medical examiner. When two or more Passenger Engineers without prior rights start at the same time on the same day, they will be ranked in alphabetical order according to their last names. The ranking of all employees covered by this paragraph "c" will follow the ranking of all employees covered by paragraph "b."

## RULE 4

### SERVICE BETWEEN ZONES

Assignments between any two or more working zones may be established. When such assignments are established, prior right Passenger Engineers of the zones over which such assignment or assignments operate will participate in such service on the basis which the ratio of

- 4 -

the mileage in each zone bears to the total mileage covered by such assignment or assignments, measured from the principal station of the originating crew base to the principal station of the terminating crew base.

## RULE 5

### SENIORITY ROSTER

a. A roster showing seniority dates, promotion dates, prior rights (if any), and seniority standing will be posted in a conspicuous place at all crew bases for the information of Passenger Engineers, with copies to the General Chairman.

b. The roster will be revised and posted in January of each year and will be open to protest by the Passenger Engineer or his duly accredited representative for a period of 60 calendar days from date of posting. Protests on seniority dates will be confined to names added or changes made since posting the previous rosters.

Upon an employee's presentation of proof of error, such error will be corrected. Passenger Engineers who are off on leave of absence, vacation, sickness, disability or suspension at the time the rosters are posted will be given 60 calendar days from the date of their return to duty in which to protest. If no protest is made during this time, their seniority dates will be deemed correct.

## RULE 6

### BULLETINS AND ASSIGNMENTS

a.  New assignments, assignments subject to readvertisement, extra board assignments and vacancies will be advertised every Wednesday.  The advertising period will close 11:59 p.m. the following Saturday, and assignments will be made effective 11:00 a.m. the following Wednesday.

b.  Vacancies caused by sickness, temporary disability, suspension or leave of absence, when it is known that the Passenger Engineer will be off for a period of 30 or more days or when such Passenger Engineer will have been off duty for a period of 30 days, will be advertised in accordance with paragraph "a" of this Rule.

c.  For regular assigned service, the advertisement bulletin will show the crew base; reporting and relieving point; turnaround or layover point; days on which the assignment is scheduled to work; assigned reporting time; and train or crew numbers.

> NOTE:  Unless otherwise agreed to by the duly accredited representative and the District Manager - Labor Relations, the reporting and the relieving point for any assignment will be the same point.

d.  A Passenger Engineer who bids for and is awarded another assignment will not be permitted to bid for his former position until it has been filled and again advertised, unless the position has been materially changed. He will be permitted to exercise his seniority to his former assignment if he is displaced from the position to which he bid.

e.  A Passenger Engineer who is occupying a regular assignment which is readvertised in accordance with the provisions of this Rule may elect to exercise his seniority to another assignment within 48 hours after the effective date and time of the change causing the readvertisement. A Passenger Engineer who elects to remain on the assignment must bid for it if he desires to remain after the advertisement is closed and the assignment has been made. If he does not bid for it, and he is not assigned to any other job as the result of that advertisement, he will immediately leave the assignment he has been holding, and will be allowed five days in which to exercise his seniority and may select any job held by a junior man, except the job he has been occupying and on which he did not bid.

f.  A Passenger Engineer returning to duty after being absent less than 30 days by reason of sickness,

- 7 -

temporary disability, suspension or leave of absence, will
be permitted to exercise his seniority on an assignment
advertised and filled during his absence, provided he
exercises such right before he performs any service.  A
Passenger Engineer absent because of a reason listed in
this paragraph for a period of 30 days or more, upon his
return to duty, may exercise his seniority on any
assignment.

      g.  Regular assignments will be readvertised when
any of the following permanent changes are made in such
assignments:

         1.  changing the crew base, layover or turnaround
            point;

         2.  changing advertised starting time at the crew
            base or arrival time at the end of the
            assignment, one hour or more;

         3.  changing the assigned rest days.

      h.  Assignments will be made to Passenger
Engineers in seniority order from written bids submitted to
the officer of the Corporation designated in the
advertisement notice prior to the close of an advertisement
period.  Passenger Engineers will be given a receipt for
bids submitted to the designated officer of the
Corporation.

i. When no bids are received for advertised assignments, the assignments will be filled by the junior Passenger Engineer working at the same crew base as the assignment that failed for bid.

j. When an assignment that failed for bid is filled in accordance with paragraph "i," the Passenger Engineer assigned will remain on the assignment until a junior Passenger Engineer becomes available at the crew base. The senior Passenger Engineer who is force assigned in accordance with paragraph "i" will be promptly notified and have 24 hours after notification to elect to vacate the assignment and exercise his seniority. If the assignment is vacated, the junior Passenger Engineer will be assigned to the vacated Passenger Engineer assignment. If the senior Passenger Engineer who was force assigned in accordance with paragraph "i" elects to remain on his assignment, the next junior Passenger Engineer who was force assigned will be permitted to vacate his assignment and exercise his seniority as outlined herein. A Passenger Engineer who is force assigned will be permitted to bid for any Passenger Engineer assignment.

k. When an extra board is to be increased, the required number of Passenger Engineers may be added to the board during the advertisement and assignment period with the understanding that they are bidders for the board.

- 9 -

1.  When regular runs are rearranged, the local representative of the Corporation and the duly accredited representative(s) having jurisdiction will arrange to meet for the purpose of grouping such runs consistent with seniority, with the understanding that the Corporation reserves the right to place a schedule in effect to protect the service when no agreement is reached.

## RULE 7

### REDUCING AND INCREASING FORCES

a.  In reducing forces, seniority will govern. Passenger Engineers affected by a reduction of force or abolishment of positions will be given five calendar days' advance notice.  A copy of such notice will be posted on bulletin boards, with a copy to the duly accredited representative.

Passenger Engineers whose positions are abolished may exercise their seniority rights to displace junior Passenger Engineers within five calendar days after the date of notification of abolishment.  Passenger Engineers displaced may exercise their seniority in the same manner within five calendar days after the date of notification of displacement.  Passenger Engineers who are able to but fail to exercise their displacement rights within the prescribed time limit will revert to the extra board.  Passenger

Engineers not possessing sufficient seniority to displace any Passenger Engineers will be placed in furlough status.

Passenger Engineers exercising displacement rights under this Rule must meet all the qualifications required of the assignment to which they displace before being permitted to work.

b.  Passenger Engineers will promptly notify the Corporation in writing, by certified mail, return receipt requested, of any change of name or address, and provide a copy to the duly accredited representative.

c.  When forces are increased or vacancies occur, furloughed Passenger Engineers will be notified by certified mail or telegram, sent to the last address given, with a copy provided to the duly accredited representative, and will be recalled to service in seniority order.

d.  Furloughed Passenger Engineers who fail to return to service within 30 calendar days after being notified in accordance with paragraph "c" of this Rule will be considered as having resigned, unless they present sufficient proof that circumstances beyond their control prevented their return.

## RULE 8

### ANNULMENT OF ASSIGNMENTS

a.   When it is known that the assignment of a regular assigned Passenger Engineer, except the extra board, is to be annulled for one day or longer, the Passenger Engineer will be notified at least four hours in advance of reporting time.

b.   Advance notice before annulling assignments is not required under emergency conditions such as flood, snow storm, hurricane, tornado, earthquake, fire, strike or derailment, provided that such conditions result in suspension of the Corporation's operation in whole or in part.   Such emergency annulments will be confined solely to those work locations directly affected by any suspension of operation.

Passenger Engineers who are affected by an emergency annulment and report for work without having been previously notified not to report, will receive two hours' pay at the applicable rate of their positions.   If Passenger Engineers work any portion of the day, they will be paid in accordance with Rule 2.   Upon termination of the emergency conditions and restoration of the service, all positions and incumbents thereof will be restored to the status prevailing prior to the emergency.

## RULE 9

### GUARANTEED EXTRA BOARD

a. A Passenger Engineer assigned to an extra board who is available for service during an entire weekly period or who does not lay off or miss a call will be guaranteed a money equivalent of 40 straight-time hours each weekly period. The term "weekly period" means a period of seven consecutive days, starting with Monday. The Corporation will determine the location of and the number of Passenger Engineers assigned to an extra board.

b. Passenger Engineers assigned to an extra board will be called first in, first out, as registered on the extra board. Passenger Engineers assigned to an extra board must be qualified to work any assignments which the extra board protects.

c. Passenger Engineers assigned to an extra board must register on the extra board immediately upon release from duty at the relieving point in the crew base.

d. Passenger Engineers assigned to an extra board missing a call for an assignment for which they stand will be placed at the bottom of the extra board.

e. Passenger Engineers assigned to an extra board deadheading to their home crew base will not be marked up on the board until actual arrival at their relieving point in the home crew base.

- 13 -

f.   Passenger Engineers assigned to an extra board
will be called as nearly as possible two (2) hours before
the time required to report for service or deadhead.  Where
local conditions warrant, the duly accredited
representative and the designated Labor Relations officer
may agree to a different calling time, subject to the
approval of the General Chairman and the highest appeals
officer of the Corporation.

g.   Passenger Engineers assigned to an extra board
will not be called to fill vacancies unless they have
sufficient rest to complete the assignment under the Hours
of Service law.

h.   Passenger Engineers assigned to an extra board
who are sent from their crew base to outlying points will
not be required to remain there longer than one week at a
time.  Deadhead pay will be allowed only to the first
Passenger Engineer for the going trip and to the last
Passenger Engineer for the returning trip.

i.   Passenger Engineers assigned to an extra board
who are not called in their turn will be paid four hours
and will retain their place on the extra board.

- 14 -

## RULE 10

### DEADHEADING

a.  Deadheading and service may be combined in any manner that traffic conditions require, and when so combined, will be paid actual hours on a continuous time basis, with not less than eight hours for the combined deadheading and service.

b.  When deadheading is paid for separately and apart from service, actual time consumed with a minimum of eight hours will be allowed.

c.  Passenger Engineers are not entitled to deadhead pay for traveling from one point to another in exercising seniority.

d.  Passenger Engineers will be notified at the time called whether deadheading will be combined with service or separate, and the proper officer of the Corporation will mark their timeslips accordingly.  If not so notified, paragraph "b" will apply.

## RULE 11

### DEFERRED STARTING TIME

Where Passenger Engineers normally report for duty without being called, and it is desired on any day to defer the reporting time, at least two hours' advance notice will be given before the usual reporting time of the assignment.

- 15 -

The advance notice will specify the new reporting time, and
the Passenger Engineers' trip or tour of duty will not
begin until that time.  If not so notified, the reporting
time will be as provided in the assignment.  A Passenger
Engineer may have his starting time deferred only once for
each trip or tour of duty.

## RULE 12

### LAYING OFF/REPORTING

a.  Regularly assigned Passenger Engineers laying
off due to sickness must notify the appropriate official as
soon as possible.  Passenger Engineers who desire to lay
off for personal reasons may do so when such absence is
authorized in advance by the proper officer of the
Corporation.

b.  A regularly assigned Passenger Engineer who
has laid off will mark up for his regular assignment not
less than three hours in advance of the reporting time.

## RULE 13

### CALLS

a.  Passenger Engineers called, or required to
report without being called, and released without having
performed service will be paid for actual time held with a
minimum of four hours and, in the case of Passenger

Engineers assigned to an extra board, will remain first out on the extra board; if held over four hours and released without having performed service, they will be paid eight hours and, in the case of Passenger Engineers assigned to an extra board, will be placed at the bottom of the extra board.

    b.  Passenger Engineers who are called in an emergency situation after having already performed compensated service on the day involved will be paid for the actual time worked at the time and one-half rate, with a minimum of two hours.

        NOTE:  The term emergency as used in this paragraph is defined as a situation that:

            1.  Involves or may cause delay to traffic because all tracks are blocked.

            2.  Involves delay to a passenger train or trains.

            3.  Involves violation of laws or local ordinances.

            4.  Involves injury to persons requiring prompt treatment or removal to hospital.

# RULE 14

## CUTOFF UNDER HOURS OF SERVICE

a.  Passenger Engineers will not be released from duty before arriving at their advertised crew base or turnaround point, unless it is apparent that the trip cannot be completed under the laws limiting the hours on duty.  Passenger Engineers will be released from duty under this Rule only upon instructions from the proper officer of the Corporation.

b.  Passenger Engineers will not be cut off for rest pursuant to this Rule, except at locations where food and lodging are available.  In such cases, the Passenger Engineers will be covered by Rule 15 -- Expenses Away From Home.

c.  Passenger Engineers cut off under the law limiting the hours on duty who then deadhead into their crew base or turnaround point will be paid continuous time until released at their relieving point.

d.  Passenger Engineers cut off between crew bases under the law limiting the hours on duty will again be considered on duty and under pay immediately after expiration of the legal rest period.

- 15 -

## RULE 15

### EXPENSES AWAY FROM HOME

a. When a Passenger Engineer is released from duty at a location other than the designated crew base of the assignment for more than four hours, he will be provided suitable lodging at the Corporation's expense and will receive a meal allowance of $3.85. A second allowance of $3.85 will be provided after being held an additional eight hours.

b. Passenger Engineers assigned to an extra board will be provided with lodging and meal allowance in accordance with the provisions of this Rule when they are released from duty at other than their assigned crew base.

c. Passenger Engineers called from the extra board to fill vacancies at outlying points will be provided lodging and meal allowance in accordance with the provisions of this Rule at the outlying point in the same manner as if held at a point other than their assigned crew base, subject to the following conditions:

1. An "outlying point" is one which is outside the crew base territory of the extra board from which they are called.

2. Suitable lodging will be provided when Passenger Engineers assigned to an extra board

- 19 -

are held at the outlying point for more than
one tour of duty.

## RULE 16

### TRAINING, QUALIFYING AND EXAMINATIONS

a.  Passenger Engineers will be required to attend
training classes and take examinations connected with their
duties.  Examinations may be written or oral and include
physical examinations, territorial qualification examina-
tions and service examinations (on the Operating Rules,
Safety Rules, air brake and other equipment rules).

b.  Subject to the exceptions listed below,
Passenger Engineers required to attend a training class or
an examination will be compensated for the time engaged in
such training or examination.  If required to lose time,
Passenger Engineers will be paid an amount not less than
they would have earned on the assignment they would have
worked.  If no time is lost, compensation will be for the
actual time consumed in such training class or examination,
at the straight-time hourly rate, with a minimum of eight
hours.

Exceptions:

1.  Any qualification examinations or
    familiarization trips necessary in the
    voluntary exercise of seniority.

- 20 -