2. Physical examinations, including vision and hearing examinations.

3. Territorial qualification examinations, except as provided in paragraph "c" of this Rule.

c. Passenger Engineers who are instructed to qualify or who are force-assigned to a crew base, regular assignment or extra board where it is necessary to qualify will be compensated for such qualifying. If required to lose time, Passenger Engineers will be paid an amount not less than they would have earned on the assignment they would have worked. If no time is lost, compensation will be for the actual time consumed in qualifying, at the straight-time hourly rate, with a minimum of eight hours.

d. To the extent practicable and except as provided in paragraph "c" of this Rule, the Corporation will schedule territorial qualification examinations so that Passenger Engineers may arrange to take them without loss of time. Unless otherwise specified by the Corporation, Passenger Engineers will arrange to schedule their own physical examinations.

## RULE 17

## ATTENDING COURT OR CORONER'S INQUEST

a.   Regular Passenger Engineers attending court or inquest or giving a deposition or stenographic statement in connection with other legal proceedings as a witness on behalf of the Corporation at the direction of a proper officer of the Corporation will be paid for the time actually lost on their assignments.  Necessary reasonable expenses, including travel expenses, will be paid when away from home.

b.   A Passenger Engineer assigned to an extra board attending court or inquest, or giving a deposition or stenographic statement in connection with other legal proceedings as a witness on behalf of the Corporation at the direction of a proper officer of the Corporation will be paid the amount he would have earned and placed in the same relative standing had he been called in his turn from the extra board.  Necessary reasonable expenses, including travel expenses, will be paid when away from home.

c.   Passenger Engineers attending court or inquest as a witness on behalf of the Corporation or giving a deposition or stenographic statement in connection with other legal proceedings at the direction of a proper officer of the Corporation, when no time is lost, will be

- 22 -

paid actual time consumed, with a minimum of eight hours.
Necessary reasonable expenses, including travel expenses,
will be paid when away from home, and Passenger Engineers
assigned to an extra board will hold their same relative
standing on the crew board.

       d.  No deadhead payment will be made to Passenger
Engineers for any traveling necessary to their attendance
at court or inquest.

       e.  Witness fees and mileage allowance will be
remitted to the Corporation.

## RULE 18

## BEREAVEMENT LEAVE

       Bereavement leave will be allowed in case of the
death of a Passenger Engineer's brother, sister, parent,
child, spouse or spouse's parent, not in excess of three
calendar days following the date of death.  In such
cases, eight hours' pay will be allowed for each work day
lost during bereavement leave.  Passenger Engineers
involved will make provision for taking leave with their
supervisor in the usual manner.  Agreed to questions and
answers to the National Agreements where applicable, are
made a part of this Rule and are attached as Supplement 1
to this Agreement.

- 23 -

## RULE 19

### JURY DUTY

When Passenger Engineers are summoned for jury
duty and are required to lose time from their assignments,
they will be paid for actual time lost with a maximum of
eight hours' pay for each calendar day lost. From this
amount will be deducted the amount allowed for jury service
for each such day, except allowances paid by the court for
meals, lodging or transportation. These payments are
subject to the following requirements and limitations:

1.  A Passenger Engineer must furnish the
Corporation with a statement from the court of jury
allowances paid and the days on which jury duty was
performed.

2.  The number of days for which jury duty pay
will be paid is limited to a maximum of 60 days in any
calendar year.

3.  No jury duty pay will be allowed for any day
the Passenger Engineer is entitled to vacation. Agreed to
questions and answers to the National Agreements where
applicable are made a part of this Rule and are attached as
Supplement 2 to this Agreement.

# RULE 20

## TIME LIMIT ON CLAIMS

a.  A claim for compensation alleged to be due may be made only by a claimant or, on his behalf, by a duly accredited representative.  No later than 60 days from the date of the occurrence on which the claim is based, a claimant or his duly accredited representative must submit two timeslips alleging the claim to the officer of the Corporation designated to receive timeslips.  The representative of the Corporation who receives the timeslips from the claimant or from his duly accredited representative must acknowledge receipt of the timeslips by signing and dating them, and return the duplicate copy to the claimant or his duly accredited representative.  If not presented in the manner outlined in this paragraph, a claim will not be entertained or allowed, but improper handling of one claim will not invalidate other claims of a like or similar nature.  No monetary claim will be valid, unless the claimant was available, qualified, and entitled to perform the work.

b.  If a claimant is absent because of sickness, temporary disability, leave of absence, vacation or suspension, the 60-day time limit will be extended by the number of days the claimant is absent.

c.  To file a claim, a claimant or his culy accredited representative will be required to furnish sufficient information on the time slip to identify the basis of the claim, such as:

1.  Name, occupation, employee number, division.

2.  Train symbol or job number and engine number(s).

3.  On and off duty time.

4.  Date and time of day work performed.

5.  Location and details of work performed for which claim is filed.

6.  Upon whose orders work was performed.

7.  Description of instructions issued to have such work performed.

8.  Claim being made, rule if known, and reason supporting claim.

d.  When a claim for compensation alleged to be due is not allowed, or should payment be made for less than the full amount claimed, the claimant will be informed of the decision and reasons for it, in writing, within 60 days

- 26 -

from the date that claim is received. When the claimant is
not so notified, the claim will be allowed, but such
payment will not validate any other such claims, nor will
such payment establish any precedent.

  e. A claim for compensation denied in accordance
with the foregoing paragraph "d" will be invalid unless,
within 60 days after the date of the initial denial of the
claim, the claimant's duly accredited representative
appeals it in writing in the following form to the Labor
Relations officer designated to handle claims:

  1. <u>Subject</u>: (Set forth nature of claim, dates,
    name of claimant)

  2. <u>Employees' Statement of Facts</u>:

  3. <u>Position of Employees</u>:

  <u>NOTE</u>: Claims of a continuing nature will be
    considered properly appealed when
    listed and identified with the initial
    claim by the duly accredited
    representative with the designated
    Labor Relations officer.

  f. The Labor Relations officer will arrange to
meet on a regular basis with duly accredited
representatives who request to discuss appeals which have
been received by the Labor Relations officer at least 10

- 27 -

days in advance of a meeting.  In the written appeal, the
duly accredited representative should either request to
discuss the appeal at the regular meeting with the Labor
Relations officer or waive the discussion and request a
written response.  The Labor Relations officer will render
a decision in writing to the duly accredited representative
within 60 calendar days of the date the Labor Relations
officer receives the appeal requesting the written decision
or within 60 days of the date the appeal was discussed at a
meeting.  If the claim is denied, the decision will be
rendered in the following form:

     1.   <u>Corporation's Statement of Facts</u>:

     2.   <u>Position of Corporation</u>:

When a claim is denied and the duly accredited
representative is not notified within the time limit, the
claim will be allowed but such payment will not validate
any other such claim nor will such payment establish any
precedent.  Appeals received less than 10 days in advance
of a meeting will be scheduled for discussion at the next
meeting.

     g.  A claim for compensation denied in accordance
with the foregoing paragraph "f" will be invalid unless,
within 90 days of the date of the denial by the Labor
Relations officer, the General Chairman appeals it in

- 29 -

writing to the highest officer of the Corporation
designated to handle claims.  The highest officer of the
Corporation designated to handle claims will meet on a
regular monthly basis with the General Chairman who has
made a request to discuss appeals received at least 10 days
in advance of a meeting.  In the written appeal, the
General Chairman should either request to discuss the
appeal at the regular monthly meeting or waive the
discussion and request a written response.  Neither party
will be limited by the positions taken during prior
handling.  The highest officer of the Corporation
designated to handle claims will render a decision in
writing within 90 days of the date he receives the appeal
or within 90 days after discussing the claim at a meeting.
When the General Chairman is not so notified, claim will be
allowed but such payment will not validate any other such
claim or establish any precedent.  Appeals received less
than 10 days in advance of a meeting will be scheduled for
the next meeting.

      h.  The decision of the highest officer of the
Corporation designated to handle claims will be final and
binding unless, within six months after the date of that
decision, the officer is notified in writing that his
decision is not accepted.  In the event of such

notification, the claim will become invalid unless, within
one year from the date of the Corporation's decision, the
claims are disposed of on the property or submitted to a
tribunal having jurisdiction pursuant to law or agreement,
unless the parties mutually agree to other proceedings for
final disposition of said claims.

   i.   The time limit provisions in this Rule may be
extended at any level of handling in any particular case by
mutual consent of the duly authorized officer of the
Corporation or representative of the Organization.

   j.   The time limits set forth herein do not apply
in discipline cases.

### RULE 21

### DISCIPLINE AND INVESTIGATION

   a.   Except as provided in paragraph "c," no
Passenger Engineer will be disciplined, suspended or
dismissed from the service until a fair and impartial
formal investigation has been conducted by an authorized
Corporation officer.

   b.   1.   Except when a serious act or occurrence is
involved, a Passenger Engineer will not be held out of
service in disciplinary matters before a formal investi-
gation is conducted.  A serious act or occurrence is
defined as:  Rule "G," Insubordination, Extreme Negligence,
Stealing.

2.  If a Passenger Engineer is held out of
service before a formal investigation for other than a
serious act or occurrence, he will be paid what he would
have earned on his assignment had he not been held out of
service beginning with the day he is taken out of service
and ending with the date the decision is rendered or he is
returned to service, excluding the day of the formal
investigation, whether or not he is disciplined.  Holding a
Passenger Engineer out of service before a formal
investigation or paying him for being out of service for
less than a serious act or occurrence is not prejudging
him.

c.  Formal investigations, except those involving
a serious act or occurrence, may be dispensed with should
the Passenger Engineer involved and/or the duly accredited
representative and an authorized officer of the
Corporation, through informal handling, be able to resolve
the matter to their mutual interests.  Requests for
informal handling must be made at least 24 hours before a
formal investigation is schedule to begin.  No formal
transcript, statement or recording will be taken at the
informal handling.  When a case is handled informally and
the matter of responsibility and discipline to be assessed,
if any, is resolved, no formal investigation will be

required.  A written notice of the discipline assessed and
the reason therefor will be issued to the Passenger
Engineer responsible, with a copy to the duly accredited
representative if he participated in the informal handling,
at the conclusion of the informal handling.  Discipline
matters resolved in accordance with this paragraph are
final and binding.

       d.  1.  A Passenger Engineer directed to attend a
formal investigation to determine his responsibility, if
any, in connection with an act or occurrence will be
notified in writing within seven days from the date of the
act or occurrence or in cases involving stealing or
criminal offense within seven days from the date the
Corporation becomes aware of such act or occurrence.  The
notice will contain:

           A.  The time, date and location where the
               formal investigation will be held.

           B.  The date, approximate time and the
               location of the act or occurrence.

           C.  A description of the act or occurrence
               which is the subject of the investigation
               and rules which may be involved.

           D.  A statement that he may be represented
               by his duly accredited representative.

- 22 -

E.  The identity of witnesses directed by
the Corporation to attend.

2.  When a letter of complaint against a
Passenger Engineer is the basis for requiring him to attend
the formal investigation, the Passenger Engineer will be
furnished a copy of the written complaint together with the
written notice for him to attend the investigation.

e.  1.  The investigation must be scheduled to
begin within seven days from the date the Passenger
Engineer received notice of the investigation.

2.  A Passenger Engineer who may be subject to
discipline will have the right to have present desired
witnesses who have knowledge of the act or occurrence, to
present testimony, and the Corporation will order employee
witnesses to be in attendance.

3.  The time limit is subject to the
availability of the principal(s) involved and witness(es)
to attend the formal investigation and may, by written
notice to the Passenger Engineer involved, be extended by
the equivalent amount of time the principal(s) involved or
necessary witness(es) are off duty due to sickness,
temporary disability, discipline, leave of absence or
vacation.

When a Passenger Engineer is being held out of service for a serious act or occurrence pending the investigation and other principal(s) or witness(es) are not available for the reasons cited, he may request commencement of the investigation. If either the Passenger Engineer or the Corporation officer is of the opinion that the testimony of the unavailable principal(s) or witness(es) is necessary for the final determination of the facts and discipline has been assessed against the Passenger Engineer as a result of the investigation, such discipline will be reviewed when the testimony of the missing principal(s) or witness(es) is available.

4.  When a formal investigation is not scheduled to begin within the time limit as set forth in this Rule, no discipline will be assessed against the Passenger Engineer.

5.  A Passenger Engineer who may be subject to discipline and his duly accredited representative will have the right to be present during the entire investigation. Witnesses may be examined separately but those whose testimony conflicts will be brought together.

f.  When a Passenger Engineer is assessed discipline, a true copy of the investigation record will be given to the Passenger Engineer and to his duly accredited representative with the notice of discipline.

- 34 -

g.  1.  If discipline is to be imposed following a
formal investigation, the Passenger Engineer to be
disciplined will be given a written notice of the decision
within 10 days of the date the formal investigation is
completed, and at least 15 days prior to the date on which
the discipline is to become effective, except that in cases
involving serious acts or occurrences, discipline may be
effective at any time.

2.  When a Passenger Engineer is required to
perform service during a period of suspension, the balance
of said suspension will be eliminated.

h.  1.  When a Passenger Engineer or his duly
accredited representative considers the discipline imposed
unjust and has appealed the case in writing to the Labor
Relations officer having jurisdiction within 15 days of the
date the Passenger Engineer is notified of the discipline,
the Passenger Engineer will be given an appeal hearing.
Dismissal cases involving claims for time lost will be
handled in accordance with the provisions of paragraph "k."

2.  The hearing on an appeal, if requested,
will be granted within 15 days of the Labor Relations
officer's receipt of the request for an appeal hearing.

3.  Except when discipline assessed is
dismissal, or when a Passenger Engineer has been held out

of service under paragraph "b" and assessed discipline,
this appeal will act as a stay in imposing the discipline
until after the Passenger Engineer has been given an appeal
hearing.

4.  At appeal hearings, a Passenger Engineer
may, if he desires to be represented at such hearings, be
accompanied by his duly accredited representative.

5.  The Labor Relations officer having
jurisdiction will advise the Passenger Engineer of the
decision, in writing at the conclusion of the appeal
hearing, with a copy to the duly accredited
representative.  If the decision is to the effect that the
discipline will be imposed, either in whole or for a
reduced period, the stay referred to in paragraph "h3" will
be lifted, and the discipline will be effective on the day
following the day of the appeal hearing.

i.  If a decision rendered by the Labor Relations
officer is to be appealed, the General Chairman must,
within 60 days after the date the decision is rendered by
the Labor Relations officer, make an appeal in writing to
the highest appeals officer of the Corporation requesting
either that he be given a written response or that the case
be held in abeyance pending discussion in conference with
the highest appeals officer of the Corporation.  When a

written response is requested, the highest appeals officer
of the Corporation will give written notification of his
decision to the General Chairman within 60 days after the
date of his receipt of the appeal.  When a request is made
for the case to be held in abeyance pending discussion in
conference, the conference will be arranged within 60 days
after the highest officer of the Corporation receives the
request for a conference.  The highest appeals officer of
the Corporation will give written notification of his
decision to the General Chairman within 60 days after the
date of the conference.

     j.  The decision of the highest appeals officer of
the Corporation will be final and binding unless, within 60
days after the date of the written decision, that officer
is notified in writing that his decision is not accepted.
In the event of such notification, the decision on a case
involving other than dismissal is still final and binding,
unless the case is submitted to a tribunal having
jurisdiction pursuant to law within one year computed from
the date the decision was rendered.

     k.  Expedited Procedure for Handling Dismissal
Cases.

     1.  When a Passenger Engineer is dismissed, his
case may be given expedited handling by his General

Chairman to a Special Board of Adjustment, which will meet
in Philadelphia, PA, and be composed of three members:

       A.  A representative of the Brotherhood of
           Locomotive Engineers.

       B.  The highest appeals officer of the
           Corporation or his designated repre-
           sentative.

       C.  A neutral member selected by the
           parties.

In the event the parties are unable to agree
upon a neutral member, they will request the National
Mediation Board to appoint a neutral.  Such Special Board
will be established pursuant to Public Law 89-456 89th
Congress, H. R. 706 June 20, 1966, within 30 days of the
effective date of this Agreement.

2.  Before invoking the services of the
Special Board of Adjustment, the General Chairman must,
within 30 days after the date of a notice of dismissal,
appeal the case in writing directly to the highest appeals
officer of the Corporation.

3.  In the written appeal, the General
Chairman should either request a conference or waive the
conference and request a written decision.  When a
conference is requested, a meeting date will be arranged as

promptly as possible but not later than 30 days after the
highest appeals officer of the Corporation receives the
request.  The highest appeals officer will render a
decision in writing to the General Chairman as promptly as
possible, but not later than 15 days after the date the
case is discussed in conference.  When a written decision
is requested, the highest appeals officer of the
Corporation will render a decision in writing to the
General Chairman as promptly as possible, but not later
than 30 days after the date the appeal is received.

    4.  The decision of the highest appeals
officer of the Corporation will be final and binding
unless, within 30 days after the date the General Chairman
receives the decision, the General Chairman notifies the
highest appeals officer of the Corporation in writing of
his desire to submit the case to the Special Board of
Adjustment.  After the highest appeals officer of the
Corporation receives such notification, the Board will be
convened as promptly as possible.  The Board will render a
final and binding decision as promptly as possible, but not
later than 30 days after the case is presented before the
Board.

    5.  Claim for time lost will be waived in any
dismissal case which the Organization does not progress

- 33 -

under the Expedited Procedure for Handling Dismissal
Cases. This will not preclude the Organization from
progressing such a case to a tribunal having jurisdiction
pursuant to law without regard to any time limits in this
Rule. The progression of such a case will not be
considered a request for leniency.

1. 1. Time limits provided for in this Rule may
be extended or waived by agreement in writing between the
applicable officer of the Corporation and the Passenger
Engineer's General Chairman or duly accredited
representative.

2. If discipline assessed is not appealed
within the time limits set forth in this Rule or as
extended, the decision will be considered final, except as
provided in paragraph "k5." If the decision on the appeal
is not rendered within the time limits set forth in this
Rule or as extended, the discipline assessed will be
expunged.

n. When notification in writing is required,
personal delivery or proof of mailing within the specific
time limit will be considered proper notification.