# RULE 22

## LEAVE OF ABSENCE

a. Passenger Engineers must request written leave of absence when they are to be off duty for more than 30 consecutive days.

b. A written leave of absence without impairment of seniority will be granted upon request to a Passenger Engineer for the following reasons:

   1. To accept an official position with the Corporation or related national railroad agencies.

   2. To perform union committee work or to accept a full-time union position with Brotherhood of Locomotive Engineers.

   3. To accept an elective or appointive public office for which a competitive examination is not required.

   4. To accept an appointive public office for which a competitive examination is required, if such public office is related to railroad work.

c. Upon request, a Passenger Engineer will be granted a written leave of absence to perform military service in accordance with current applicable reemployment statutes.

- 42 -

d. A Passenger Engineer granted a leave of absence in accordance with paragraph "b1" or "2" will be granted that leave of absence for the duration of the assignment.

e. A request for a leave of absence for reasons other than those outlined in paragraphs "b" and "c" may be granted upon agreement between the highest appeals officer of the Corporation and the General Chairman.

f. A request for a leave of absence or for an extension must be made in writing to the highest appeals officer of the Corporation, with a copy to the General Chairman.

g. Except as set forth in paragraphs "c" and "d," no leave of absence or extension thereof will exceed one year.

h. A Passenger Engineer who fails to report for duty within 15 days after the expiration of an authorized leave of absence or an extension thereof or fails to furnish satisfactory reason for not doing so will have his seniority terminated and record closed. A Passenger Engineer whose seniority has been terminated may, through the General Chairman, appeal such termination to the

highest appeals officer within 30 days of the notice of termination.

i.  A Passenger Engineer granted a leave of absence under paragraph "b1" or "2" will be required to return to duty in the craft within 60 days after being relieved of his assignment, or he will be subject to conditions set forth in paragraph "h."

j.  A Passenger Engineer who absents himself without a written authorized leave of absence, as provided in this Rule, will have his seniority terminated.

k.  A leave of absence is not required when a Passenger Engineer is unable to perform service for the Corporation due to a bona fide sickness or injury.

l.  A Passenger Engineer on an authorized leave of absence who engages in other employment not provided for in the authorized leave of absence will forfeit all his seniority.

## RULE 23

### COMPULSORY RETIREMENT

Retirement will be compulsory at the end of the month in which a Passenger Engineer reaches 70 years of age.

## RULE 24

### APPROVAL OF APPLICATION

a. Applications for employment will be rejected within 90 calendar days after seniority date is established, or applicant will be considered accepted. Applications rejected by the Corporation must be declined in writing to the applicant.

b. A Passenger Engineer who has been accepted for employment in accordance with paragraph "a" will not be terminated or disciplined by the Corporation for furnishing incorrect information in connection with an application for employment or for withholding information therefrom, unless the information involved was of such a nature that the Passenger Engineer would not have been hired if the Corporation had timely knowledge of it.

## RULE 25

### PHYSICAL REEXAMINATION

a. Passenger Engineers will be subject to periodic medical examination in accordance with Corporation policy.

b. When it is obvious that a Passenger Engineer is medically (physically or mentally) impaired in a way that affects his service, the Corporation may hold that Passenger Engineer out of service pending the outcome of a

- 22 -

medical examination. Passenger Engineers held out of service by the Corporation because they are medically unable to perform service may have an examination by a doctor of their own choosing without expense to the Corporation. In case of disagreement on the Passenger Engineer's fitness to work, the two doctors will select a third doctor, who is a specialist in the medical area involved, and the decision of the majority of the three as to the Passenger Engineer's fitness will be final. The expense of the third doctor will be shared equally by the parties. If it is determined that the Passenger Engineer's condition does not warrant being held out of service, such Passenger Engineer will be returned to service, and if it is determined that the Passenger Engineer was medically fit to perform service at the time he was held out of service, the Passenger Engineer will be paid for all time lost.

    c. A Passenger Engineer who has accepted medical disqualification or who was found to be properly disqualified by a neutral physician may, if there has been a change in his medical condition as evidenced by a report of his personal physician, request a reexamination. There will be no claim for time lost in such case, unless the Corporation refuses to grant the reexamination or there is unreasonable delay in applying the terms of this paragraph.

   d. Where an indoor test discloses a deficiency of vision, color perception or hearing, the Passenger Engineer will, on request, be granted a field test, the result of which will determine his physical qualification for service. In case of a failure to pass a vision test when examined without corrective lenses, the Passenger Engineer will be given the opportunity for a reexamination with corrective lenses.

### RULE 26

### LOCKER FACILITIES

Locker, toilet and lavatory facilities will be provided and maintained at crew bases where Passenger Engineers go on and off duty.

### RULE 27

### VACATION

The National Vacation Agreement of April 29, 1949, as amended, will apply to employees covered by this Agreement. The parties will make such modifications to the provisions of the National Vacation Agreement as are necessary to conform to the basis of pay established in Rule 2.

- 15 -

RULE 28

HEALTH AND WELFARE BENEFITS

Health & Welfare Benefits, Early Retirement Major Medical Expense Benefits, Dental Benefits and Off-Track Vehicle Insurance will be allowed to qualified Passenger Engineers as provided in the following standard national policies or the equivalent thereof:

| | |
|---|---|
| Travelers | GA-23000 |
| Travelers | GA-46000 |
| Aetna Life and Casualty Co. | GP-12000 |
| Connecticut General | 0386430-06 |

RULE 29

UNION SHOP

a. Subject to the terms and conditions below, all Passenger Engineers will, as a condition of their continued employment, hold or acquire union membership in any one of the labor organizations, national in scope, organized in accordance with the Railway Labor Act, and admitting Passenger Engineers to membership. Nothing herein will prevent any Passenger Engineer from changing union membership from one organization to another organization admitting Passenger Engineers to membership.

b. Passenger Engineers will join any one of the labor organizations, described in paragraph "a" of this

- 17 -

Rule, within 60 calendar days of the date on which they complete 30 days of compensated service as Passenger Engineers within 12 consecutive calendar months, and will retain such membership during the time they are employed as Passenger Engineers, except as otherwise provided herein.

c. When Passenger Engineers are regularly assigned to official or subordinate official positions or are transferred to regular assignments in another craft, they will not be compelled to maintain membership as provided herein, but may do so at their own option.

d. Nothing herein will require a Passenger Engineer to become or remain a member of the Brotherhood of Locomotive Engineers if membership is not available to him upon the same terms and conditions as apply to any other member, or if his membership is denied or terminated for any reason other than his failure to tender the periodic dues, initiation fees and assessments (not including fines and penalties) uniformly required as a condition of acquiring or retaining membership. The dues, initiation fees and assessments referred to herein mean indebtedness accruing for these items.

e. The Brotherhood of Locomotive Engineers will keep account of Passenger Engineers and will independently

ascertain whether they comply with union membership requirements.

    f. The General Chairman of the Brotherhood of Locomotive Engineers will notify the appropriate Labor Relations officer in writing of any Passenger Engineer whose employment he requests be terminated because of the Passenger Engineer's failure to comply with union membership requirements. Upon receipt of such notice and request, the Corporation will, as promptly as possible but within 10 calendar days of such receipt, notify the Passenger Engineer concerned in writing by registered or certified mail, return receipt requested, sent to his last known address, or sent by receipted personal delivery, that he is charged with failure to comply with the union membership requirements. A copy of the notice will be given to the General Chairman. Any Passenger Engineer so notified who disputes the charge that he has failed to comply with union membership requirements will, within 10 calendar days from the date of such notice, request the Corporation in writing to accord him a formal hearing. Such a request will be honored by the Corporation and a date set for the formal hearing as soon as possible, but within 10 calendar days of the date of the receipt of the request. A copy of the notice of such formal hearing will

be given to the General Chairman. The receipt by the Corporation of a request for a hearing will stay action on the request by the General Chairman for termination of the Passenger Engineer's employment until the formal hearing is held and the final decision is rendered. If the Passenger Engineer concerned fails to request a formal hearing as provided for herein, the Corporation will proceed to terminate his employment at the end of 30 calendar days from receipt of the request from the General Chairman, unless the Corporation and the Brotherhood of Locomotive Engineers agree otherwise in writing.

  g. The Corporation will determine on the basis of evidence produced at the formal hearing whether or not the Passenger Engineer has complied with the union membership requirements, and will render a decision accordingly. Such a decision will be rendered within 10 calendar days of the hearing date, and the Passenger Engineer and the General Chairman will be promptly notified. A transcript of the hearing will be furnished to the General Chairman. If the decision is that the Passenger Engineer has not complied with union membership requirements, his employment as a Passenger Engineer will be terminated within 10 calendar days of the date of the decision, unless the Corporation and the Brotherhood of Locomotive Engineers agree otherwise

in writing. If the decision of the Corporation is not satisfactory to the Passenger Engineer or to the Brotherhood of Locomotive Engineers, it may be appealed in writing directly to the highest officer of the Corporation designated to handle appeals. Such appeal must be received within 10 calendar days of the date of decision appealed from, and the decision on such an appeal will be rendered within 20 calendar days of the date the appeal is received. The decision by the highest appeals officer of the Corporation designated to handle appeals will be final and binding unless, within 30 calendar days thereafter, the Corporation is notified in writing that the decision is unsatisfactory, and in such event, the dispute may be submitted to a tribunal having jurisdiction within six months of the date of such decision. A representative of the Brotherhood of Locomotive Engineers will have the right to be present at and participate in any hearing which involves the Brotherhood of Locomotive Engineers.

  h. The discipline rule will not apply to union membership requirement cases.

  i. Nothing herein will be used as a basis for time or money claims against the Corporation.

# RULE 30

## DUES DEDUCTION

a. Subject to the conditions herein set forth, the Corporation will withhold and deduct from wages due Passenger Engineers represented by the Brotherhood of Locomotive Engineers amounts equal to periodic dues, assessments and insurance premiums (not including fines and penalties) uniformly required as a condition of acquiring or retaining membership in the Brotherhood of Locomotive Engineers.

b. No such deduction will be made except from the wages of a Passenger Engineer who has executed and furnished to the Corporation a written assignment, in the manner and form herein provided, of such periodic dues, assessments and insurance premiums. Such assignment will be on the form specified in Attachment "A" and will, in accordance with its terms, be irrevocable for one year from the date of its execution.

c. Deductions as provided for herein will be made by the Corporation in accordance with a deduction list furnished by the Treasurer of the Local Division of the Brotherhood of Locomotive Engineers in the form specified in Attachment "B," which may be changed by the Corporation as conditions require. Such list will be furnished to the

Director, Payroll Operations, separately for each Local Division. Thereafter, a list containing any additions or deletions of names, or changes in amounts, will be so furnished to the Corporation on or before the 20th day preceding the month in which the deductions will be made.

  d. Deductions as provided for herein will be made monthly by the Corporation from wages due Passenger Engineers for the first biweekly pay period (or corresponding period for those paid on a weekly basis) which ends in each calendar month, and the Corporation will pay, by draft, to the order of the Treasurer of the Local Division of the Brotherhood of Locomotive Engineers, the total amount of such deductions, on or before the 10th day of the month following the month in which such deductions are made. With the draft, the Corporation will forward to the Treasurer of the Local Division of the Brotherhood of Locomotive Engineers a list setting forth any scheduled deductions which were not made.

  e. No deduction will be made from the wages of any Passenger Engineer who does not have due to him for the pay period specified an amount equal to the sum to be deducted in accordance herewith, after all deductions for the following purposes have been made:

  1. Federal, State, and Municipal Taxes.

  2. Other deductions required by law, such as garnishments and attachments.

  3. Amounts due the Corporation.

 f. Responsibility of the Corporation will be limited to remitting to the Brotherhood of Locomotive Engineers amounts actually deducted from the wages of Passenger Engineers as outlined herein, and the Corporation will not be responsible financially or otherwise for failure to make proper deductions. Any question arising as to the correctness of the amount deducted will be handled between the Passenger Engineer involved and the Brotherhood of Locomotive Engineers, and any complaints against the Corporation in connection therewith will be handled by the Brotherhood of Locomotive Engineers on behalf of the Passenger Engineer concerned.

 g. A Passenger Engineer who has executed and furnished to the Corporation an assignment may revoke said assignment by executing the revocation form specified herein within 15 days after the end of the year, but if the Passenger Engineer does not so revoke the assignment, it will be considered as reexecuted and may not be revoked for an additional period of one year, and the reexecuted assignment will similarly continue in full force and effect and be considered as reexecuted from year to year unless

- 54 -

and until the Passenger Engineer executes a revocation form within 15 days after the end of any such year. Revocation of assignment will be in writing and on the form specified in Attachment "C," and both the assignment and revocation of assignment forms will be reproduced and furnished as necessary by the Brotherhood of Locomotive Engineers without cost to the Corporation. The Brotherhood of Locomotive Engineers will assume the full responsibility for the procurement and the execution of said forms by Passenger Engineers, and for the delivery of said forms to the Corporation. Assignment and revocation of assignment forms will be delivered with the deduction list herein provided for to the Corporation not later than the 20th of the month preceding the month in which the deduction or the termination of the deduction is to become effective.

> NOTE: The one-year prohibition against revocation of the Wage Assignment Authorization referred to in this paragraph "4g" has no application to a Passenger Engineer who is changing union membership under the provisions of paragraph "a" of Rule 29, Union Shop.

h. No provision of this Rule will be used in any manner whatsoever, either directly or indirectly, as a

- 55 -

basis for a grievance or time claim by or in behalf of any Passenger Engineer, and no provision herein or any other provision of the agreement between the Corporation and the Brotherhood of Locomotive Engineers will be used as a basis for grievance or time claim by or in behalf of any Passenger Engineer predicated upon any alleged violation of, or misapplication or noncompliance with, any provisions of this Rule.

    i. The Brotherhood of Locomotive Engineers will indemnify, defend and save harmless the Corporation from any and all claims, demands, liability, losses or damage resulting from the entering into or complying with the provisions of this Rule.

ATTACHMENT "A"

## WAGE DEDUCTION AUTHORIZATION

### NATIONAL RAILROAD PASSENGER CORPORATION
### AND
### BROTHERHOOD OF LOCOMOTIVE ENGINEERS

Print Name (Last Name, First Name, Initial, Employee No.)

Home Address (Street and No., City, State and Zip Code)

- - - - - - - - - - - - - - - - - - - - - - - - -

DIRECTOR, PAYROLL OPERATIONS
NATIONAL RAILROAD PASSENGER CORPORATION:

      I hereby assign to the Brotherhood of Locomotive Engineers that part of my wages necessary to pay periodic dues, assessments and insurance premiums (not including fines and penalties) as certified to the Corporation by the Treasurer of the Local Division of the Brotherhood of Locomotive Engineers as provided in the Dues Deduction Rule, entered into by the Corporation and the Brotherhood of Locomotive Engineers effective January 1, 1983, and authorize the Corporation to deduct such sum from my wages and pay it over to the Treasurer of the Local Division of the Brotherhood of Locomotive Engineers in accordance with the Deduction Agreement.

Date                Signature           Division Number

- 17 -

ATTACHMENT "B"

PAYROLL DEDUCTION MAINTENANCE FORM

ATTACHMENT "C"

## WAGE ASSIGNMENT REVOCATION

### NATIONAL RAILROAD PASSENGER CORPORATION
### AND
### BROTHERHOOD OF LOCOMOTIVE ENGINEERS

---

Print Name (Last Name, First Name, Initial, Employee No.)

---

Home Address (Street and No., City, State and Zip Code)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIRECTOR, PAYROLL OPERATIONS
NATIONAL RAILROAD PASSENGER CORPORATION:

    Effective in the next calendar month, I hereby revoke the Wage Assignment Authorization now in effect assigning to the Brotherhood of Locomotive Engineers that part of my wages necessary to pay my periodic dues, assessments and insurance premiums (not including fines and penalties), and I hereby cancel the Authorization.

---

Date          Signature         Division Number

- 55 -

## RULE 31

### MEAL PERIOD

a. Passenger Engineers engaged in switching and classification service will be allowed 20 minutes for lunch without deduction in pay. The lunch period must be given and completed within four and one-half and six hours after starting work. In the event conditions do not allow the lunch period to be taken between four and one-half and six hours after starting work, the Passenger Engineers will be paid an additional 20 minutes at the straight-time rate and will be allowed a 20-minute lunch period as soon as conditions permit.

b. Passenger Engineers in work, wire, wreck, construction and snow plow service will be given a reasonable time to eat during their trip or tour of duty.

## RULE 32

### HOLIDAYS

<u>Regularly Assigned Passenger Engineers</u>

a. Each regularly assigned Passenger Engineer who meets the qualifications set forth in paragraph "c" hereof will receive eight (8) hours' pay at the straight-time rate for each of the following enumerated holidays:

New Year's Day

Washington's Birthday

- 60 -