Good Friday

        Memorial Day

        Fourth of July

        Labor Day

        Veterans Day

        Thanksgiving Day

        Christmas Eve

        Christmas Day

Only one eight (8) hour payment will be paid for the holiday, irrespective of the number of trips or tours of duty worked.

    <u>NOTE</u>: When any of the above-listed holidays falls on Sunday, the date observed by the Nation will be considered the holiday.

    b. Any regularly assigned Passenger Engineer who works on any of the holidays listed in paragraph "a" will be paid at the rate of time and one-half for all services performed on the holiday. Not more than one time and one-half payment will be allowed, in addition to the one eight (8) hour holiday payment, for service performed during a single trip or tour of duty on a holiday which is also a workday or a vacation day.

    c. To qualify, a regularly assigned Passenger Engineer must be available for or perform service as a

- 61 -

regularly assigned Passenger Engineer on the workdays immediately preceding and following such holiday, and if his assignment works on the holiday, he must fulfill such assignment. However, a regularly assigned Passenger Engineer whose assignment is annulled, cancelled or abolished, or a regularly assigned Passenger Engineer who is displaced from a regular assignment as a result thereof on (1) the workday immediately preceding the holiday, (2) the holiday, or (3) on the workday immediately following the holiday will not thereby be disqualified for holiday pay, provided he does not lay off on any of such days and makes himself available for service on each of such days, excepting the holiday in the event the assignment does not work on the holiday. If the holidays fall on the last day of his work week, the first workday following his "days off" will be considered the workday immediately following. If the holiday falls on the first workday of his work week, the last workday of the preceding work week will be considered the workday immediately preceding the holiday. When one or more designated holidays fall during the vacation period of a Passenger Engineer, the qualifying days for holiday pay purposes will be his workdays immediately preceding and following the vacation period.

> NOTE: A regularly assigned Passenger Engineer who qualified for holiday pay under paragraph "c" will not be deprived thereof by reason of changing from one regular assignment to another regular assignment on the workday immediately preceding or following the holiday or on the holiday.

d. Nothing in this Rule will be considered to create a guarantee or to restrict the right of the Corporation to annul assignments on the specified holidays.

e. The terms "workday" and "holiday" refer to the day to which service payments are credited.

### Passenger Engineers Assigned to an Extra Board

f. Each Passenger Engineer assigned to an extra board who meets the qualifications provided in paragraph "g" will receive eight (8) hours' pay at the straight-time rate on any of the following enumerated holidays:

> New Year's Day
> Washington's Birthday
> Good Friday
> Memorial Day
> Fourth of July
> Labor Day
> Veterans Day

- 63 -

       Thanksgiving Day

       Christmas Eve

       Christmas Day

Only one eight (8) hour payment will be paid for the holiday irrespective of the number of shifts worked. If more than one shift is worked on the holiday, the allowance of one eight (8) hour payment will be at the rate of pay of the first tour.

    NOTE: When any of the above-listed holidays falls on Sunday, the day observed by the Nation will be considered the holiday.

    g. To qualify, a Passenger Engineer assigned to an extra board must perform service or be available for service on the full calendar day of the holiday and on the full calendar days immediately preceding and immediately following the holiday.

    NOTE 1: A Passenger Engineer assigned to an extra board whose service status changes from a Passenger Engineer assigned to an extra board to a regularly assigned Passenger Engineer or vice versa on one of the qualifying days will receive the basic day's pay provided in paragraph "f," provided (1) he meets the

- 5- -

qualifications set forth in paragraph "g" on the day or days he is a Passenger Engineer assigned to an extra board, and (2) he meets the qualifications set forth in paragraph "b" on the day or days he is a regularly assigned Passenger Engineer, provided further, that a regularly assigned Passenger Engineer who voluntarily changes his service status to a Passenger Engineer assigned to an extra board on any of the three qualifying days will not be entitled to receive the pay provided for in paragraph "f."

NOTE 2: A Passenger Engineer assigned to an extra board will be deemed to be available if he is ready for service and does not lay off of his own accord.

NOTE 3: When one or more designated holidays fall during the vacation period of a Passenger Engineer assigned to an extra board, his qualifying days for holiday pay purposes will be his workdays immediately preceding and following the vacation period.

- 5 -

h. Any Passenger Engineer assigned to an extra board who works on any of the holidays listed in paragraph "f" will be paid at the rate of time and one-half for all services performed on the holiday. Not more than one time and one-half payment will be allowed, in addition to the one eight (8) hour holiday payment, for service performed during a single tour of duty on a holiday.

i. The terms "calendar day" and "holiday" on which service is performed refer to the day to which service payments are credited.

RULE 33

CHOICE HOLIDAY

Passenger Engineers covered by this Agreement will receive a "choice holiday" as an eleventh holiday, in lieu of a workday, subject to the qualifying requirements of the Holiday Rule, except that they will not be required to work or to be available for work on the "choice holiday" to qualify for holiday pay for such "choice holiday" if they so elect. Such day will be selected by the Passenger Engineer, consistent with the requirements of service, upon 48 hours' advance notice to the Corporation. The "choice holiday" request must be made before October 12 of each year. Failing to do so, such "choice holiday" will be assigned by management.

## RULE 34

### CONFERENCES

Conferences between officers of the Corporation and duly accredited representatives will be held without cost to the Corporation. When duly accredited representatives are required to report for a conference at the direction of the Corporation, they will be compensated for the time engaged in the conference, with a minimum of four hours.

## RULE 35

### SEVERABILITY

If any Rule or provision of this Agreement is at any time determined to be in conflict with any law, such Rule or provision will continue in effect only to the extent permitted by law. If any Rule or provision of this Agreement is or becomes invalid or unenforceable, such invalidity or unenforceability will not affect or impair any other term or provision of this Agreement.

## RULE 36

### SHORTAGE ADJUSTMENT

When a Passenger Engineer's actual earnings are short one day or more, adjustment will be made upon request.

# RULE 37

## STARTING TIMES

a. Regularly assigned Passenger Engineers engaged in switching and classification service will each have a fixed starting time which will not be changed without at least 48 hours' advance notice.

b. Where three eight-hour shifts are worked in continuous service, the time for an assignment on the first shift to begin work will be between 6:00 a.m. and 10:00 a.m., the second shift, 2:00 p.m. and 6:00 p.m., and the third shift, 10:00 p.m. and 2:00 a.m.

c. Where two shifts are worked in continuous service, the time for an assignment on the first shift to begin work will be during any one of the periods named in paragraph "b."

d. Where two shifts are not worked in continuous service, the time for an assignment on the first shift to begin work will be between the hours of 6:00 a.m. and 11:00 a.m., and on the second shift, not later than 2:00 a.m.

e. At points where there is only one regular yard assignment, the assignment may be started at any time subject to paragraph "a."

f. Where an independent assignment is worked regularly, the assignment may be started during one of the periods provided for in paragraph "b" or "d."

g. An extra yard assignment may be started during one of the periods provided for in paragraph "b" or "d."

h. If a Passenger Engineer is started at a time other than provided for in paragraph "b" or "d," he will be paid from the last permissible starting time until released from duty.

Signed at Washington, D.C., this 26th day of October, 1982.

| FOR THE NATIONAL RAILROAD PASSENGER CORPORATION | FOR THE BROTHERHOOD OF LOCOMOTIVE ENGINEERS |
|---|---|
| G. F. Daniels, Vice President<br>Labor Relations | W. J. Wanke<br>First Vice President |
| G. R. Weaver, Jr., Assistant<br>Vice President, Labor Relations | J. P. Carberry<br>Vice President |
| J. K. Shoemaker, Assistant<br>Vice President, Transportation | T. J. Cavan<br>General Chairman |
| H. R. Henderson, Deputy General<br>Counsel | Harold A. Ross<br>General Counsel |
| L. D. Miller, Manager, Labor<br>Relations | |

- 69 -