# Letters from Hell



All is not as it appears
theres more to what
you see and hear.

Dear God:

I hear a fat lady singing.

Very, very
***truthfully*** yours,

Lucifer

Prince of Darkness

LETTERS FROM HELL
3rd Edition
WARNING: This document is highly incendiary. Unconfirmed reports indicate
document may spontaneously burst into flames during readings.

Sent By Carrier Pigeon
April 4, 2001

Michael J. O'Bryan
BLE-57 Local Chairman
23 Stevens Rd.
Westboro, MA 01581-1429

Dear Brother O'Bryan:

I think I understand now. Amtrak management has no need to comply with Rule 21 of the BLE agreement; they have you as judge and jury. I would have preferred a more unbiased hearing officer, one who would give me an opportunity to confront the charges and tell my side of the story. You really need to take a second look. You are quite mistaken concerning events of October 9, 2000 and you misrepresent these and subsequent events. It has never been your intention to ascertain the truth or correctly apply the BLE agreement or BLE constitution. Your sole intention has been to use this matter to discredit and silence me. I haven't gone public with anything as you claim. You chose to do that. I didn't send out copies of my Feb. 20 letter yet. I was waiting for you to call first. But, I welcome the opportunity to clarify matters a bit and openly address my concerns. I will clarify matters concerning October 9 and consider the implications for the craft, the service and BLE-57.

OCTOBER 9, 2000: 917 AND 923

The "violations" you allege to have occurred on October 9 involve a missing Map100 on Train 923. Problems with Map 100's are not unusual. I would estimate I come across a problem with a missing or invalid Map 100 or form 1173 about once a month. On October 9, I had problems with Map 100's on my first two trains: Eng. 1071 on train 917 and Eng. 1130 on Train 923. The incident you refer to in which I performed my "duties as required by the rules" did not occur the previous week ( I wasn't even working then; I was requalifying). It was the previous train. You have been aware of the events on 917/920, Mike. As you said in your letter, you witnessed it. We talked about it every time we talked about train 923. My experience on 917 had some bearing on how I handled the matter on 923. Why do you misrepresent it in your letter? Is it because reference to Eng. 1071 might implicate you in violation of rule 3 when you ran it on train 755? Well, let's look into it and see.

Before taking charge of train 917, I had to get to South Station. I reported to work about 20 minutes early at the Southampton St. report location (Wally World) and waited for the shuttle. When I got to South Station I went downstairs to get the speed summary and went directly to train 917 on track 10. I was a little alarmed, because the paperwork on the train was for the 1065 set of equipment and I had the 1071 set. I knew from the line-up that the 1071 set had been running all day. So, why was the Map100 for the 1065 on the 1071? The engineer on 811/818 had even signed the Map100 for Engine 1065 and 917's equipment was the turn of train 818. At that moment, the 1065 set was coming

down S&I 3 to Loop making its way to South Station for Train 523. Rather than call the dispatcher on the radio, I tried to be discreet and contact the transportation manager on duty. When I approached her on the platform and showed her the Map100, she immediately began chastising me for refusing that equipment. She was claiming that I reported to the train too late. Then, she went over to the Road Foreman who told me to return to the engine 1071 and wait for instructions. Eventually, we had to swap equipment with the 1075 set on track 1 and we left 14 minutes late.

After completing our round-trip to Stoughton on 917/920, we were left in the station to wait for train 622 to use 622's equipment for train 923. The track for 923 was finally posted at 627 PM: 3 minutes before departure time. I went to the control car and checked the paperwork and proceeded to the engine. When I got to the engine, I noticed it was the engine 1130. I recognized it from the previous day. I saw what I thought was the Map100 folded in the brake slip holder with the brake slip folded longways around it. Since I had seen the Map100 the day before, I knew the engine had been inspected and I went ahead with the brake test. As soon as the brake test was completed I got the motion to go from the conductor and began moving the train. Then, I realized that what I thought was the Map100 was actually the speed summary. I didn't want to delay the train to look for a Map100 that I already knew was good. At the same time, in case I didn't find the Map100 (and considering the mix-up on the 1071 set), I thought it would be prudent to get confirmation from the mechanical department to ensure a copy of the Map100 made it to the Yard Office. So, I called the dispatcher on the radio as I took the signal.

Why do you consider using the radio such an outrage? I have made this same call to the dispatcher on other occasions and, when I was a dispatcher, I received it from engineers. All it takes is a quick phone call to the Yard Office (or even a radio call) to confirm there was a copy of the Map100 on file. When I told the dispatcher there was no Map100 on the engine, he simply said "Roger" and began working on it. In the meantime, I was continuing on the trip and waiting for the dispatcher to call back. About a minute or two later, the dispatcher called me back and asked me why I left the station. I didn't believe this was his question. He was told to ask me that. Someone had intervened and was already looking for a reason to assign blame. All I wanted was the confirmation from the mechanical department. A couple of minutes later, I was heading into Back Bay station and I still didn't have the confirmation I wanted. As I was entering Back Bay, the dispatcher called back and asked me if I was going to hold the train in Back Bay station. I answered "Roger", and stopped the engine at the double doors. I knew if I went any further, I would not be able to make radio contact with the dispatcher. I was hoping we could at least receive confirmation while we were making the station stop. I don't know why it took so long. Finally, someone other than the dispatcher was calling me on the radio. I couldn't understand him. I thought it must have been someone from the mechanical department who had a weaker radio. I asked him for a phone number. I understood him when he recited the phone number and I went upstairs to call. It turned out to be the road foreman. He told me the mechanical department had a good copy of the Map100 for the engine 1130. I told him I would like a copy for myself and I thanked him. I hung up and departed Back Bay with train 923 at 649 PM: 14 minutes late.

I understand that the statement I have provided here differs somewhat with your "factually corrected reconstruction of events", but I tend to lose my grip on reality if I

don't base my understanding of it on what I actually experience. I hope you can see why I am puzzled that you claim that it is "apparent beyond any shadow of a doubt" that I have violated AMT-3, Rule 3. I knew that the locomotive had been inspected within the previous calendar day and I knew the brakes were in operative condition. I had accepted the inspection and test as noted on the Map100 and that is why I departed South Station. The only problem was that there was no copy of the form on the engine. In order to protect Amtrak, I wanted to ensure there was a copy on file. There is nothing in the Rule that says the Map100 must be on the engine before I operate it. Yet, you claim that I "have absolutely no defense against the first charge" since I "freely admitted departing South Station without a Map 100 on the locomotive". It never ceases to impress me that I am expected to accept something is true just because you say it. In your March 11 letter you ask; "What was there to investigate? The tapes said it all." What did the tapes say, Mike? I never said I didn't know the brakes had been tested or inspected. I never refused to move the train. Your saying it doesn't make it so. You'd have to prove it. But, in pursuing the accusation, you are doing service to managers. You are assisting them against a BLE member. I will remind you again; your duty is to represent the BLE member against such false accusations.

Another 'irrefutable' fact that seems to have short-circuited my memory banks is your claim that I stopped on the main line before I contacted the dispatcher. You also claim that I then refused to proceed until the engine was inspected. CETC shows that I took between 2 and 3 minutes between the east limits of Tower 1 and Cove. Maybe I was going a little slow because I was answering the dispatcher, looking for the Map100 and trying to run the Train. Is that really a delay? I still made it to Back Bay on time. I did wait at Back Bay, but I never refused to do anything. If managers were intervening because they felt they had a reason to discipline me, then the mechanical foreman must have been having some difficulty locating the Map100. I wasn't concerned about getting disciplined at this point. I was concerned about receiving instruction and/or confirmation that nothing had happened to that Map100. This was a reasonable concern considering what the mechanical forces did on the 1071 set. It seemed to me like I was doing the responsible thing. Waiting at Back Bay for confirmation on engine 1130 was no different than waiting for instructions on the 1071 engine as ordered by the Road Foreman on Train 917 earlier that day. The Morning Report showed the cause of the delay for what it was: "Map 100 questionable- M/E forces cleared same for movement". It was listed as an equipment delay. Why are you and Mr. O'Malley having a problem with it?

The delay was just as necessary at Back Bay on 923 as it was at South Station on 917. It is deceitful to claim otherwise. If managers hadn't tried to disrupt communications with interrogations, there would have been less of a delay or none at all. The only other train that was delayed was 924 waiting for us to clear at Stoughton. Train 923 would have interfered with 924 whether we took the delay at South Station or at Back Bay. Besides, its easier to move trains around track 3 at Back Bay than it is to have them jockeying for station space outside Tower 1. No trains were delayed as a result of 923 holding at Back Bay. Rule 90 and the question of whether a delay is necessary is a subjective matter. It is a vague charge designed to make a scapegoat of the engineer and give Mr. O'Malley an opportunity to pander to the MBTA. If Mr. O'Malley wants to discipline me for this, I should at least have the opportunity to defend myself before a

disinterested hearing officer. Charging the engineer deflects focus from the real cause of the delay: clearance from mechanical forces.

PROTECTING MEMBERS AND PROTECTING THE SERVICE

If we are going to protect the service, we are going to have to stand up for ourselves. Otherwise, we are not doing our jobs and we are risking them as a result. In February, I had a Map100 that 5 engineers had signed more than 2 days past its date. In March, I had another outdated Map100, but none of the engineers had signed it. The February incident was doubtful and the engine may have actually been tested, but the wrong date was on the form and none of the engineer's ever verified it. The March incident was more serious. On March 16, I was assigned the 1074 engine at North Station for train 335/338. The 1074 engine had last been inspected and tested 5 days before in Middleboro on March 11. The Transportation Manager called the Mechanical Foreman and changed the date and signed the foreman's name. Nobody in mechanical even looked at that engine. It came to B.E.T. with the Readville switcher and was swapped out with an engine on a set that had just been inspected. The mechanical foreman knew the engine was out there and told the cut crew to cut the 1067 and replace it with the 1074. When I was assigned the train, it had already been on the road without a valid Map100. Here was an engine that I knew hadn't been inspected , but, according to rule, I should accept test and inspection "as noted on Map 100." Perhaps I shouldn't have accepted it, since I knew it hadn't been tested. In which case, I would have to perform the inspection. But, since the date was changed and the foreman's signature was on the Map100, wouldn't it be an unnecessary delay if I performed the inspection? Will BLE-57 defend me in that situation? Or would I be "irrefutably guilty...beyond any shadow of a doubt". If our organization would stand behind the BLE agreement and BLE members, we wouldn't be subjected to such traps.

Engineers are probably getting noncompliant equipment more often than we admit, but they have no choice but to get in the engine and go. Why didn't you have a meeting with Mr. O'Malley to decide what discipline you would accept for the engineers that operated engine 1071 on October 9 without the proper Map100, Mike? What discipline did you get for operating the 1071 on train 755 on October 9, Mike? "In the face of evidence you are irrefutably guilty" of violating AMT-3 Rule 3. Why am I being singled out? Because I used the radio? Because I actually did something about it? BLE-57 should stick up for me, Mike. I was just trying to protect Amtrak and the service. If we don't try to protect the service, we will surely lose our jobs and livelihoods.

In order to exonerate you, I looked a little deeper than the "face" of the evidence on Engine 1071. It appears there was a late equipment swap in the line-up. The original plan for train 811 was to use engine 1065 which went to Walpole and back that morning and was subsequently shopped for test and inspection. While the 1071 set was on its way to the yard after train 760, someone decided to use it for train 811 and the dispatcher had the house engineer change ends and bring it back into the station. Someone in mechanical had prepared a Map100 for the 1065 (copying from the weekend Map100, perhaps?). I believe that a mechanical employee had expected the 1065 to be in the station for train 811. So, when 811's equipment arrived at the station, the machinist

looked for what track it was posted on and went out to track 3 and replaced the Map100 on Engine 1071 with a Map100 for engine 1065. This is mere speculation, of course, I don't know for sure what Map100 you had on train 755. Do you? What about 811? Was the equipment on 811 ever inspected or tested? Did the engineer know that? He didn't have a Map100 for the 1071 to indicate that test and inspection had been performed. Why didn't the engineer verify this?

He probably didn't have enough time. Since there was an equipment swap, the engineer wasn't able to make his usual house run to get to the station. He probably rushed to get to the station to get his train out on time. If he noticed the paper work was wrong and reported it, company managers (with you to back them up) would rush to judgment and claim the engineer was unnecessarily delaying the train. The engineer was in an intensely compromising situation that potentially put himself, Amtrak and the service in danger. If he could count on his union, he could have been a little more confident. When something goes wrong, managers at South Station don't look for a resolution to a problem, they begin looking for someone to blame. As happened with me, managers would have been accusing the engineer on 811 of being late. I don't know why the engineer left without saying anything, but this is exactly what company managers wanted him to do.

On October 9 2000, I didn't err by departing South Station on an engine without a Map100 (that wasn't a violation, anyway). My mistake was to use the radio (or the dispatcher) to seek assistance in solving a minor problem. By doing so, I called attention to myself and exposed myself to management interference. We can't afford to accept this kind of bullying ("they got you on tape!") and I won't be moved by it. My focus must remain on managing my job to protect the service and I expect to use the radio and the BLE agreement to help me do that.

LET'S NOT PANDER TO THE T

Allow me to digress here and demonstrate why I think it is so important that we stick up for ourselves. As you know, funding for commuter rail is subject to state and federal approval through a parasitic government bureaucracy known as the MBTA. A number of state and federal forces allied with the MBTA are using their political influence to target our jobs, our wages and the service for drastic cuts in expenditures. These threats will continue. If we are going to defend what we have against these challenges, we are going to have to do the work and we can't allow misguided managers to interfere. In June 1999, at a public hearing at the State House, the cornerstone of our defense against measures to cut back on our jobs and wages was a statement from our current Amtrak General Manager of Commuter Services. He was claiming, that in order to service and inspect the equipment and comply with FRA standards we would need all the jobs we have and possibly more. Several of our allies in state government supported him and also said we need better facilities. The MBTA was claiming that the "fleet has deteriorated" because an "oversized workforce" and "multi-classification of the workforce...stifles efficiency" If we can't do the work, isn't there some truth to this? On Tri-Rail in Florida, doesn't Herzog use glorified clerks with management titles to change dates on Map100 forms and place them on the engines? How much do they make?

How many scabs does it take to do this? If the General Manager is going to keep the mechanical jobs he fought for, he's going to have to get mechanical employees to do the work. We need our transportation managers to stand up for us and put pressure on the Mechanical Dept. to do its job. But, to be fair, these managers, who are generally good people and are under immense political pressure themselves, can't stick up for us if we don't stick up for ourselves. We need BLE-57 and the Local Committee to help us do that.

Look towards the future and think about what we can accomplish. If we resist the misguided attempts of managers to disrupt our work, they will be forced to assign blame somewhere else. Likely, at first, this will be the mechanical dept. But, considering what an excellent job brothers and sisters in the mechanical dept.did defending us against the MBTA last year, they'll be able to get their house in order and the General Manager can put the MBTA and our opponents in state and federal government (Messrs. Paul Cellucci, Phil Graham, Dubya and others) on the defensive.

The real source of our problems is MBTA interference and mismanagement. We have a shortage of equipment and what we have is inadequate. We have insufficient storage space (the mayor even wants to take that away), insufficient track space on the main line and inadequate maintenance facilities. How are mechanical forces at Southampton St. supposed to do the job with trains stacked on top of each other, coupled to each other, and continuously jockeying around to make more room and run schedules? It can't be done. The problem is inadequate funding. State and federal politicians don't care about this and they want to take what little we have away from us. The community needs our service and our allies in management and government can't help us defend the service if we don't do our jobs, protect the craft and protect the service. We can't do this without a strong union. A strong union stands by the agreement and protects its members by any means necessary. Once we clear a space for ourselves, then we can figure out how we're going to get the job done. The more conscientious managers (of which there are many) will help us do that, but our union and its members come first.

## UNION RIGHTS, PRINCIPLES AND TRADITIONS

A member's rights should not be circumvented. You have obstructed my attempts to defend myself for over a year. On March 24, 2000, after stalling for over a month, you called me and told me not to file any grievance on the attendance policy even though you agreed it was valid. When it came to appeal, you stalled. In August you said to quit writing letters. I told you then that you were talking to the wrong person. If you want the letters to stop, tell Mr. O'Malley to stop. He was the one who started the exchange. It was my "drivel" of September 4 that finally got you to move on it during the campaign. You created the ruse of an exchange of letters between you and O'Malley to make it look like you did all the work. You unilaterally decided on this plan without approval. If we had known about it, we might have agreed to it, but you circumvented our constitutional right to approve it. Would you have invented a compromise if there was no political pressure on you to do so? Does anybody really believe that you were responsible for getting attendance letters rescinded? Let's ask the other members who got letters what they think. You maneuvered around the membership's right to input.

Concerning October 9, you collaborated with management and maneuvered around the BLE agreement and my right to defend myself. On the evening of October 9, I told Road Foreman DeModena I was willing to talk to him I even offered to set up a meeting with him. He wasn't interested. Why should he be? He can get what he wants from you without a fight. That is why he went to you for help. You were easily bullied. You offered to get me to accept discipline immediately. I believe you also wanted to get revenge because you were forced to move against O'Malley over attendance letters.

We never ever discussed any charges concerning October 9. In a phone call on October 10, I told you I didn't want to talk to you about it. There were no charges and there was nothing to discuss. On October 11, at the union meeting, you announced that the attendance letters were removed from personnel files. You were withholding my copy of O'Malley's blanket letter, because you knew I would have been critical of the way you handled it. I asked you; "Did he rescind the discipline?". You said; "Speaking of discipline...we gotta talk?". I said to you "If he wants to discipline me I want an investigation. I'll take them on! Let's rock!". People heard me say this, Mike. It isn't a fabrication. Notwithstanding our disagreements, your response was classic:

> "You're not going to have an investigation! An investigation would be a non-event! Joe! They got you on tape!".

I said there would be no discipline and no waiver. I said there was no need for an investigation and there was nothing to discipline. We never discussed any charges. Since I didn't do anything wrong, I couldn't conceive of anything I would be charged with.

Likewise, on October 13, I didn't want to waste time talking about October 9. I had invited you to dinner at my expense in order to have a discussion and find a way for us to work with each other instead of against each other. It was AFTER the three hours, when you knew I was in a rush to get home and come back to report for work, that you sprung your plan that you had conspired with Mr. O'Malley. You told me that Mr. O'Malley was going to write me another letter and that I couldn't write back. This was all <u>your</u> plan; I had nothing to do with it. Mr. O'Malley didn't want to have an investigation. He had two days to get me notification and it was already the weekend. He couldn't get me notification by certified mail in time. I was being singled out and he knew I would be able to defend myself. A "fair and impartial" investigation would have been impossible. The events concerning engine 1071 alone would have proved that. You explicitly said on October 11, that this was a "point" you didn't want me to make. Was it because it would have implicated you? You needn't worry about that. I was prepared to defend you, too. Besides, after Monday, Mr. O'Malley wouldn't have been able to notify anybody else. <u>You</u> were the one who was intimidated.

You wanted to circumvent my right to defend myself because I would "make a point". This has been a continual theme with you; you want me to put up and shut up. How many times do I have to quote to you what I said on October 13? READ MY WORDS! "If Mr. O'Malley wants to write me a letter, I have no control over it. I have no control over his actions. But, I don't give up my first amendment rights to anyone. If he wants to write me a letter, he'd better be nice." But, we never discussed any charges. I didn't know what he wanted to write to me about. If he was going to write to me about

delays on October 9, why didn't he want to meet with me and just talk about it? You said he refused to meet with me. Why? Which delay did he want to write to me about? 917 or 923? Both? I didn't know what you were saying he wanted to write to me about. I couldn't. All I knew was that "they got you on tape!". You and Mr. O'Malley wanted revenge for my response to the attendance issue. Read his letter, Mike. He's quoting me. It's a vendetta. Did you help right it? He's engaging in the very activity I had been protesting over the previous nine months: discipline without investigation. And you supported him. I had been struggling against this for 9 months. I would never agree to it.

There was no "excruciating detail" of the investigation process. I wouldn't have listened to it. Coming from you, it would have been excruciating. You can't tell me anything I don't already know. I've had three of them. Two were overturned and the third is being fought out in litigation by the American Train Dispatchers. You would have maneuvered against me in a hearing, anyway.

I gave you a letter addressed to Mr. O'Malley on October 16, because I knew you were going to go ahead with your maneuvering plan to have Mr. O'Malley discipline me without an investigation. You didn't care what I had said. I was trying to get it through your head that you had no control over me. On October 23, when you called me about the letter I gave you, I told you that I was perturbed that you were asking me not to write letters. I told you to take my letter to any meeting you had with Mr. O'Malley and I told you to give a copy to Mr. DeModena. That way, Mr. O'Malley would know how I felt (in spite of the fact that you told me he wouldn't meet with me). I still didn't know of any charges.

You are not the embodiment of BLE-57, Mike. Your personal wishes are not the same thing as the BLE agreement. Your bullying and intimidating tactics are divisive and demoralizing. I don't believe I'm the first person who has been subjected to them and I'm not going to roll over and play dead. You conspired with misguided managers to circumvent my right to the BLE agreement and try me in absentia. You took advantage all of us (the division, managers and me) in the process. You circumvented principles of American democracy and jurisprudence. In a democratic society, an individual is respected with the right to confront his accusers face to face to answer charges. He is treated as innocent until proven guilty. These are the principles that Rule 21 is based on. But, like a Stalinist dictator, you wanted to engage in a rigged trial with no possibility of defense. Your sole purpose was to stigmatize me, discredit me and silence me. I am both an American and a union member. I will never shut up. It would be irresponsible.

I can't be concerned about what you say I said or what I say you said. In the words of a Russian proverb, "Anyone who takes another's word for anything can be dismissed with a wave of the hand". Neither can I be concerned about your personal relationship with Mr. O'Malley or any threats to your junkets with Mr. O'Malley "on company business" paid for with Amtrak funds. Mr. O'Malley should take full responsibility for what he has done. He knew full well that he shouldn't discipline me without an investigation and he told you that. It is your job to appeal my grievance and get the discipline overturned. Its my right. I think its time you showed a little intestinal fortitude and abide by the BLE constitution and uphold the BLE agreement. Have the guts to do your job and stand up to Mr. DePhillips and tell him to have the discipline against me rescinded. Do your job. If you can't stand the heat, get out of the kitchen.

(Sent by Carrier Pigeon)

I, too, have learned a lot from union leaders over the years. A real union leader has the guts to do the job he is elected to do. Not all union leaders are real union leaders. In the post McCarthy era, union leaders like George ("I never walked a picket line in my life") Meany, ran unions like a corporation with a hierarchy of bosses. Bureaucrats keep business secret so members can depend on them and be told what to do. What union members don't know won't hurt the union bosses.

Twenty-two years ago, when I was first hired on the railroad as a trackman (I didn't realize you have held union office for that long), the people I was working with weren't demoralized by bureaucratic union misleaders. My first day on the job was with union men (our gang had no women) who weren't baffled by the guaranteed sellout attitude of Meanyism. They knew that as long as they took care of their own local, they'd be okay. That first day on the job, the foreman of my gang came up and told me; "A union is what you make of it". The local worked on the principle of Solidarity. We all stick together; 'an injury to one is an injury to all'.

The solidarity principle is the time-honored principle of the 30's and 40's when unions were unbustable. By the end of that first week on the railroad, 5 busloads of trackworkers were sitting in their busses next to the tracks at 5:00 PM ready to go home and refusing to move. They weren't going to work forced overtime on Fridays, anymore. Though most of them wanted it, they didn't want to force people to stay if they had to get home. For thirty minutes, Al Corsetti, the Assistant Division Engineer, and George Trieble, the Division Engineer (in his bowtie) were walking up and down the tracks screaming and yelling about how we were all going to get 'fired!'. Not a single track worker got off the bus. Even those of us still on probation stayed on the bus. Finally, all five busses just drove off. Monday morning, all of us reported to work. No one got fired. I'm still here, Mike, "much to your dismay". The engineer who hired me is still working over at Cobble Hill. The workers I was hired with are working at South Station, Route 128 and Providence.

The railroad I was hired on is still here. We organized 20 thousand railworkers to march on Washington DC in 1981 to save our railroad. The AFL-CIO took notice of what we were doing and solicited our support to organize hundreds of thousands for Solidarity Day demonstrations to help protect a number of industries from Reagan attacks.

Where is your <u>real</u> railroad, Mike? I saw what was going on in 1987. All the unions were working against each other to be the first to take over each other's crafts and sign a sellout contract. No solidarity for the union bosses on that bigtime real railroad of yours, Mikey. It was 'divide and conquer' all the way. They kept strikers in the dark until the end. Where are those 'tough as nails' union leaders, now, Mike? Where is the fighting leader of the trackworkers up in Maine? Where is John Davidson? Where is <u>your</u> railroad, Mike?

At a march organized by the United Mine Workers in Pittsburgh in 1980, a legislative Rep. for BRAC (now TCU) spoke about union leadership. He said the way a leader organizes a union is to work like a general looking for his army; find out which way the army is headed and get in front of it. Its an application of the solidarity principle. Eventually, you have to open up to the membership.

(Sent by Carrier Pigeon)

In accordance with the constitution, everything you do on behalf of BLE-57 is subject to membership approval. This includes every little calculation you make as Secretary-Treasurer of the GCA. Let the membership decide what we should do. Uphold the constitution and stand by the agreement. Stand by BLE members. 'An injury to one is an injury to all.' If you keep taking the company's side, you'll never be a real union leader. All you'll be is a self-interested company agent infiltrating our ranks, a wolf in sheep's clothing, a false prophet claiming to be God.

In Solidarity

Joe Carmack

Joe Carmack
No Title Necessary

copy: BLE-57 members
Mark Kenny

(Special thanks to R. O'Connor for providing acceptable means of delivery)

(Sent by Carrier Pigeon)

WARNING! THIS IS ONLY A POLITICAL CARTOON!
THERE ARE NO REAL MONSTERS!
ONLY UNION BUREAUCRATS!

Quiz: Correctly identify the above image (circle one).

A. Amtrak Manager stands up to the T in defense of Amtrak Transportation Dept. and Commuter Rail.

B. Another futile attempt by Carmack to resist discipline.

C. Mike O'Bryan finally heads over to the North Side (but, only to shut Carmack up once and for all).

All answers and/or petitions should be sent to:

Institute of Devastation Awareness
P. O. Box 381871
Cambridge, MA 02238

All correct respondents will be awarded a piece of Joe Carmack.

# PETITION

We, The undersigned, no longer
wish M. J. O'Bryan
as Local Chairman of Division 57
as per his letter of March 11, 2001.

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

[illegible] LINE-UP MORNING DATE OCTOBER 9,2000

| TRAIN | | DEST. | DEPRT | CONSIST |
|---|---|---|---|---|
| SH 6701 | 708 | FRPK | 3:45 | 1705-6-1033 |
| SH 6701 | 710 | FRPK | 3:45 | 1521-5-1028 |
| SH 703 | 790 | FRPK | 4:00 | 1528-4-1074 |
| SH 901 | 904 | STGH | 5:15 | 1712-6-1133 |
| SH 501 | 509 | FRAM | 5:20 | 1522-5-1055 |
| SH 501 | 504 | FRAM | 5:20 | 1721-6-1130 |
| SH 801 | 806 | SATT | 5:30 | 1714-6-1120 |
| SH 903 | 902 | STGH | 5:40 | 1533-5-1139 |
| SH 743 | 744 | READ | 6:00 | 1531-5-1065 |
| 745 | 746 | READ | 6:30 | 1528-4-1074 |
| SH 803 | 810 | PROV | 6:43 | 1523-5-1057 |
| 003 | 010 | MIDD | 6:45 | 1526-5-1034 |
| 505 | 510 | FRAM | 7:00 | 1505-5-1122 |
| 905 | 906 | STGH | 7:02 | 1716-7-1075 |
| 605 | 606 | NHTS | 7:05 | 1500-5-1072 |
| 793 | 738 | WPL-D | 7:05 | 1531-5-1065 |
| 033 | 040 | KING | 7:05 | 1516-5-1116 |
| 747 | 748 | READ | 7:17 | 1533-5-1139 |
| 607 | 608 | NHTS | 7:22 | 1703-6-1060 |
| 749 | 750 | READ | 7:33 | 1528-4-1074 |
| 507 | 514 | FRAM | 7:35 | 1718-6-1125 |
| 907 | 908 | STGH | 7:40 | 1513-5-1068 |
| 795 | 712 | FPK-D | 7:50 | 1522-5-1055 |
| 831 | 832 | ATTL | 7:53 | 1712-6-1133 |
| 751 | 752 | READ | 7:55 | 1715-6-1059 |
| 735 | 792 | NCTL | 8:09 | 1707-6-1136 |
| 005 | 012 | MIDD | 8:22 | 1507-5-1126 |
| 805 | 812 | SATT | 8:30 | 1713-6-1131 |
| 609 | 610 | NHTS | 8:40 | 1720-6-1069 |
| 061 | 060 | PLYM | 8:50 | 1514-5-1119 |
| 909 | 910 | STGH | 8:50 | 1714-6-1120 |
| 559 | 564 | WORC | 9:00 | 1533-5-1139 |
| 707 | 714 | FRPK | 9:10 | 1521-5-1028 |
| 753 | 754 | READ | 9:30 | 1515-5-1071 |
| 035 | 042 | KING | 9:35 | 1527-5-1127 |
| 911 | 912 | STGH | 9:40 | 1500-5-1072 |
| 007 | 014 | MIDD | 9:57 | 1526-5-1034 |
| 611 | 612 | NHTS | 10:05 | 1712-6-1133 |
| 807 | 814 | SATT | 10:25 | 1523-5-1057 |
| 755 | 756 | READ | 10:30 | 1515-5-1071 |
| 063 | 062 | PLYM | 10:50 | 1516-5-1116 |
| 709 | 716 | FRPK | 10:50 | 1522-5-1055 |
| 511 | 518 | FRAM | 11:00 | 1714-6-1120 |
| 757 | 758 | READ | 11:30 | 1515-5-1071 |
| 009 | 016 | MIDD | 11:50 | 1507-5-1126 |
| 613 | 614 | NHTS | 12:05 | 1712-6-1133 |
| SH 565 | 566 | WORC | 12:05 | 1710-6-1132 |
| 809 | 816 | PROV | 12:05 | 1500-5-1072 |
| 039 | 044 | KING | 12:10 | 1527-5-1127 |
| 759 | 760 | READ | 12:30 | 1515-5-1071 |
| SH 711 | 718 | FRPK | 12:45 | 1705-6-1033 |
| SH 513 | 520 | FRAM | 1:05 | 1722-6-1031 |
| SH 913 | 916 | STGH | 1:15 | 1721-6-1130 |
| SH 065 | 064 | PLYM | 1:20 | 1510-5-1134 |
| SH 761 | 762 | READ | 1:30 | 1707-6-1136 |
| SH 615 | 616 | NHTS | 2:05 | 1720-6-1069 |
| SH 011 | 018 | MIDD | 2:15 | 1520-5-1138 |
| SH 811 | 818 | SATT | 2:15 | 1531-5-1065 |
| RV 041 | 048 | KING | 2:25 | 1518-5-1117 |
| SH 915 | 918 | STGH | 2:25 | 1718-6-1125 |
| SH 763 | 764 | READ | 2:30 | 1533-5-1139 |
| 515 | 522 | FRAM | 2:40 | 1505-5-1122 |
| SH 713 | 720 | FRPK | 2:45 | 1716-7-1075 |
| RV 067 | 066 | PLYM | 3:00 | 1514-5-1119 |
| SH 617 | 618 | NHTS | 3:05 | 1713-6-1131 |
| 875 | 876 | CJCT | 3:15 | 1722-6-1031 |
| 765 | 766 | READ | 3:30 | 1721-6-1130 |
| SH 013 | 020 | MIDD | 3:45 | 1516-5-1116 |
| SH 813 | 820 | PROV | 3:50 | 1521-5-1028 |
| 977 | 978 | STGH | 3:55 | 1705-6-1033 |

Effec: May 8, 2000

| TRAIN | | FROM | ARR. | CONSIST | | |
|---|---|---|---|---|---|---|
| 002 | 003 | MIDD | 6:19 | 1526-5-1034 | | 003 |
| 790 | 745 | FPK-D | 6:20 | 1528-4-1074 | | 745 |
| 032 | 33 | KING | 6:31 | 1516-5-1116 | | 033 |
| 800 | 505 | SATT | 6:40 | 1505-5-1122 | | 505 |
| 702 | 905 | FRPK | 6:48 | 1716-7-1075 | | 905 |
| 600 | 605 | NHTS | 6:50 | 1500-5-1072 | | 605 |
| 744 | 793 | READ | 6:53 | 1531-5-1065 | | 793 |
| 500 | 795 | FRAM | 7:02 | 1522-5-1055 | | 795 |
| 004 | - | MIDD | 7:05 | 1520-5-1138 | SH | YD |
| 902 | 747 | STGH | 7:08 | 1533-5-1139 | | 747 |
| 704 | 607 | FRPK | 7:09 | 1703-6-1060 | | 607 |
| 802 | 507 | PROV | 7:15 | 1718-6-1125 | | 507 |
| 552 | 735 | WORC | 7:20 | 1707-6-1136 | | 751 |
| 746 | 749 | READ | 7:23 | 1528-4-1074 | | 749 |
| 034 | - | KING | 7:24 | 1510-5-1134 | SH | 061 |
| 602 | 907 | NHTS | 7:30 | 1513-5-1068 | | 907 |
| 904 | 831 | STGH | 7:35 | 1712-6-1133 | | 831 |
| 706 | 751 | FRPK | 7:41 | 1715-6-1059 | | 735 |
| 504 | - | FRAM | 7:47 | 1721-6-1130 | SH | YD |
| 006 | - | MIDD | 7:52 | 1518-5-1117 | RV | YD |
| 804 | - | PROV | 7:52 | 1719-7-1129 | RV | YD |
| 708 | - | FRPK | 7:59 | 1705-6-1033 | SH | YD |
| 556 | 805 | WORC | 8:05 | 1713-6-1131 | | 805 |
| 036 | 005 | KING | 8:06 | 1507-5-1126 | | 005 |
| 748 | 559 | READ | 8:08 | 1533-5-1139 | | 559 |
| 806 | 909 | PROV | 8:10 | 1714-6-1120 | | 707 |
| 008 | 061 | MIDD | 8:14 | 1514-5-1119 | | - |
| 604 | 609 | NHTS | 8:17 | 1720-6-1069 | | 609 |
| 558 | - | WORC | 8:20 | 1722-6-1031 | SH | : |
| 750 | - | READ | 8:26 | 1528-4-1074 | SH | YD |
| 038 | 035 | KING | 8:30 | 1527-5-1127 | | 035 |
| 906 | - | STGH | 8:32 | 1716-7-1075 | SH | 909 |
| 738 | - | WLPL | 8:37 | 1531-5-1065 | SH | YD |
| 606 | 911 | NHTS | 8:40 | 1500-5-1072 | | 911 |
| 510 | - | FRAM | 8:49 | 1505-5-1122 | RV | YD |
| 808 | - | SATT | 8:49 | 1710-6-1132 | SH | 611 |
| 710 | 707 | FRPK | 8:52 | 1521-5-1028 | | 753 |
| 562 | 753 | WORC | 8:58 | 1515-5-1071 | | - |
| 752 | - | READ | 8:59 | 1715-6-1059 | RV | 755 |
| 010 | 007 | MIDD | 9:00 | 1526-5-1034 | | 007 |
| 908 | - | STGH | 9:03 | 1513-5-1068 | RV | YD |
| 608 | - | NHTS | 9:11 | 1703-6-1060 | RV | YD |
| 810 | 807 | PROV | 9:23 | 1523-5-1057 | | - |
| 792 | - | NCTL-D | 9:23 | 1707-6-1136 | SH | YD |
| 040 | 063 | KING | 9:28 | 1516-5-1116 | | 063 |
| 514 | - | FRAM | 9:31 | 1718-6-1125 | SH | 709 |
| 832 | 611 | ATTL | 9:44 | 1712-6-1133 | | 807 |
| 712 | 709 | FRPK | 10:08 | 1522-5-1055 | | 511 |
| 910 | 511 | STGH | 10:13 | 1714-6-1120 | | - |
| 610 | - | NHTS | 10:16 | 1720-6-1069 | SH | YD |
| 754 | 755 | READ | 10:20 | 1515-5-1071 | | - |
| 012 | 009 | MIDD | 10:34 | 1507-5-1126 | | 009 |
| 812 | - | SATT | 10:53 | 1713-6-1131 | SH | YD |
| 060 | - | PLYM | 11:00 | 1514-5-1119 | RV | - |
| 912 | 809 | STGH | 11:20 | 1500-5-1072 | | 809 |
| 756 | 757 | READ | 11:20 | 1515-5-1071 | | - |
| 612 | 613 | NHTS | 11:33 | 1712-6-1133 | | - |
| 042 | 039 | KING | 11:43 | 1527-5-1127 | | 039 |
| 714 | - | FRPK | 11:48 | 1521-5-1028 | SH | 513 |
| 564 | - | WORC | 11:55 | 1533-5-1139 | SH | 711 |
| 014 | - | MIDD | 12:04 | 1526-5-1034 | RV | YD |
| 758 | 759 | READ | 12:20 | 1515-5-1071 | | 759 |
| 814 | - | SATT | 12:52 | 1523-5-1057 | SH | 913 |
| 518 | 015 | FRAM | 1:00 | 1714-6-1120 | | 761 |
| 716 | - | FRPK | 1:01 | 1522-5-1055 | SH | - |
| 062 | - | PLYM | 1:05 | 1516-5-1116 | SH | 041 |
| 760 | - | READ | 1:20 | 1515-5-1071 | SH | YD |
| 614 | - | NHTS | 1:33 | 1712-6-1133 | SH | 713 |
| 016 | - | MIDD | 1:55 | 1507-5-1126 | SH | YD |
| 044 | - | KING | 2:15 | 1527-5-1127 | SH | 067 |
| 762 | 515 | READ | 2:28 | 1707-6-1136 | | - |
| 916 | 765 | STGH | 2:38 | 1721-6-1130 | | - |
| 520 | 875 | FRAM | 2:50 | 1722-6-1031 | | - |
| 816 | - | PROV | 2:50 | 1500-5-1072 | SH | 617 |
| 718 | 977 | FRPK | 3:00 | 1705-6-1033 | | - |

TO YARD

SCHEDULED FROM SOUTHAMPTON STREET, BUT NOTE EQUIPMENT THAT RETURNED AS 818 ON AFTERNOON LINE-UP (NEXT PAGE)

SCHEDULED TO YARD, BUT TURNED AROUND FOR 811E

AFTERNOON DATE:_ MON 9-Oct-00

| | TRAIN | | DEST. | DEPART | CONSIST |
|---|---|---|---|---|---|
| SH | 763 | 764 | READ | 2:30 | 1522-5-1055 |
| | 515 | 522 | FRAM | 2:40 | 1713-6-1131 |
| SH | 713 | 720 | FRPK | 2:45 | 1716-7-1075 |
| RV | 067 | 066 | PLYM | 3:00 | 1526-5-1034 |
| SH | 617 | 618 | NHTS | 3:05 | 1712-6-1133 |
| | 875 | 876 | CJCT | 3:15 | 1722-6-1061 |
| | 765 | 766 | READ | 3:30 | 1721-6-1130 |
| SH | 013 | 020 | MIDD | 3:45 | 1516-5-1116 |
| SH | 813 | 820 | PROV | 3:50 | 1521-5-1028 |
| | 977 | 978 | CNTR | 3:55 | 1720-6-1069 |
| RV | 767 | 768 | READ | 4:00 | 1505-5-1122 |
| | 619 | 620 | NHTS | 4:05 | 1522-5-1055 |
| SH | 715 | 798 | FRPK | 4:10 | 1523-5-1057 |
| SH | 043 | KI | KING | 4:15 | 1527-5-1127 |
| | 879 | 880 | CJCT | 4:25 | 1718-6-1125 |
| | 797 | FK | FRK-D | 4:30 | 1707-6-1136 |
| SH | 519 | 524 | FRAM | 4:30 | 1533-5-1139 |
| | 815 | 822 | PROV | 4:35 | 1714-6-1120 |
| | 621 | 622 | NHTS | 4:40 | 1721-6-1130 |
| | 917 | 920 | STGH | 4:42 | 1515-5-1071 |
| | 015 | 022 | MIDD | 4:45 | 1520-5-1138 |
| | 737 | 796 | NCTL | 4:50 | 1712-6-1133 |
| | 571 | WR | WORC | 4:55 | 1713-6-1131 |
| | 045 | 052 | KING | 4:55 | 1510-5-1134 |
| | 769 | 770 | READ | 5:03 | 1505-5-1122 |
| SH | 523 | 528 | FRAM | 5:05 | 1531-5-1065 |
| RV | 817 | EJ | PROV | 5:05 | 1703-6-1060 |
| RV | 719 | FK | FRPK | 5:10 | 1719-7-1129 |
| | 017 | MD | MIDD | 5:14 | 1514-5-1119 |
| SH | 919 | 922 | STGH | 5:15 | 1710-6-1132 |
| RV | 623 | NH | NHTS | 5:20 | 1715-6-1059 |
| | 575 | WR | WORC | 5:30 | 1722-6-1061 |
| SH | 047 | KI | KING | 5:30 | 1507-5-1126 |
| SH | 771 | 772 | READ | 5:33 | 1528-5-1074 |
| | 819 | EJ | PROV | 5:40 | 1716-7-1075 |
| | 721 | 724 | FRPK | 5:40 | 1720-6-1069 |
| RV | 921 | 924 | STGH | 5:45 | 1513-5-1068 |
| | 019 | MD | MIDD | 5:53 | 1526-5-1034 |
| | 625 | NH | NHTS | 5:55 | 1522-5-1055 |
| | 577 | WR | WORC | 6:05 | 1718-6-1125 |
| | 773 | 774 | READ | 6:06 | 1505-5-1122 |
| | 529 | 530 | FRAM | 6:15 | 1712-6-1133 |
| SH | 723 | 724 | FRPK | 6:15 | 1705-6-1033 |
| | 049 | 054 | KING | 6:15 | 1518-5-1117 |
| SH | 821 | EJ | PROV | 6:25 | 1500-5-1072 |
| | 627 | 626 | NHTS | 6:25 | 1515-5-1071 |
| | 923 | 926 | STGH | 6:30 | 1721-6-1130 |
| | 775 | 776 | READ | 6:36 | 1528-5-1074 |
| | 021 | MD | MIDD | 6:45 | 1516-5-1116 |
| | 835 | 836 | ATTL | 6:50 | 1521-5-1028 |
| | 629 | 628 | NHTS | 7:10 | 1505-5-1122 |
| | 579 | WR | WORC | 7:15 | 1523-5-1057 |
| | 051 | 056 | KING | 7:30 | 1520-5-1138 |
| | 725 | 726 | FRPK | 7:35 | 1533-5-1139 |
| | 777 | 778 | READ | 7:40 | 1528-5-1074 |
| | 925 | 928 | STGH | 7:45 | 1531-5-1065 |
| | 631 | 630 | NHTS | 8:10 | 1515-5-1071 |
| | 023 | 024 | MIDD | 8:10 | 1510-5-1134 |
| | 823 | 824 | PROV | 8:15 | 1710-6-1132 |
| | 533 | 532 | FRAM | 8:20 | 1721-6-1130 |
| | 779 | 780 | READ | 8:40 | 1528-5-1074 |
| | 727 | 728 | FRPK | 8:50 | 1505-5-1122 |
| | 927 | 930 | STGH | 8:55 | 1712-6-1133 |
| | 633 | 632 | NHTS | 9:15 | 1705-6-1033 |
| | 055 | KI | KING | 9:30 | 1518-5-1117 |
| | 781 | 782 | READ | 9:40 | 1528-5-1074 |
| | 585 | 586 | WORC | 10:05 | 1533-5-1139 |
| | 825 | 826 | SATT | 10:25 | 1521-5-1028 |
| | 025 | MD | MIDD | 10:30 | 1520-5-1138 |
| | 635 | NH | NHTS | 10:30 | 1515-5-1071 |
| | 729 | 730 | FRPK | 10:35 | 1531-5-1065 |
| | 057 | KI | KING | 10:40 | 1510-5-1134 |
| | 929 | 932 | STGH | 11:00 | 1712-6-1133 |
| | 537 | 536 | FRAM | 11:25 | 1528-5-1074 |
| | 731 | FK | FRPK | 11:50 | 1710-6-1132 |
| | 827 | EJ | SATT | 11:59 | 1705-5-1033 |

Effec: May 8, 2000

| TRAIN | | FROM | ARRIVE | CONSIST | | |
|---|---|---|---|---|---|---|
| 518 | 815 | FRAM | 1:00 | 1714-6-1120 | | 761 |
| 916 | 765 | STGH | 2:38 | 1721-6-1130 | | - |
| 520 | 875 | FRAM | 2:50 | 1722-6-1061 | | - |
| 816 | - | PROV | 2:50 | 1500-5-1072 | SH | 617 |
| 718 | 977 | FRPK | 3:00 | 1720-6-1069 | | - |
| 566 | - | WORC | 3:18 | 1710-6-1132 | SH | 815 |
| 764 | 619 | READ | 3:20 | 1522-5-1055 | | 619 |
| 064 | 045 | PLYM | 3:20 | 1510-5-1134 | | 017 |
| 616 | 797 | NHTS | 3:30 | 1707-6-1136 | | 879 |
| 918 | 879 | STGH | 3:53 | 1718-6-1125 | | 519 |
| 818 | 917 | SATT | 4:15 | 1515-5-1071 | | 769/737 |
| 018 | 015 | MIDD | 4:21 | 1520-5-1138 | | 015 |
| 766 | 621 | READ | 4:22 | 1721-6-1130 | | 919 |
| 876 | 575 | CJCT | 4:22 | 1722-6-1061 | | 523 |
| 522 | 571 | FRAM | 4:30 | 1713-6-1131 | | 575 |
| 618 | 737 | NHTS | 4:32 | 1712-6-1133 | | 771 |
| 048 | 049 | KING | 4:32 | 1518-5-1117 | | 045 |
| 768 | 769 | READ | 4:53 | 1505-5-1122 | | 819 |
| 720 | 819 | FRPK-D | 5:02 | 1716-7-1075 | | 529 |
| 978 | 721 | CNTR | 5:02 | 1720-6-1069 | | 721 |
| 066 | 019 | PLYM | 5:30 | 1526-5-1034 | | 049 |
| 880 | 577 | CJCT | 5:32 | 1718-6-1125 | | 921 |
| 620 | 625 | NHTS | 5:42 | 1522-5-1055 | | - |
| 020 | 021 | MIDD | 5:50 | 1516-5-1116 | | 021 |
| 770 | 773 | READ | 5:56 | 1505-5-1122 | | 723 |
| 796 | 529 | NCT-D | 6:04 | 1712-6-1133 | | 627 |
| 920 | 627 | STGH | 6:05 | 1515-5-1071 | | 923 |
| 622 | 923 | NHTS | 6:21 | 1721-6-1130 | | 775 |
| 524 | 725 | FRAM | 6:25 | 1533-5-1139 | | 629 |
| 772 | 775 | READ | 6:26 | 1528-5-1074 | | 725 |
| 820 | 835 | PROV | 6:27 | 1521-5-1028 | | 835 |
| 798 | 579 | FPK-D | 6:35 | 1523-5-1057 | | 579 |
| 822 | - | PROV | 6:52 | 1714-6-1120 | SH | 533 |
| 774 | 629 | READ | 6:59 | 1505-5-1122 | | 925 |
| 022 | 051 | MIDD | 7:05 | 1520-5-1138 | | 051 |
| 528 | 925 | FRAM | 7:15 | 1531-5-1065 | | 777 |
| 922 | 823 | STGH | 7:17 | 1710-6-1132 | | - |
| 052 | 023 | KING | 7:25 | 1510-5-1134 | | 023 |
| 776 | 777 | READ | 7:29 | 1528-5-1074 | | 631 |
| 924 | - | STGH | 7:49 | 1513-5-1068 | SH | 823 |
| 626 | 631 | NHTS | 7:58 | 1515-5-1071 | | 927 |
| 926 | 533 | STGH | 8:09 | 1721-6-1130 | | 779 |
| 530 | 927 | FRAM | 8:10 | 1712-6-1133 | | 633 |
| 778 | 779 | READ | 8:30 | 1528-5-1074 | | - |
| 628 | 727 | NHTS | 8:36 | 1505-5-1122 | | 727 |
| 724 | - | ~~FRPK~~ | ~~8:38~~ | ~~1720-6-1069~~ | SH | - |
| 724 | 633 | FRPK | 8:38 | 1705-6-1033 | | 929 |
| 836 | 825 | ATTL | 8:45 | 1521-5-1028 | | 781 |
| 054 | 055 | KING | 8:55 | 1518-5-1117 | | 055 |
| 928 | 729 | STGH | 9:28 | 1531-5-1065 | | 585 |
| 780 | 781 | READ | 9:30 | 1528-5-1074 | | 729 |
| 630 | 635 | NHTS | 9:38 | 1515-5-1071 | | 825 |
| 726 | 585 | FRPK | 9:45 | 1533-5-1139 | | 635 |
| 056 | 025 | KING | 9:45 | 1520-5-1138 | | 025 |
| 532 | - | FRAM | 9:55 | 1721-6-1130 | SH | |
| 024 | 057 | MIDD | 10:18 | 1510-5-1134 | | 057 |
| 930 | 929 | STGH | 10:27 | 1712-6-1133 | | 827 |
| 782 | 537 | READ | 10:30 | 1528-5-1074 | | 537 |
| 824 | 731 | PROV | 10:41 | 1710-6-1132 | | - |
| 632 | 827 | NHTS | 10:47 | 1705-6-1033 | | 731 |
| 728 | - | FRPK | 11:06 | 1505-5-1122 | SH | yd |
| 932 | - | STGH | 12:22 | 1712-6-1133 | SH | yd |
| 826 | - | SATT | 12:34 | 1521-5-1028 | SH | yd |
| 730 | - | FRPK | 12:41 | 1531-5-1065 | SH | yd |
| 586 | - | WORC | 12:46 | 1533-5-1139 | SH | yd |
| 536 | - | FRAM | 1:05 | 1528-5-1074 | SH | yd |

Turn to 917

1071 Set with MA P100 from 1065 set.

1065 Set from yard as 523



| TRAIN | | 760E | | NR2 PW | 811 | | 617 |
|---|---|---|---|---|---|---|---|
| OAK | C29 | - - - | | - - - | - - - | | - - - |
| BURRAGE | C27 | - - - | | - - - | - - - | | - - - |
| BRYANT | C23 | - - - | | - - - | - - - | | - - - |
| GOLF | C22 | - - - | | - - - | - - - | | - - - |
| ABBY | C17 | - - - | | - - - | - - - | | - - - |
| SWEY | C16 | - - - | | - - - | - - - | | - - - |
| PILGRIM | C35 | - - - | | - - - | - - - | | - - - |
| MID | C33 | - - - | | - - - | - - - | | - - - |
| STANLEY | C25 | - - - | | - - - | - - - | | - - - |
| WESTDALE | C24 | - - - | | - - - | - - - | | - - - |
| GROVE | C20 | - - - | | - - - | - - - | | - - - |
| HOWARD | C18 | - - - | | - - - | - - - | | - - - |
| RAND | C14 | - - - | | - - - | - - - | | - - - |
| HOL | C13 | - - - | | - - - | - - - | | - - - |
| PEARL | C11 | - - - | | - - - | - - - | | - - - |
| GROSS | C10 | - - - | | - - - | - - - | | - - - |
| GREEN | C09 | - - - | | - - - | - - - | | - - - |
| SQUANT | C06 | - - - | | - - - | - - - | | - - - |
| VIC | C03 | - - - | | - - - | - - - | | - - - |
| FLY | C02 | - - - | | - - - | - - - | | - - - |
| CABOT | C01 | - - - | | - - - | - - - | | - - - |
| HILL | D09 | - - - | | - - - | - - - | | - - - |
| DANA | D08 | - - - | | - - - | - - - | | - - - |
| BLANK | D05 | - - - | | - - - | - - - | | - - - |
| LOOP | D02 | 01:28P | 6 | - - - | 01:31P | 1 | - - - |
| BROAD | D01 | 01:27P | 10 | - - - | 01:32P | | - - - |
| BOSTON | 229 | 01:25P | 2D | - - - | 02:15P | 3 | 03:05 |
| ENTRY TIME | | 01:23P | | 01:27P | 01:31P | | 01:36 |
| DATE | | OCT 09 | | OCT 09 | OCT 09 | | OCT 0 |

ENGINES

CARS
TONS
CREW: COND
TIME
ENGR
TIME

REMARKS

| TRAIN | ITEM | OCCURRENCE |
|---|---|---|

- - - NO UNUSUAL OCCURRENCE DATA - - -

SAME EQUIPMENT
CHANGE ENDS So. BAY
AT So. BAY
RETURN DORC. BRANCH TRACK 1
SOUTH STA TRACK 3.
DEPART TIME FOR 811, SINCE DEPR DON'T ID EQ. AS 811E, CTEC AUTOMATICALLY DELETED ARRIVAL TIME OF 811'S EQUIPMENT. WILL RETURN AS 818 ARRIVING ON TRACK 10 AT 4:12 P

RECORD OF TRAIN MOVEMENTS FROM ARCHIVE

RECORD OF TRAIN MOVEMENTS - OCT 09 00 - BOSTON DIVISION

| PW | QBT 22 | 912 | 612 | T070 | 756 |
|---|---|---|---|---|---|
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | 11:20A 2 | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | 11:01A |
| - | - - - | - - - | - - - | 12:47P 2D | 11:03A |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | - - - | - - - | - - - |
| - | - - - | - - - | 11:29A 6 | - - - | - - - |
| A | 11:21A | 11:21A | 11:31A | 12:51P | 11:08A |
| 9 | OCT 09 | OCT 09 | OCT 09 | OCT 09 | OCT 09 |

1071 SET THAT ENDED UP ON 811 (WITH MAPIDO FOR 1065 SET)

1515/1071

5

J GIBBS
04:50A OC
M OBRYAN

REMARKS

| ITEM | OCCURRENCE |
|---|---|
| NO UNUSUAL OCCURRENCE DATA - - - | |



| TRAIN | | 766 | 818 | 056 | T045 | 766 | T046 |
|---|---|---|---|---|---|---|---|
| OAK | C29 | - - - | - - - | 04:37P 2 | - - - | - - - | - - - |
| BURRAGE | C27 | - - - | - - - | 04:40P 1 | - - - | - - - | - - - |
| BRYANT | C23 | - - - | - - - | 04:46P 2 | - - - | - - - | - - - |
| GOLF | C22 | - - - | - - - | 04:55P 1 | - - - | - - - | - - - |
| ABBY | C17 | - - - | - - - | 05:03P 1 | - - - | - - - | - - - |
| SWEY | C16 | - - - | - - - | 05:05P 1 | - - - | - - - | - - - |
| PILGRIM | C35 | - - - | - - - | - - - | - - - | - - - | - - - |
| MID | C33 | - - - | - - - | - - - | - - - | - - - | - - - |
| STANLEY | C25 | - - - | - - - | - - - | - - - | - - - | - - - |
| WESTDALE | C24 | - - - | - - - | - - - | - - - | - - - | - - - |
| GROVE | C20 | - - - | - - - | - - - | - - - | - - - | - - - |
| HOWARD | C18 | - - - | - - - | - - - | - - - | - - - | - - - |
| RAND | C14 | - - - | - - - | - - - | - - - | - - - | - - - |
| HOL | C13 | - - - | - - - | - - - | - - - | - - - | - - - |
| PEARL | C11 | - - - | - - - | 05:12P 2 | - - - | - - - | - - - |
| GROSS | C10 | - - - | - - - | 05:15P 1 | - - - | - - - | - - - |
| GREEN | C09 | - - - | - - - | 05:16P 1 | - - - | - - - | - - - |
| SQUANT | C06 | - - - | - - - | 05:21P 2 | - - - | - - - | - - - |
| VIC | C03 | - - - | - - - | 05:25P 1 | - - - | - - - | - - - |
| FLY | C02 | - - - | - - - | 05:28P 1 | - - - | - - - | - - - |
| CABOT | C01 | - - - | - - - | 05:29P 1 | - - - | - - - | - - - |
| HILL | D09 | 03:59P 2D | - - - | - - - | - - - | - - - | - - - |
| DANA | D08 | 04:02P 2D | - - - | - - - | 04:20P 2D | - - - | 04:27P 2D |
| BLANK | D05 | - - - | - - - | - - - | - - - | - - - | - - - |
| LOOP | D02 | - - - | - - - | 05:29P 12 | - - - | 04:17P 2 | - - - |
| BROAD | D01 | - - - | - - - | 05:30P 1 | - - - | 04:18P 2 | - - - |
| BOSTON | 229 | - - - | 04:12P 10 | - - - | - - - | 04:22P 6 | - - - |
| EXIT TIME | | 04:07P | 04:19P | 05:36P | 04:24P | 04:26P | 04:34P |
| DATE | | OCT 09 | OCT 09 | OCT 09 | OCT 09 | OCT 09 | OCT 09 |

| | | | |
|---|---|---|---|
| ENGINES | 1721-1130 | 1515-1071 | -1034 PLUS 01 UNITS |
| CARS | 6 | 5 | |
| TONS | | | |
| CREW: COND | | | |
| TIME | 04:45A OCT 9 | 01:15P OCT 9 | 12:45P OCT 9 |
| ENGR | | | |
| TIME | | | |

REMARKS

| TRAIN | ITEM | OCCURRENCE |
|---|---|---|
| - - - NO UNUSUAL OCCURRENCE DATA - - - | | |

ARRIVAL IN So. STATION TO TURN FOR TRAIN 917 SCHEDULED DEPART AT 442PM.

OF TRAIN MOVEMENTS - OCT 09 00 - BOSTON DIVISION

| 523 | 919 | 623 | 797 | 917 |
|---|---|---|---|---|
| | | | 04:52P 4 | |
| | | | 04:51P 10 | |
| 04:41P 10 | 04:44P 10 | 04:45P 2 | | |
| 04:42P 1 | 04:54P 2 | 04:47P 1 | | |
| 05:04P 5 | 05:00P 1 | 05:20P 3 | | 04:56P 1 |
| 04:41P | 04:42P | 04:45P | 04:48P | 04:50P |
| OCT 09 | OCT 09 | OCT 09 | OCT 09 | OCT 09 |
| 1531-1065 | 1710-1132 | 1715-1059 | | |
| 5 | 6 | 6 | | |
| 05:53A OCT 9 | 04:45A OCT 9 | 05:58A OCT 9 | | |

523E
923's DEPART TIME C818's EQUIPMENT ENG 1071 ON TRACK 10 WITH MAP100 FOR 1065)
917 14" LATE AFTER SWAPPING 1071 SET ON TRACK 10 FOR 1075 SET ON TRACK 1,

REMARKS

OCCURRENCE -

ATA - - -

BOSTON DIVISION
TIMETABLE NO. 06 G.O. 0601
SOUTHWARD/WESTWARD TRAINS

ON STATION DATA

| 627 | | 773 | | 923 | | 725 | | 775 |
|---|---|---|---|---|---|---|---|---|
| OCT 09 | | OCT 09 | | OCT 09 | | OCT 09 | | OCT 09 |
| 07:06P | | 06:26P | | 07:29P | | 08:40P | | 06:39P |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | 07:26P | 2 | - - - | | - - - |
| - - - | | - - - | | 07:17P | 1 | - - - | | - - - |
| - - - | | - - - | | 07:12P | 4 | - - - | | - - - |
| - - - | | - - - | | 07:06P | 1 | - - - | | - - - |
| - - - | | - - - | | - - - | | 08:37P | 1 | - - - |
| - - - | | - - - | | - - - | | 08:30P | 1 | - - - |
| - - - | | - - - | | - - - | | 08:20P | 1 | - - - |
| - - - | | - - - | | - - - | | 08:18P | 1 | - - - |
| - - - | | - - - | | - - - | | 08:11P | 2 | - - - |
| - - - | | - - - | | - - - | | 07:52P | 1 | - - - |
| - - - | | - - - | | 07:05P | 3 | 07:50P | 5 | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| 07:05P | 3 | - - - | | - - - | | - - - | | - - - |
| 06:57P | 1 | - - - | | - - - | | - - - | | - - - |
| 06:56P | 1 | - - - | | - - - | | - - - | | - - - |
| 06:52P | 1 | - - - | | - - - | | - - - | | - - - |
| 06:51P | 1 | - - - | | - - - | | - - - | | - - - |
| 06:41P | 4 | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | 06:58P | 3 PLAINS | 07:46P | 1 | - - - |
| 06:37P | 5 | - - - | | 06:58P | 3 | 07:45P | 1 | - - - |
| 06:28P | 3 | - - - | | 06:34P | 3 COVE | 07:37P | 1 | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |
| - - - | | - - - | | - - - | | - - - | | - - - |

RECORD OF TRAIN MOVEMENTS - OCT 09 00 - BOSTON DIVISION

| | 773 | 923 | 725 | 775 | 774 |
|---|---|---|---|---|---|
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | - - - | - - - |
| | 06:25P 4 | - - - | - - - | - - - | 06:39P 2D |
| | 06:24P 1D | - - - | - - - | - - - | 06:41P 2D |
| | - - - | - - - | - - - | - - - | - - - |
| | - - - | - - - | - - - | 06:38P 1 | - - - |
| | - - - | - - - | - - - | 06:37P 1 | - - - |
| 3 | - - - Boston ← | 06:31P 2 | 07:35P 1 | 06:35P 1D | - - - |
| | 06:21P | 06:22P | 06:26P | 06:26P | 06:27P |
| | OCT 09 | OCT 09 | OCT 09 | OCT 09 | OCT 09 |
| | | 1721-1130 | 1533-1139 | 1528-1074 | 1505-1122 |
| | | 6 | 5 | 5 | 5 |
| | | R.BECTON | [redacted] | [redacted] | [redacted] |
| 9 | | 03:55P OCT 9 | 03:18P OCT 9 | 03:35P OCT 9 | 04:35P OCT |
| | | J.CARMACK | [redacted] | [redacted] | [redacted] |

REMARKS

---

ITEM . OCCURRENCE

UNUSUAL OCCURRENCE DATA - - -

| | | | | |
|---|---|---|---|---|
| | | 2 | HEBRON | X/O TRK 4 - TRK 1 A/C HEBRON- RUN TRK 4 A/C SWITCH FAILURE @ THATCHER |
| | | 4 | ATTLEBORO | WAIT FOR PAX'S TO CROSS FROM TRK 3 PLATFORM TO TRK 4 PLATFORM A/C SWITCH FAILURE @ THATCHER |

**DELAY: EQUIPMENT**

| | | | | |
|---|---|---|---|---|
| 003 | 10/9 | 4 | WESTDALE | TO STANLEY, RESTRICTING CAB SIGNALS |
| 011 | | 7 | BOSTON-MODDLEBORO | LOR A/C ENG #1138 HAS POOR POWER |
| 923 | | 15 | BACK BAY | MAP 100 QUESTIONABLE- ME FORCES CLEARD SAME FOR MOVEMENT |
| 822 | | 7 | MANSFIELD | RESTART HEP |

**DELAY: TRAIN INTERFERENCE**

| | | | | |
|---|---|---|---|---|
| 558 | 10/9 | 5 | CP-4 | HELD FOR #145 TO CLR |
| 562 | | 11 | WOR | HELD IN STA FOR CSX FRT TO CL |
| 065 | | 6 | ABBY | WAIT FOR 044 TO CLR |
| 041 | | 4 | ABBY | WAIT FOR 064 TO CLR |
| 919 | | 8 | JUNCTION | WAIT FOR LATE 920 TO CLR BR |
| 924 | | 10 | STOUGHTON | FOR LATE 923 TO CLR SLG TRK |
| 817 | | 6 | COVE-PLAINS | SIGS OF 133 AHEAD |
| 819 | | 8 | HOLDEN | WAIT FOR LATE 822 TO CLR TRK |

THIS SHOULD BE M/E DELAY. WRONG MAP ON 1071

**DELAY: LATE TURNS**

| | | | |
|---|---|---|---|
| 917 | 16 | BOSTON | LATE SWAP OF EQUIPMENT |
| 920 | 10 | STOUGHTON | LATE TURN OF 923 ← WRONG! LATE TURN OF 917. |
| 822 | 13 | PROVIDENCE | LATE TURN OF 815 |

**DELAY: OTHER**

| | | | |
|---|---|---|---|
| 513 | 12 | ? | CSX DISPATCHER DOES NOT KNOW |