02/26/2002  11:23    2153494461            AMTRAK  HEALTH SERV            PAGE  21/21

National Railroad Passenger Corporation, Amtrak Health Services, 30th Street Station, Philadelphia, PA 19104

 Amtrak

May 17, 2001

Dr. Russell Vasile
25 Bay State Road, Suite 1
Boston, MA  02215

    RE:    Joseph Carmack, SS# 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
           Appt. Date: June 4, 2001 at 4:00 p.m.

Dear Dr. Vasile:

    Thank you very much for agreeing to see Mr. Carmack in consultation for a fitness for duty evaluation. Attached for your review and consideration are Mr. Carmack's medical report and a job description for passenger engineer.

    Amtrak's Medical Director/NEC, Timothy Pinsky, D.O., requests that the evaluation answer the following questions:

1. What is Mr. Carmack's diagnosis?

2. Are special accommodations needed for Mr. Carmack?

3. Is there any reason why Mr. Carmack cannot perform the duties of a passenger engineer?

4. Can the employee tell right from wrong?

5. Can Mr. Carmack be expected to understand and obey instructions?

6. Can Mr. Carmack participate in administrative action?

7. Does the employee represent a danger to himself or others?

8. Determine Mr. Carmack's long-term fitness for the position of a passenger engineer.

1

AN EQUAL OPPORTUNITY EMPLOYER

143



02/26/2002  11:29    2153494481                AMTRAK  HEALTH  SERV                    PAGE  02/20

Joseph Carmack
SS# 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

May 17, 2001

Please forward a copy of your medical opinion and bill to:

>  Marianne Letterio, BSN, COHN
>  Amtrak Health Services, Mailbox 67
>  30th Street Station
>  Philadelphia, PA 19104

The medical report may be sent by facsimile to fax number 215/349-4401. Our fax machine is located in a secured area.

Should you have questions with regard to the above, please call me at 215/349-2389.

Sincerely,

Marianne Letterio, BSN, COHN
Manager Occupational Health

Enclosure

2

143

