CERTIFIED MAIL #7000 2870 0000 6695 6543
Return Receipt Requested
398 Columbus Ave. #130
Boston, MA  02116
May 24, 2001

Dr. Tim Pinsky
Amtrak Medical Director/NEC
30th St. Station #67
Philadelphia, PA  19104

Dear Dr. Pinsky:

I am in receipt of a letter dated May 4, 2001 from Mr. Michael J. O'Malley, Director of Operations/Commuter Rail, in which he states you have "reviewed samples of materials reportedly written by (me)" and that you "stated that the samples 'justify Mr. Carmack being deemed medically disqualified immediately pending a ... FFD exam.'"

Please supply me with copies of all documents and correspondence (medical or otherwise) referring to my person in any way including, but not limited to, the document which Mr. O'Malley quoted as indicated above.

Furthermore, please supply me with a valid qualification and explanation of any "deemed" medical basis for disqualifying me including, but not limited to, a specific diagnosis. Please include specific validation of your legal and medical qualification to make such a judgment. Please include a complete explanation of an "FFD exam" including what FFD stands for, what it is, and what it entails. Please include legal basis for your decision.

Your prompt attention to this matter will be greatly appreciated.

Sincerely,

*Joseph T. Carmack*
Joseph T. Carmack

RECEIVED
MAY 30 2001
AMTRAK MEDICAL RECORDS
PHILADELPHIA, PA 19104

143                1465

CERTIFIED MAIL #7000 2870 0000 6695 6550
Return Receipt Requested
398 Columbus Ave. #130
Boston, MA  02116

May 24, 2001

Michael J. O'Malley
Amtrak Commuter Rail
89 Canal St.
Boston, MA  02114

Dear Mr. O'Malley:

I am in receipt of your letter of May 4, 2001 which states, in part "Notification is hereby given that you are held out of service, with pay, beginning approximately 1:30 P.M. on Friday, May 04, 2001...". Please be advised that I have not been paid for the time lost resulting from your letter. I have supplied time claims for all time lost. Claims were supplied timely to Crew Management Services with supervisor signatures.

Please adjust for this discrepancy immediately and supply me with the compensatory pay in accordance with your letter of May 04, 2001. Your prompt attention to this matter will be greatly appreciated.

Very truly yours,

*Joseph T. Carmack* (signature)

Joseph T. Carmack

143