UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH T. CARMACK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. ) | Civil Action No. 03 12488 PBS |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
MOTION TO STRIKE PLAINTIFF'S DECLARATION**

Defendant National Railroad Passenger Corporation. ("Amtrak") objects to the filing of Plaintiff's Declaration with the Court and moves to exclude it from consideration with respect to Amtrak's Motion for Summary Judgment because it was filed thirty days late and, as such, is unduly prejudicial to Amtrak. As more specific grounds there for, Amtrak states:

1. Plaintiff has received numerous extensions from this Court regarding the filing of his Opposition (and associated documents) to Amtrak's Motion for Summary Judgment.

2. This Court issued a final order on January 3, 2006 requiring these documents to be filed by January 17, 2006.

3. Plaintiff filed his Opposition and associated documents on January 17, 2006. He did not file a sworn declaration with these documents.

4. Subsequent to that date, Amtrak busily prepared its Objections to Plaintiff's Statement of Material Facts, specifically refuting the evidentiary clams made therein. Amtrak filed its Objections with this Court on February 14, 2006.

5. Amtrak has also been busy preparing its Reply Memorandum in response to Plaintiff's Opposition to Amtrak's Motion for Summary Judgment. Amtrak's Reply was filed today, February 16, 2006, at 12:26 p.m.

6. Plaintiff filed his Declaration on February 16, 2006.

7. Amtrak's outside counsel did not receive the Declaration Plaintiff filed on February 16, 2006 until after Amtrak's Reply had been filed.

8. All of Amtrak's Reply documents have been based upon the evidence and arguments in Plaintiff's documents filed on January 17, 2006. It goes against equity and fairness to permit Plaintiff to submit new evidence at such a late date, particularly in direct opposition to the Court's eminently clear order on the date for filing all such documents.

WHEREFORE, Amtrak moves that Plaintiff's Declaration be stricken and not considered with respect to Amtrak's Motion for Summary Judgment.

Respectfully Submitted
**DEFENDANT,**
National Railroad Passenger Corporation,
By its attorneys,

DATED:    February 16, 2006

s/Stephen E. Hughes
John A. Kiernan (BBO No. 271020)
Stephen E. Hughes (BBO No. 629644)
Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

### Certificate of Service

I, Stephen E. Hughes, hereby certify that I have, on February 16, 2006, served a true copy of the foregoing document by first class mail, postage prepaid, to Plaintiff Joseph Carmack at 398 Columbus Ave., PMB 130, Boston, MA 02116-6008.

s/Stephen E. Hughes
Stephen E. Hughes