CA 03-12488-PBS
CA 05-11430-PBS

Exhibit 27



# Amtrak® Medical Protocols and Procedures

Amtrak Human Resources
Health Services

**General Requirements For Examinations**

Licensed board-certified physicians should perform all examinations and treatment of Amtrak applicants or employees. However, Amtrak will accept evaluations by a Physician's Assistant or Nurse Practitioner only when the physician is not available because of treating other more seriously injured patients. When utilizing Physician Assistants or Nurse Practitioners, the following must be followed:

- All Physician Assistant or Nurse Practitioner examinations must be reviewed and co-signed by a physician.
- Amtrak will not accept work restrictions or discharges by a Physician's Assistant or Nurse Practitioner. If the facility utilizes the services of a Physician Assistant or Nurse Practitioner to examine and treat Amtrak employees, at a minimum, a licensed physician must briefly examine the patient in order to confirm the Physician Assistant or Nurse Practitioner's findings and recommended treatment plan.
- All Physician Assistant or Nurse Practitioners' medical notes are to be co-signed by the Medical Physician.

**Recommended Guidelines for Physical Examinations**

Under Amtrak authority or by federal regulations, Amtrak employees are required to have physical examinations for the following situations:

- Pre-Placement/Post Offer
- Return-to-Work if determined by Amtrak's Health Services department
- Periodic
    Amtrak requires physicals for all employees listed in Appendix E. This includes all Hours of Service employees such as, Locomotive Engineers, Conductors, and Assistant Conductors.
- DOT periodic examinations for **Commercial Drivers License Holders Only**

In order to assist you in performing these medical evaluations, we have outlined the following suggested criteria. These criteria are in keeping with generally accepted medical guidelines. Since every individual is unique, we expect you will use your clinical judgment in rendering medical determinations based upon objective information for each evaluation. This is particularly relevant with respect to reviewing the appropriate job description of the applicant/employee being examined and other applicable regulations (such as ADA, OSHA, FRA, FMCSA, DOT, etc).

4

When performing medical evaluations, please provide the following items:

- A definitive determination. This is reflected in the completion of the bottom box on the Med-1 Form. If you determine the individual does meet medical standards, please check the appropriate box. If you determine the individual does not currently meet medical standards for their position, check the appropriate box and indicate the reason why on the lines provided.

- In rendering your opinion as to the individual's ability to work at their job, it is important that you focus on objective medical findings rather than simply subjective complaints. All relevant findings from the history, medical exam, and diagnostic tests must be fully addressed in writing with respect to Amtrak standard levels.

- An interpretation of all diagnostic studies.

- Amtrak employees working in safety-sensitive positions are prohibited from being under the influence of medications (prescribed or OTC) or substances that adversely affects their ability to carry out their jobs in a safe manner. So, it is important for the examining physician to document the names, doses, frequency, and any side effects (e.g., decreased alertness, judgment, coordination, reaction time) an individual may be experiencing from the medication. You should also request the individual provide the appropriate documentation from their treating physician on the Authorization To Work with Medication(s) Form (3133) concerning the use of such medication or substance. A copy is located in Appendix G.

- If the employee's medical condition or use of medications warrants restrictions on his ability to perform his job, it must be indicated on the MED-1 form by checking the "Does not meet medical standards" box. Restrictions are then written on the lines provided.

- Notification to the employee/applicant of any relevant abnormalities that require follow-up with their personal physician. If any of these abnormalities fall outside the ranges specified below, that individual is considered to have not met medical standards. This should be so indicated in the appropriate box.

- If an employee does not meet medical standards, the Amtrak Health Services office must be notified either by phone or by faxing a copy of the physical examination results and MED-1 to the respective office <u>on the day of the examination</u>. (See Appendix A for a listing of Health Services offices)

**Types of Examinations**

Pre-employment/placement Examination

For pre-placement or post offer examinations, the MED-1 form will be faxed to your facility by the Amtrak Human Resources office. The pre-placement or post-offer examination includes the following for all applicants unless otherwise specified on the MED-1:

- General Medical History
- Physical examination
- Mental status exam
- Height and weight
- Blood pressure and pulse
- Vision
    - Visual Acuity: Including near and far vision, with and without corrective lenses
    - Color Vision (see Appendix H)
    - Peripheral Vision
- Urine dipstick analysis
- Audiogram
- Electrocardiogram (EKG-ECG). This is to be given for employees under the Hours of Service Law and police officers (See Appendix E for the list of these positions).
- Drug Screen Collection – split specimen (See Drug and Alcohol Protocols)

Return-to-Duty

For Return-to-Duty examinations, the MED-1 form will be either faxed by the Health Services office or the employee's supervisor or brought by the employee to the examination. The examining physician must state the reason the employee was absent from work at Amtrak in the clinical notes. If the treating physician places restrictions on the employee returning to full duty, the examining physician should state whether and how the restrictions will impact the employee's ability to work based on the examining physician reviewing a copy of the employee's job description or having the employee explain in detail their job responsibilities. If the examining physician disagrees with the treating physician's opinion with respect to return to work, then the examining physician will defer the return-to-work decision to the Amtrak Medical Director by checking the appropriate box "Does not meet medical standards".

The return-to-work examination will include the following:

- General Medical History - focused on the reason for absence
- Physical examination
- Mental Status exam

8