UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joseph T. Carmack | ) | Civil Action No. 03-12488-PBS |
| | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | **LIST OF ABBREVIATIONS** |
| | ) | **USED IN PLAINTIFF'S MEMORANDUM** |
| The National Railroad Passenger | ) | **AND STATEMENT OF MATERIAL FACTS** |
| Corporation | ) | **FOR OPPOSITION TO** |
| | ) | **MOTION FOR SUMMARY** |
| Defendant | ) | |

SMF   - Defendant's Statement of Material Facts (also DSMF)

SDMF - Plaintiff's Statment of Disputed Material Facts

DE     - Defendant Exhibits

CBA   - Collective Bargaining Agreement
DM    - Defendant's Memorandum in Support of Motion for Summary Judgment

B&M  - Boston and Maine Railroad

MBCR - Massachusetts Bay Commuter Railroad Company

MBTA - Massachusetts Bay Transportation Authority

BLE    - Brotherhood of Locomotive Engineers

BLET  - Brotherhood of Locomotive Engineers and Trainmen

TART – Threat Assessment and Response Team

ADA   - Americans with Disabilities Act

RA     - Rehabilitation Act

M.G.L.- Massachusetts General Laws (c. - chapter, s. – section).

RLA   - Railway Labor Act

FFD   - Fitness-for-Duty

DSM IV – Diagnostics and Statistics Manual of Mental Disorders IV

The Act – The Railway Labor Act

NLRB - National Labor Relations Board

NRAB – National Railway Adjustment Board

NMB  - National Mediation Board

EEOC - Equal Employment Opportunity Commisiion

MCAD – Massachusetts Commission Against Discrimination

FELA - Federal Employers Liability Act

                                                  **Respectfully submitted,**

Feb. 21, 2006

                                                  Joseph T. Carmack, Plaintiff Pro Se
                                                  398 Columbus Ave. PMB 130
                                                  Boston, MA  02116-6008
                                                  Work:  617/727-2310 ext. 7045
                                                  Home: 617/536-0772
                                                  Page w/Voice Mail 617/798-6466

## Certificate of Service

     I, Joseph T. Carmack, hereby certify that I have on Feb. 21, 2006 served a true copy of the foregoing document by First Class U.S. Mail to Stephen A Hughes, Attorney for the Defendant, National Railroad Passenger Corporations at One Liberty Square - 6th Floor, Boston, MA  02109.

DATED: Feb. 21, 2006

                                                   Joseph T. Carmack
                                                   Plaintiff, Pro Se
                                                   398 Columbus Ave, PMB 130
                                                   Boston, MA  02116-6008
                                                   Work:  617/727-2310 ext. 7045
                                                   Home:  617/536-0772
                                                   Pager w/voice mail: 617/798-6466

     I, Joseph T. Carmack, hereby certify that I have on         , 2006 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

     I, Joseph T. Carmack, hereby certify that I have on Feb. 21, 2006 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA 02116.

DATED: Feb. 21, 2006

                                                 Joseph T. Carmack
                                                 Plaintiff, Pro Se
                                                 398 Columbus Ave, PMB 130
                                                 Boston, MA  02116-6008