# Exhibit 2

HAND DELIVERED

J. Carmack
398 Columbus Ave. PMB 130
Boston, MA 02116-6008

December 28, 2005

Mr. Stephen E. Hughes
Bonner Kiernan Trebach and Crociata
One Liberty Square – 6th Floor
Boston, MA 02109

      RE: *Joseph T. Carmack v. National Railroad Passenger Corporation*
          U.S. District Court, Massachusetts 03-12488

Dear Mr. Hughes:

    Reference my recent motions in the above captioned case. Pursuant to the motion of continuance, I should have more time to complete my opposition to Amtrak's Motion for Summary Judgment. However, in good faith, I should request an extension and present Amtrak with the materials I have at this point. I am of limited resources, however, and I will have to supply you with exhibits piecemeal. In the meantime, I am submitting to you today the enclosed draft of my opposition thus far and my list of exhibits which I will begin mailing to you this evening.

    I am presenting you with these materials, in good faith, in attempt to make Amtrak aware that I have the resources to make a good faith and valid response to a Motion for Summary judgment which raises genuine issues of material fact pursuant to Fed.R.Civ.Proc. 56. When possible, I would like to have a conference to discuss an extension. All though I may have the resources to provide a valid response, given my personal limitations and the latitude that is generally acceptable for Pro Se litigants, I think it proper that I should be given a few more weeks. Baring such extension, I should be able to allow the materials I have to stand as a response.

    I can mail my draft of a statement of material facts and the same drafts of my response to motions to dismiss and statement of material facts in case *05-11430*. I intend to incorporate the arguments and authorities from that case into my response to Amtrak and vice versa.

    Thank you for your attention to this matter.

                                              Respectfully,

                                              Joseph T. Carmack