Exihibit 4

First Class Mail

Joseph T. Carmack
398 Columbus Ave. PMB 130
Boston, MA  02116-6008

March 1, 2006

Mr. Stephen E. Hughes
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6thFloor
Boston, MA  02109

      RE: *Joseph T. Carmack v. National Rialroad Passenger Corporation*
          *U.S. District Court, Massachusetts 03-12488*

Dear Atty. Hughes:

    I have noted that you have changed a number of exhibits at the last hour prior to Motion Hearing on February 17, 2006. Please be advised that I have not received a copy of the revised Exhibit 36. I am uncertain about the other amendments you have made. Also, enclosed, please find opposition to Amtrak's *Motion to Strike*.

Sincerely,

*[signature]*
Joseph T. Carmack

| | | |
|---|---|---|
| One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 426-3900<br>Facsimile: (617) 426-0380<br>bktc@bktc.net<br>www.bktc.net | **BONNER<br>KIERNAN<br>TREBACH &<br>CROCIATA**, LLP | Connecticut<br>Maryland<br>Massachusetts<br>New Jersey<br>New York<br>Pennsylvania<br>Rhode Island<br>Virginia<br>Washington, DC |

February 9, 2006

Ms. Christine Patch
Docket Clerk to Judge Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: ***CARMACK v. NATIONAL RAILROAD PASSENGER CORP.***
**U.S. District Court for the District of Massachusetts Case No. 03-12488PBS**

Dear Ms. Patch:

As we discussed earlier today, unfortunately we have found a few more errors regarding the exhibits to which Amtrak cited in its Statement of Material Facts in Support of Its Motion for Summary Judgment. In particular, almost all of these errors are the page numbers in deposition transcripts that were cited. As a result, attached hereto for filing with the court is a corrected Statement of Material Facts with the correct page numbers cited to. The text of Amtrak's Statement of Material Facts has not been changed at all. However, each place where the exhibit citation has been changed is identified the following way: the exhibit reference is highlighted with a gray box, and the new pages which are being cited to appear in bold text. Any pages that were previously cited to and which do not pertain still appear, but in strikethrough text.

In addition, enclosed please also find the following substitute pages for the deposition transcript exhibits to Defendant's Motion for Summary Judgment:

| | |
|---|---|
| Exhibit 1 | Deposition I of Plaintiff |
| Exhibit 9 | Deposition I of Michael O'Bryan |
| Exhibit 35 | Deposition II of Plaintiff |
| Exhibit 36 | Deposition II of Michael O'Bryan |
| Exhibit 38 | Deposition III of Plaintiff |
| Exhibit 39 | Deposition III of Michael O'Bryan |
| Exhibit 55 | Deposition IV of Plaintiff |

       Thank you for your assistance in this matter and my sincere apologies for any inconvenience.

                Sincerely,

                Stephen E. Hughes

Enc.

cc w/enc:  Joseph Carmack