# Exhibit 6

Case 1:03-cv-12488-PBS  Document 131-6  Filed 03/01/2006  Page 1 of 2

## Orders on Motions

1:03-cv-12488-PBS Carmack v. National Railroad Passenger Corporation

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Dambrosio, Jolyne entered on 1/3/2006 at 11:56 AM EST and filed on 1/3/2006

**Case Name:**       Carmack v. National Railroad Passenger Corporation
**Case Number:**     1:03-cv-12488
**Filer:**
**Document Number:**

**Docket Text:**
Judge Judith G. Dein : Electronic ORDER entered regarding [109] Plaintiff's Motion for Continuance to File Memorandum and Statement of Material Facts in Opposition to Defendant's Motion for Summary Judgment Late Pending Order on Motion to Proceed Under a Pseudonym, and [111] Plaintiff's Motion to Seal. The Motion to Proceed under a Pseudonym and Motion to Seal are denied. Plaintiff's Memorandum and Statement of Material Facts are to be filed by 1/17/06. (Dambrosio, Jolyne)

The following document(s) are associated with this transaction:

**1:03-cv-12488 Notice will be electronically mailed to:**

Robert K. Blaisdell     RBlaisdell@dbslawfirm.com

Stephen E. Hughes     shughes@bktc.net, jsgurgel@bktc.net

John A. Kiernan     jkiernan@bktc.net

Heidi M. Oh     hoh@htclaw.com

**1:03-cv-12488 Notice will not be electronically mailed to:**

Joseph T. Carmack
398 Columbus Ave.-PMB 130
Boston, MA 02116-6008