UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

USMS SCREENED

| | |
|---|---|
| Joseph T. Carmack ) | |
| Plaintiff, Pro Se ) | |
| ) | Civil Action No. 03-12488-PBS |
| v. ) | |
| ) | |
| National Railroad Passenger Corporation ) | |
| ) | |
| Defendants ) | |

## PLAINTIFF JOSEPH T. CARMACK'S OBJECTION TO REPORT AND RECOMMENDATION ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Joseph T. Carmack ("Plaintiff") hereby submits this opposition to the **REPORT AND RECOMMENDATION ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** ("Report") in the above captioned case. As grounds therefore, Plaintiff submits that the Report fails to properly consider genuine material facts in the summary judgment record that are in dispute between the parties. There is substantial material evidence in the record that either permits a rational fact finder to resolve material issues in favor of the Plaintiff or would permit a resolution in favor of either party. However, although Plaintiff, in general, objects to the Report's analyses of the merits of all counts, Plaintiff accepts that some counts, though not all, may be preempted by the Railway Labor Act. Therefore, Plaintiff prays that this Honorable Court consider Plaintiff's arguments against preemption as presented in the Plaintiff's Cross-motion for Summary Judgment. In addition, Plaintiff will argue directly against the Report to object to the

Report's recommendations including, but not limited to, recommendations concerning those counts which the Report has found to be within this Honorable Court's jurisdiction. Plaintiff hereby prays that this Honorable Court reject the reports recommendations and rule in favor of the Plaintiff or remand the case for further study, further discovery or trial.

## REQUEST FOR ORAL ARGUMENT

In order that Plaintiff may adequately present all arguments concerning summary judgment and the Report, Plaintiff hereby requests the opportunity to present arguments orally before this Honorable Court along with a written memorandum.

**Respectfully submitted,**

Date: February 16, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

### Certificate of Service

Joseph T. Carmack hereby certify that I have on February 16, 2007 served a true copy of the foregoing document by First Class U.S. Mail to Stephen Hughes, Attorney for National Railroad Passenger Corporation at One Liberty Square, 6th Floor, Boston, MA 02109

Date: February 16, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045