UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 FEB 20  P 1:57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Joseph T. Carmack )<br>  Plaintiff, Pro Se )<br> )<br>v. )<br> )<br>National Railroad Passenger Corporation )<br> )<br>  Defendants ) | Civil Action No. 03-12488-PBS |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR AN EXTENSION OF TIME TO FILE MEMORANDUM FOR OBJECTION TO REPORT AND RECOMMENDATION ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Joseph T. Carmack ("Plaintiff") hereby moves this Honorable Court for an order extending time to file memorandum in support of Plaintiff's objection to the **REPORT AND RECOMMENDATION ON CROSSMOTIONS FOR SUMMARY JUDGMENT** ("Report"). As grounds therefore, Plaintiff states that Plaintiff's employment schedule will not permit adequate time to prepare a memorandum addressing the complex matters in the Report and Plaintiff is dependant on commercial document centers for word-processing permitting sufficient presentation. In addition, Plaintiff requires further consultation with his personal physician on matters pertinent to the memorandum.

Wherefore, Plaintiff prays this Honorable Court for an order granting an extension of time to March 8, 2007 for time to file a memorandum in support of **PLAINTIFF**

**JOSEPH T. CARMACK'S OBJECTION TO REPORT AND**

**RECOMMENDATION ON CROSSM-MOTIONS FOR SUMMARY JUDGMENT.**

```
*********************************
Plaintiff has conferred with attorney    *
for the Defendant regarding the filing   *
of this motion and parties have been     *
unable to come to an agreement due,      *
in part, to the lack of opportunity for  *
adequate time for attorney to confer     *
with his client.                         *
*********************************
```

Respectfully submitted,

Date: February 19, 2007

_____
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045

**Certificate of Service**

    Joseph T. Carmack hereby certify that I have on February 20, 2007 served a true copy of the foregoing document by First Class U.S. Mail to Stephen Hughes, Attorney for National Railroad Passenger Corporation at One Liberty Square, 6th Floor Boston, MA  02109

Date: February 20 2007

_____
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045