UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03 12488 PBS |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE MEMORANDUM OF OBJECTIONS TO
<u>MAGISTRATE'S REPORT AND RECOMMENDATIONS</u>**

Defendant, National Railroad Passenger Corporation ("Amtrak"), opposes Plaintiff's Motion for Extension of Time to File Memorandum of Objections to the Magistrate's Report and Recommendations on cross motions of the parties for summary judgment on grounds that the issues in this matter have been sufficiently briefed by both parties. In addition, Plaintiff has failed to provide a compelling explanation of any emergency situation preventing him from filing his objections within the ten day time frame made available to him.

WHEREFORE, Amtrak moves this Court to deny Plaintiff's Motion for Extension of Time.

        Respectfully submitted,
**DEFENDANT,**
**NATIONAL RAILROAD PASSENGER**
**CORPORATION,**
By Its Attorneys,

DATED:   February 23, 2007    s/Stephen E. Hughes
John A. Kiernan (BBO No. 271020)
Stephen E. Hughes (BBO No. 629644)
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

### Certificate of Service

I, Stephen E. Hughes, hereby certify that I have on February 23, 2007 served a true copy of the foregoing document by first class mail, postage prepaid, to:

Plaintiff (Pro Se):
Joseph T. Carmack
398 Columbus Ave., PMB 130
Boston, MA 02116-6008

        s/Stephen E. Hughes
        Stephen E. Hughes