UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph T. Carmack,
    Plaintiff,

V.

                                      CIVIL ACTION: 03-12488-PBS

National Railroad Passenger Corporation,
    Defendant.

## JUDGMENT

SARIS, U.S.D.J.                                                                           May 21, 2007

      Pursuant to this Court's order of March 22, 2007 adopting the Magistrate Judge's Report and Recommendation, it is ORDERED and ADJUDGED that judgment is hereby entered in favor of the defendant, National Railroad Passenger Corporation.

                                                        By the Court,

                                                       /s/ Robert C. Alba
                                                      Deputy Clerk